```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
         FILED
       JUL 2 1 2023
  CLERK, U.S. DISTRICT COURT
  By_____
            Deputy
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Conghua Yan
Plaintiff

v.

The State Bar of Texas et al
Defendant

4-23CV-758-P

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Conghua Yan

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

THE STATE BAR OF TEXAS, THE BARROW FIRM, LESLIE STARR BARROWS, WILLIAM ALBERT PIGG, SAMANTHA YBARRA, LUIS JESUS MARIN, DANIEL EULALIO MARTINEZ, RACHEL ANN CRAIG, LORI L. DEANGELIS, TARRANT COUNTY. All relatives of the Defendants.

| | |
|---|---|
| Date: | July /21/2023 |
| Signature: | *[signature]* |
| Print Name: | Conghua Yan |
| Bar Number: | |
| Address: | 2140 E Southlake Blvd, Suite L-4 |
| City, State, Zip: | Southlake, Texas 76092 |
| Telephone: | 2142281886 |
| Fax: | |
| E-Mail: | arnold200@gmail.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.