# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CONGHUA YAN
Plaintiff

v.

THE STATE BAR OF TEXAS, et al.
Defendant

4-23 CV-758-P
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
### (This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant William A. Pigg

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

William A. Pigg, Conghua Yan, The State Bar of Texas, The Barrows Firm, Leslie Starr Barrows, Samantha Ybarra, Luis Jesus Marin, Daniel Eulalio Martinez, Rachel Ann Craig, Lori L. DeAngelis, Tarrant County

Date:               08/09/2023

Signature:          _William A. Pigg_

Print Name:         William A. Pigg

Bar Number:         24057009

Address:            10455 N. Central Expwy., Ste 10⁹

City, State, Zip:   Dallas, TX 75231

Telephone:          (214) 551-9391

Fax:                (214) 602-8831

E-Mail:             wapigg@pigglawfirm.com

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.