RETURN OF SERVICE

**Cause Number  4-23CV-758-P**

| | |
|---|---|
| Case Name | **Conghua Yan v. The State Bar of Texas et al** |

| | | |
|---|---|---|
| Court:  United States District Court | Of | Northern District of Texas |

| | | | |
|---|---|---|---|
| Date and Time of Receipt of Documents: | 8/6/2023 | at | 4:00:00 PM |
| Date and Time Delivered to Defendant: | 8/8/2023 | at | 11:35:00 AM |

**Defendant:**    William Albert Pigg

**Stated Address (Place of Delivery):**    9535 Forest Lane Ste 201, Dallas, Tx,   75243

**Specified Documents:   A true copy of the Citation/Summons with date of delivery endorsed thereon with a true copy of the following documents attached thereto:**

Summons in a Civil Action;  ORIGINAL COMPLAINT FOR CIVIL RICO, AND ANTITRUST ETC., DEMAND DECLARATORY RELIEF, INJUNCTIVE RELIEF, DAMAGE RELIEF, AND JURY DEMAND

**Method of Service:**    Personally, by delivering Specified Documents to William Albert Pigg at the Stated Address.

I am certified under the Texas JBCC to serve process, including citations in Texas. I am not a party to or interested in the outcome of this suit.  My identification number and certification expiration date appear below.  I received and delivered the Specified Documents to Defendant as stated above.  All statements made herein are true.  This return is verified or is signed under penalty of perjury.

My Full Name is Sandra Gray.  My Date of Birth is   2/20/1967

My Address is 9705 Hathman Lane, Keller, Tx 76244.

My Server Identification Number Is:        PSC-18003                    Certification Expires:        1/31/2024

I Declare under penalty of perjury that the foregoing, including the Return of Service, is true and correct.

Executed in Tarrant County, Texas, USA on        08 August, 2023

_Sandra Gray_  , Declarant (Signature)

DFWTPS Invoice #    DFW230806002