UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CONGHUA YAN, § | |
| *Plaintiff,* § | |
| v. § | |
| § | Case No. 4:23-cv-758-P |
| THE STATE BAR OF TEXAS, a private company § | |
| THE BARROW FIRM, a private company, § | |
| LESLIE STARR BARROWS, § | |
|   in individual capacity § | |
|   as member of the State Bar of Texas, § | |
| WILLIAM ALBERT PIGG in individual capacity § | |
|   as member of the State Bar of Texas, § | |
| SAMANTHA YBARRA, in individual capacity, § | |
|   as member of the State Bar of Texas, § | |
| LUIS JESUS MARIN in individual capacity, § | |
|   as member of the State Bar of Texas, § | |
|   and official capacity as Assistant Disciplinary § | |
|   Counsel for the Office of the CDC, § | |
| DANIEL EULALIO MARTINEZ § | |
|   in individual capacity, § | |
|   as member of the State Bar of Texas, § | |
|   and official capacity as Assistant Disciplinary § | |
|   Counsel for the Office of the CDC, § | |
| RACHEL ANN CRAIG in individual capacity, § | |
|   as member of the State Bar of Texas, § | |
|   and official capacity as Assistant Disciplinary § | |
|   Counsel for the Office of the CDC, § | |
| LORIE L. DEANGELIS in individual capacity, § | |
|   as member of the State Bar of Texas, § | |
|   and official capacity as Associated Judge, § | |
| TARRANT COUNTY, § | |
| *Defendants.* § | |

**ORDER**

For the reasons herein explained, the court **dismisses with prejudice** Plaintiff's remaining claims against Defendants State Bar of Texas, Luis Jesus Marin, Daniel Eulalio Martinez, and Rachel Ann Craig.

**It is so ordered** this ____ day of _____, 2023.

_____
United States District Judge