AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Luis Jesus Marin
was received by me on *(date)* 07/23/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Shelly Hogue/Executive Assistant , who is
designated by law to accept service of process on behalf of *(name of organization)* Luis Jesus Marin
Office of the Chief Disciplinary Counsel on *(date)* 07/25/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 6.55 for travel and $ 75.00 for services, for a total of $ 81.55 .

I declare under penalty of perjury that this information is true.

Date: 07/25/2023

*Server's signature*

Taran F Champagne
*Printed name and title*

1417 W Braker Ln B, Austin, TX 78758

*Server's address*

Additional information regarding attempted service, etc: