Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **The State Bar of Texas**
was received by me on *(date)* **07/23/2023**.

☑ I personally served the summons on the individual at *(place)* **1414 Colorado Street, Austin**
**Office Manager/Spencer Walker/Legal Consel's Office** on *(date)* **07/25/2023** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ **6.55** for travel and $ **75.00** for services, for a total of $ **81.55**.

I declare under penalty of perjury that this information is true.

Date: **07/25/2023**

*Server's signature*

**Taran F Champagne**
*Printed name and title*

**1417 W Braker Ln B, Austin, TX 78758**
*Server's address*

Additional information regarding attempted service, etc: