# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CONGHUA YAN, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. [4:23-cv-00758-P-BJ] |
| THE STATE BAR OF TEXAS, a private company,<br>THE BARROW FIRM, a private company,<br>LESLIE STARR BARROWS, in individual capacity,<br>    as member of the State Bar of Texas,<br>WILLIAM ALBERT PIGG in individual capacity,<br>    as member of the State Bar of Texas,<br>SAMANTHA YBARRA, in individual capacity,<br>    as member of the State Bar of Texas,<br>LUIS JESUS MARIN in individual capacity,<br>    as member of the State Bar of Texas,<br>    and official capacity as Assistant Disciplinary<br>    Counsel for the Office of the CDC,<br>DANIEL EULALIO MARTINEZ<br>    in individual capacity,<br>    as a member of the State Bar of Texas,<br>    and official capacity as Assistant Disciplinary<br>    Counsel for the Office of the CDC,<br>RACHEL ANN CRAIG in individual capacity,<br>    as member of the State Bar of Texas,<br>    and official capacity as Assistant Disciplinary<br>    Counsel for the Office of the CDC,<br>LORI L. DEANGELIS in individual capacity,<br>    as member of the State Bar of Texas,<br>    and official capacity as Associated Judge,<br>TARRANT COUNTY,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ORDER**

Before the Court is Plaintiff's "UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE AND BRIEF IN SUPPORT" (ECF No. 16). Having reviewed the motion, Defendants' response thereto, and any reply brief(s) thereto, the Court finds that the motion, (ECF No. 16), should be, and is hereby **GRANTED**.

**SO ORDERED** on this_____ day of_____, 2023.

_____
MARK PITTMAN
UNITED STATES DISTRICT JUDGE