# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CONGHUA YAN, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. [4:23-cv-00758-P-BJ] |
| THE STATE BAR OF TEXAS, a private company, | ) |
| THE BARROW FIRM, a private company, | ) |
| LESLIE STARR BARROWS, in individual capacity, | ) |
|     as member of the State Bar of Texas, | ) |
| WILLIAM ALBERT PIGG in individual capacity, | ) |
|     as member of the State Bar of Texas, | ) |
| SAMANTHA YBARRA, in individual capacity, | ) |
|     as member of the State Bar of Texas, | ) |
| LUIS JESUS MARIN in individual capacity, | ) |
|     as member of the State Bar of Texas, | ) |
|     and official capacity as Assistant Disciplinary | ) |
|     Counsel for the Office of the CDC, | ) |
| DANIEL EULALIO MARTINEZ | ) |
|     in individual capacity, | ) |
|     as a member of the State Bar of Texas, | ) |
|     and official capacity as Assistant Disciplinary | ) |
|     Counsel for the Office of the CDC, | ) |
| RACHEL ANN CRAIG in individual capacity, | ) |
|     as member of the State Bar of Texas, | ) |
|     and official capacity as Assistant Disciplinary | ) |
|     Counsel for the Office of the CDC, | ) |
| LORI L. DEANGELIS in individual capacity, | ) |
|     as member of the State Bar of Texas, | ) |
|     and official capacity as Associated Judge, | ) |
| TARRANT COUNTY, | ) |
|     Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE
## AND BRIEF IN SUPPORT

COMES NOW, Plaintiff, Conghua Yan, and respectfully moves this Honorable Court for a Motion for Extension of Time to file response to MOTION to Dismiss, ECF No. 18. The Plaintiff requests that this Honorable Court consider and grant this Motion for Extension of Time, pursuant to Rule 6, Fed. R. Civ. P..

No previous extension has been requested, and Plaintiff does not foresee any need for further extension(s). In support of this motion, Plaintiff states as follows:

### I. INTRODUCTION/ BACKGROUND/Brief in Support

1. On July 21, 2023, the Plaintiff filed a complaint against The State Bar of Texas et al, defendants. ECF No. 1,

2. On August 16, 2023, the Tarrant County filed a Motion to Dismiss against the Plaintiff, ECF No. 18.

3. Plaintiff has not pursued any Pro-Se suits prior to 2023.

4. Plaintiff is a full-time employee who needs to work during the weekdays.

5. Plaintiff is facing 10 opposing parties in this case. While Plaintiff is representing himself as a Pro-Se litigant, each of the 10 opposing parties is either an attorney or is represented by one.

6. Plaintiff is not a native English speaker.

7. Plaintiff does not possess a law degree or any higher education degree from the US.

8. Considering the plaintiff's language background, lack of experience, and absence of formal US education, it is reasonable to expect that Plaintiff would need more time to respond. Furthermore, dealing with 10 parties in a short timeframe exacerbates the situation.

### IV. Prayer for Relief

9. Based on the foregoing, Plaintiff prays for the following relief:

A. The plaintiff seeks the court to grant this unopposed motion for an extension of time to file Response, making Plaintiff's Response due on September 27, 2023.

Respectfully submitted,

/s/ Conghua Yan<br>
Conghua Yan, Pro Se Plaintiff

[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092] [214-228-1886] /[arnold200@gmail.com]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CONGHUA YAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. [4:23-CV-00758] |
| The State Bar of Texas et al, | ) |
| Defendants. | ) |

## CERTIFICATE OF CONFERENCE

On August 16th, 2023, Plaintiff consulted with Mr. Keith Ogle, the attorney for the Defendant. After the consultation, pertaining to the UNOPPOSED MOTION FOR EXTEND OF TIME for the Response to ECF No. 20, both parties agreed to an extension of the response timeline from 21 days to 42 days.

Mr. Keith Ogle has expressed his opinion to,

☐  Opposed the Motion.
☒  Unopposed Motion.

/s/ Conghua Yan
Conghua Yan, Pro Se Plaintiff
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092] [214-228-1886]
[arnold200@gmail.com]

*\*The Certificate of Conference may be filed as a separate pleading with the style and number of the case set out at the top. If the Certificate of Conference is placed within the Motion it accompanies, the Conference should be set out in a separate paragraph and clearly labeled*

## CERTIFICATE OF SERVICE

On (August 16th, 2023) I, Conghua Yan, filed (UNOPPOSED MOTION FOR EXTEND OF TIME [ECF No. 20]) through the court CM/ECF system.

I hereby certify that I have served the forgoing document on all counsels and/or pro se parties of record in a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Conghua Yan

Conghua Yan, Pro Se Plaintiff

[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092] [214-228-1886]

[arnold200@gmail.com]