AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Tarrant County**

was received by me on *(date)* **07/29/2023**.

☑ I personally served the summons on the individual at *(place)* **Tarrant County Office Room 501**
on *(date)* **08/04/2023**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **30.00** for travel and $ **100.00** for services, for a total of $ **130.00**.

I declare under penalty of perjury that this information is true.

Date: **08/04/2023**

*Server's signature*

Manuel Mata
*Printed name and title*

815 W Richmond Ave
Fort Worth 76110

*Server's address*

Additional information regarding attempted service, etc: