AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lori L. DeAngelis

was received by me on *(date)* 07/29/2023 .

☑ I personally served the summons on the individual at *(place)* Tarrant County Family Court

on *(date)* 08/24/2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 50.00 for travel and $ 100.00 for services, for a total of $ 150.00 .

I declare under penalty of perjury that this information is true.

Date: 08/24/2023

*Server's signature*

Manuel Mata
*Printed name and title*

815 W Richmond Ave
Fort Worth 76110
*Server's address*

Additional information regarding attempted service, etc:
Lori L. DeAngelis refused to leave bench and she refused to let me hand over the package. She asked her baliff Chritopher Castillo to accept the package on her behalf.