AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Samantha Ybarra
was received by me on *(date)* 08/07/2023 @ 12:07 Am

☑ I personally served the summons on the individual at *(place)* 511 E John Carpenter Ste #500 Irving, TX. 75062 County of Dallas on *(date)* 8/24/23 @ 2:24 P.M. ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ invoiced for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/28/23

Server's signature

Certified Process Server   Holly Diane Wickker
Printed name and title

237 NE Moody St Burleson Tx 76028
Server's address

Additional information regarding attempted service, etc:

PSC# 9082
exp 8/31/24

Ms. Ybarra requested Service at her office.