IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CONGHUA YAN | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:23-CV-758-P-BJ |
| | § | |
| THE STATE BAR OF TEXAS, et al. | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT ASSOCIATE JUDGE LORI DEANGELIS'S
## CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 7.4, Local Rules of the District Courts for the Northern District of Texas, the undersigned counsel, on behalf of Associate Judge Lori DeAngelis, hereby certifies that the following are or may be interested persons in this action:

1. Conghua Yan;

2. Associate Judge Lori DeAngelis;

3. Tarrant County;

4. The State Bar of Texas;

5. The Barrow Firm;

6. Leslie Starr Barrows;

7. William Albert Pigg;

8. Samantha Ybarra;

9. Luis Jesus Marin;

1

10. Daniel Eulalio Martinez; and

11. Rachel Ann Craig.

                                            Respectfully submitted,

*s/ M. Keith Ogle*
**M. KEITH OGLE**
State Bar No. 24037207
Assistant Criminal District Attorney

PHIL SORRELLS
CRIMINAL DISTRICT ATTORNEY
TARRANT COUNTY, TEXAS

Tarrant County Criminal District Attorney's Office
Tim Curry Criminal Justice Center
401 W. Belknap, 9th Floor
Fort Worth, Texas 76196
817-884-1233 - Telephone
817-884-1675 – Facsimile
E-Mail: mkogle@tarrantcountytx.gov

**ATTORNEY FOR DEFENDANT**
**ASSOCIATE JUDGE LORI DEANGELIS**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the above and foregoing document was served upon all parties who have appeared and are registered with ECF via electronic file provider, as well as the following party via mail in accordance with the provisions of Rule 5, Fed. R. Civ. P., on August 29, 2023:

Conghua Yan
2140 E. Southlake Blvd., Suite L-439
Southlake, Texas  76092

                                            */s/ M. Keith Ogle*
                                            **M. KEITH OGLE**