IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CONGHUA YAN | § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:23-CV-758-P-BJ |
| | § | |
| THE STATE BAR OF TEXAS, et al. | § § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiff's Motion for Sanctions to Counsel Melvin Keith Ogle and Brief in Support, (ECF No. 33). Having reviewed the motion, any response(s) thereto, and any reply brief(s) thereto, the Court finds that the motion, (ECF No. 33), should be and is hereby **DENIED**.

**SO ORDERED** on this _____ day of _____, 2023.

_____
MARK PITTMAN
UNITED STATES DISTRICT JUDGE