# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **CONGHUA YAN,** | § | **CIVIL ACTION 4:23-CV-758-P** |
| | § | |
| **Plaintiff** | § | |
| | § | |
| vs. | § | |
| | § | |
| **THE STATE BAR OF TEXAS, et al.** | § | |

## DEFENDANT'S NOTICE OF CORRECTED EMAIL ADDRESS

NOW COMES, WILLIAM ALBERT PIGG, and files this, his notice of correct email.

1. Defendant William Albert Pigg's correct email for purposes of service and notification is:

    wapigg@pigglawfirm.com

2. The above email is the email Defendant Pigg has on file with Pacer and is also the email that Defendant Pigg has on his signature block for all documents filed within the Pacer system.

3. Defendant Pigg requests that this court as well as the other parties in this matter take notice of the correct email address.

<br>

Respectfully Submitted
WILIAM A. PIGG, PLLC


 *s/ William A. Pigg*
SBN 24057009
 wapigg@ pigglawfirm.com

 */s/ Charles L. Woods*
SBN 21952660
clwoods@pigglawfirm.com
10455 N. Central Expressway, Suite 109
Dallas, Texas 75231
Tel. (214) 551-9391
Fax (214) 602-8832
Attorneys for William A. Pigg

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing on all parties in this matter on this 1st day of September, 2023.

                                    ***/s/ William A. Pigg***