# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| CONGHUA YAN, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> § CIVIL ACTION NO. 4:23-cv-00758-P-BJ <br> § <br> THE STATE BAR OF TEXAS, a private § <br> company, § <br> THE BARROWS FIRM, a private company, § <br> LESLIE STARR BARROWS, in individual § <br> capacity, as member of the State Bar of § <br> Texas, § <br> WILLIAM ALBERT PIGG in individual § <br> capacity, as member of the State Bar of § <br> Texas, § <br> SAMANTHA YBARRA, in individual § <br> capacity, as member of the State Bar of § <br> Texas, § <br> LUIS JESUS MARIN, in individual § <br> capacity, as member of the State Bar of § <br> Texas, and official capacity as Assistant § <br> Disciplinary Counsel for the Office of the § <br> CDC, § <br> DANIEL EULALIO MARTINEZ, in § <br> individual capacity, as member of the State § <br> Bar of Texas, and official capacity as § <br> Assistant Disciplinary Counsel for the Office § <br> of the CDC, § <br> RACHEL ANN CRAIG, in individual § <br> capacity, as member of the State Bar of § <br> Texas, and official capacity as Associated § <br> Judge, § <br> TARRANT COUNTY, § <br> § <br> Defendants. § | |

## DEFENDANT SAMANTHA YBARRA'S MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant Samantha Ybarra ("Ybarra") files this Motion for Extension of Deadline to Respond to Plaintiff's Second Amended Complaint and respectfully request that the Court extend the deadline for her to answer or otherwise respond to Plaintiff's Second Amended Complaint [Dkt. 48] until September 25, 2023, and in support thereof states as follows:

1. Plaintiff filed his Original Complaint on July 21, 2023. *See* Dkt. 1.

2. Ybarra was not served until August 24, 2023. *See* Dkt. 29.

3. Plaintiff filed his Second Amended Complaint on September 8, 2023. *See* Dkt. 48.

4. On September 11, 2023, Ybarra's counsel emailed Pro Se Plaintiff at the email address provided on the Court's docket requesting an extension from Plaintiff to file a response to Plaintiff's Second Amended Complaint.

5. At the time of this filing, Plaintiff has not responded to Ybarra's counsel's request for extension.

6. Thus, Ybarra respectfully requests that the Court grant her an extension of time to file an answer or otherwise respond to Plaintiff's Second Amended Complaint until September 25, 2023.

WHEREFORE Ybarra respectfully requests that the Court grant this Motion for Extension of Deadline to Respond to Plaintiff's Second Amended Complaint and enter her proposed order extending the deadline for her answer or otherwise respond to Plaintiff's Second Amended Complaint until and including September 25, 2023, and for such other and further relief to which Ybarra may be justly entitled.

DATED: September 12, 2023.

Respectfully submitted,

*/s/ Roland K. Johnson*
Roland K. Johnson
TX State Bar No. 00000084
rolandjohnson@hfblaw.com
Caroline M. Cyrier
ccyrier@hfblaw.com
TX State Bar No: 24097558
**HARRIS, FINLEY & BOGLE, P.C.**
777 Main Street, Suite 1800
Fort Worth, TX  76102
Phone:   (817) 870-8700
Fax:       (817) 332-6121

**ATTORNEYS FOR DEFENDANT SAMANTHA YBARRA**

**CERTIFICATE OF CONFERENCE**

I certify that on September 11, 2023, I emailed Plaintiff at the email address provided to the Court. At the time of this filing, Plaintiff has not responded to the extension requested herein.

*/s/ Caroline M. Cyrier*
Caroline M. Cyrier

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2023, a true and correct copy of Defendant Samantha Ybarra's Motion for Extension of Deadline to Respond to Plaintiff's Second Amended Complaint was served on all counsel of record and parties not represented by counsel, via ECF.

*/s/ Caroline M. Cyrier*
Caroline M. Cyrier