# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| CONGHUA YAN, § § § Plaintiff, § § v. § § CIVIL ACTION NO. 4:23-cv-00758-P-BJ § THE STATE BAR OF TEXAS, a private § company, § THE BARROWS FIRM, a private company, § LESLIE STARR BARROWS, in individual § capacity, as member of the State Bar of § Texas, § WILLIAM ALBERT PIGG in individual § capacity, as member of the State Bar of § Texas, § SAMANTHA YBARRA, in individual § capacity, as member of the State Bar of § Texas, § LUIS JESUS MARIN, in individual § capacity, as member of the State Bar of § Texas, and official capacity as Assistant § Disciplinary Counsel for the Office of the § CDC, § DANIEL EULALIO MARTINEZ, in § individual capacity, as member of the State § Bar of Texas, and official capacity as § Assistant Disciplinary Counsel for the Office § of the CDC, § RACHEL ANN CRAIG, in individual § capacity, as member of the State Bar of § Texas, and official capacity as Associated § Judge, § TARRANT COUNTY, § § Defendants. § | |

**ORDER ON DEFENDANT SAMANTHA YBARRA'S MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Before the Court is Defendant Samantha Ybarra's Motion for Extension of Deadline to Respond to Plaintiff's Second Amended Complaint (the "Motion"). The Court finds this Motion should be and hereby is GRANTED.

IT IS THEREFORE, ORDERED that the deadline for Defendant Samantha Ybarra to answer or otherwise respond to Plaintiff's Second Amended Complaint is hereby extended until and including September 25, 2023.

SO ORDERED this ___ day of _____, 2023.

 

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE