## CERTIFICATE OF SERVICE

On (September 18th, 2023) I, Conghua Yan, filed (THIRD AMENDED COMPLAINT FOR CIVIL RICO, AND ANTITRUST ETC., DEMAND DECLARATORY RELIEF, INJUNCTIVE RELIEF, DAMAGE RELIEF,AND JURY DEMAND [ECF No. 60]) through the court CM/ECF system.

I hereby certify that I have served the forgoing document on all counsels and/or pro se parties of record in a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Conghua Yan

Conghua Yan, Pro Se Plaintiff

[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092] [214-228-1886]

[arnold200@gmail.com]