AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Leslie Starr Barrows

was received by me on *(date)* 9/1/23 @ 2:36 p.m.

☑ I personally served the summons on the individual at *(place)* 520 E. Southlake Blvd. # 140

Southlake, Tx. 76092 _____ on *(date)* 9/18/23 @ 4:27 p.m. ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ paid for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/20/23 _____

_____
*Server's signature*

Certified Process Server Holly Diane Wicker
*Printed name and title*

237 NE Moody St. Burleson, Tx. 76028
*Server's address*

Additional information regarding attempted service, etc:

Psc #9082
exp 8/31/24