Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Barrows Firm
was received by me on *(date)* 9/1/23 @ 2:36 p.m.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Leslie Barrows, who is designated by law to accept service of process on behalf of *(name of organization)* The Barrows Firm @ 520 E Southlake Blvd. Ste #140 Southlake 76092 on *(date)* 9/18/23 @ 4:27 p.m. ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ paid for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/20/23

*Server's signature* Holly Wick—

Certified Process Server Holly Diane Wicker
*Printed name and title*

237 NE Moody St. Burleson, Tx. 76028
*Server's address*

Additional information regarding attempted service, etc:

PSC# 9082
exp 8/31/24