# UNITED STATES DISTRICT COURT
For the
Northern District of Texas

Case 4:23-cv-00758-P-BJ

___

Conghua Yan,

        Plaintiff,

vs,

The State bar of Texas et al

        Defendants,

## AFFIDAVIT OF PERSONAL SERVICE

State of Minnesota

County of Hennepin

I, Tanya Odin, being first duly sworn on oath, state that I am at least 18 years of age and not a party to this action, and that on Sept. 25th, 2023, at 2:15 p.m., I served a true and correct copy of a **Summons in a Civil Action,** upon U.S. Bank, 800 Nicollet Mall, Minneapolis, MN 55402, by serving CT Corporation, 1010 Dale St N., Saint Paul, MN, 55117, by handing to and leaving with Bob Gustafson Intake Specialist personally, a true and correct copy of each document thereof.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116.

Dated:   09/25/2023                                             *Tanya Odin*
                                                                       Tanya Odin
                                                                        The Odin Agency/
                                                                        Expedited Process Serving
                                                                        1324 Hillsboro Ave N.
                                                                        Golden Valley, MN 55427
                                                                        info@expeditedps.com