# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CONGHUA YAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. [4:23-cv-00758-P-BJ] |
| The State Bar of Texas et al, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is Plaintiff's "Motion for Sanctions to Counsel of the State Bar of Texas, Marin, Martinez and Craig and Briefs in Support" (ECF No. 63). Having reviewed the motion, Defendants' response thereto, and any reply brief(s) thereto, the Court finds that the motion, (ECF No. 63), should be, and is hereby **GRANTED**.

**SO ORDERED** on this_____ day of_____, 2023.


_____
MARK PITTMAN
UNITED STATES DISTRICT JUDGE