# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| CONGHUA YAN, § § § Plaintiff, § § v. § § THE STATE BAR OF TEXAS, a private § company, § THE BARROWS FIRM, a private company, § LESLIE STARR BARROWS, in individual § capacity, as member of the State Bar of § Texas, § WILLIAM ALBERT PIGG in individual § capacity, as member of the State Bar of § Texas, § SAMANTHA YBARRA, in individual § capacity, as member of the State Bar of § Texas, § LUIS JESUS MARIN, in individual § capacity, as member of the State Bar of § Texas, and official capacity as Assistant § Disciplinary Counsel for the Office of the § CDC, § DANIEL EULALIO MARTINEZ, in § individual capacity, as member of the State § Bar of Texas, and official capacity as § Assistant Disciplinary Counsel for the Office § of the CDC, § RACHEL ANN CRAIG, in individual § capacity, as member of the State Bar of § Texas, and official capacity as Assistant § Disciplinary Counsel for the Office of the § CDC, § LORI L. DEANGELIS, in individual § capacity, as member of the State Bar of § Texas, and official capacity as Associated § Judge, § TARRANT COUNTY, § U.S. Bank, § § Defendants. § | CIVIL ACTION NO. 4:23-cv-00758-P-BJ |

1

1340211.1

## DEFENDANT SAMANTHA YBARRA'S
## CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendant Samantha Ybarra provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that may be financially interested in the outcome of the case:

1. Conghua Yan;
2. The State Bar of Texas;
3. The Barrows Firm;
4. Leslie Starr Barrows;
5. William Albert Pigg;
6. Samantha Ybarra;
7. Luis Jesus Marin;
8. Daniel Eulalio Martinez;
9. Rachel Ann Craig;
10. Lori L. DeAngelis;
11. Tarrant County;
12. U.S. Bank; and
13. Texas Lawyers' Insurance Exchange

1340211.1

Dated: October 6, 2023                                  Respectfully submitted,


                                                  */s/ Caroline M. Cyrier*
                                                Roland K. Johnson
                                                State Bar No. 00000084
                                                rolandjohnson@hfblaw.com
                                                Caroline M. Cyrier
                                                State Bar No. 24097558
                                                ccyrier@hfblaw.com
                                                **Harris, Finley & Bogle, P.C.**
                                                777 Main Street, Suite 1800
                                                Fort Worth, Texas 76102
                                                Telephone:    817-870-8700
                                                Facsimile:     817-332-6121

                                                **ATTORNEYS FOR**
                                                **SAMANTHA YBARRA**


## CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of the foregoing instrument has been served on all parties and counsel of record in compliance with the Federal Rules of Civil Procedure on this 6th day of October 2023.

                                                */s/ Caroline M. Cyrier*
                                                Caroline M. Cyrier

1340211.1