# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| CONGHUA YAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| THE STATE BAR OF TEXAS, a private company, | § | CIVIL ACTION NO. 4:23-cv-00758-P-BJ |
| THE BARROWS FIRM, a private company, | § | |
| LESLIE STARR BARROWS, in individual capacity, as member of the State Bar of Texas, | § | |
| WILLIAM ALBERT PIGG in individual capacity, as member of the State Bar of Texas, | § | |
| SAMANTHA YBARRA, in individual capacity, as member of the State Bar of Texas, | § | |
| LUIS JESUS MARIN, in individual capacity, as member of the State Bar of Texas, and official capacity as Assistant Disciplinary Counsel for the Office of the CDC, | § | |
| DANIEL EULALIO MARTINEZ, in individual capacity, as member of the State Bar of Texas, and official capacity as Assistant Disciplinary Counsel for the Office of the CDC, | § | |
| RACHEL ANN CRAIG, in individual capacity, as member of the State Bar of Texas, and official capacity as Assistant Disciplinary Counsel for the Office of the CDC, | § | |
| LORI L. DEANGELIS, in individual capacity, as member of the State Bar of Texas, and official capacity as Associated Judge, | § | |
| TARRANT COUNTY, | § | |
| U.S. Bank, | § | |
| | § | |
| Defendants. | § | |

1

**DEFENDANTS LESLIE STARR BARROWS AND THE BARROWS FIRM'S CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendants Leslie Starr Barrows and The Barrows Firm provide the following information:

For The Barrows Firm, a nongovernmental corporate party, the name of its parent corporation and any publicly held corporation that owns 10% or more of its stock: None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that may be financially interested in the outcome of the case:

1. Conghua Yan;
2. The State Bar of Texas;
3. The Barrows Firm;
4. Leslie Starr Barrows;
5. William Albert Pigg;
6. Samantha Ybarra;
7. Luis Jesus Marin;
8. Daniel Eulalio Martinez;
9. Rachel Ann Craig;
10. Lori L. DeAngelis;
11. Tarrant County;
12. U.S. Bank; and
13. Texas Lawyers' Insurance Exchange

1340210.1

Dated: October 9, 2023                           Respectfully submitted,

                                           */s/ Caroline M. Cyrier*
                                           Roland K. Johnson
                                           State Bar No. 00000084
                                           rolandjohnson@hfblaw.com
                                           Caroline M. Cyrier
                                           State Bar No. 24097558
                                           ccyrier@hfblaw.com
                                           **Harris, Finley & Bogle, P.C.**
                                           777 Main Street, Suite 1800
                                           Fort Worth, Texas 76102
                                           Telephone:    817-870-8700
                                           Facsimile:     817-332-6121

                                           **ATTORNEYS FOR LESLIE**
                                           **STARR BARROWS AND**
                                           **THE BARROWS FIRM**

## CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of the foregoing instrument has been served on all parties and counsel of record in compliance with the Federal Rules of Civil Procedure on this 9th day of October 2023.

                                           */s/ Caroline M. Cyrier*
                                           Caroline M. Cyrier

1340210.1