UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CONGHUA YAN,**

   Plaintiff,

v.                                                      **No. 4:23-cv-758-P-BJ**

**THE STATE BAR OF TEXAS, ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On September 26, 2023, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") regarding Plaintiff's Motion for Sanctions to Counsel Melvin Keith Ogle. ECF No. 79. Plaintiff filed objections the same day, *see* ECF No. 80, so the Court conducted a *de novo* review of the FCR. Having done so, the Court fully adopts the Magistrate Judge's reasoning as set forth in the FCR. The instant Motion is the fourth motion for sanctions Plaintiff has filed and should be denied for the same reasons the prior three motions were denied. *See* ECF Nos. 22, 33, 63, 74. The Motion presents nothing the Court has not previously addressed. Similarly, Plaintiff's "objection" to the FCR reiterated the contents of the Motion but failed to identify particular legal or factual mistakes within the FCR that would invalidate the Magistrate Judge's recommendation. *See* ECF No. 80. Thus, Plaintiff's objections are **OVERRULED**. Accordingly, the Court **ADOPTS** the reasoning in the FCR and **DENIES** Plaintiff's Motion for Sanctions. ECF No. 74.

   **SO ORDERED** on this **18th day** of **October 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE