# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORTH WORTH DIVISION

| | |
|---|---|
| CONGHUA YAN, | Civ. Action No. 4:23-cv-00758-P-BJ |
| Plaintiff, | |
| v. | |
| THE STATE BAR OF TEXAS, ET AL, | NOTICE OF APPEARANCE FOR TYLER J. HILL |
| Defendants. | |

Kindly enter the appearance of Tyler J. Hill, Esq., of Morgan, Lewis & Bockius LLP, as counsel for Defendant U.S. Bancorp (incorrectly named in the Complaint as U.S. Bank) in the above-captioned matter.

Respectfully submitted,

Dated: November 3, 2023

/s/    *Tyler J. Hill*
Tyler J. Hill

Texas Bar No. 24130505
Morgan, Lewis & Bockius LLP
1717 Main Street, Ste. 3200
Dallas, TX  75201-7347
T:  214.466.4160
F:  214.466.4001
E:  Tyler.J.Hill@morganlewis.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing document was filed via the ECF filing system and therefore served on all counsel and parties of record.

Dated:  November 3, 2023

/s/  *Tyler J. Hill*
Tyler J. Hill