IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| CONGHUA YAN, | Civ. Action No. 4:23-cv-00758-P-BJ |
| Plaintiff, | |
| v. | |
| THE STATE BAR OF TEXAS, ET AL, | NOTICE OF APPEARANCE FOR MELISSA D. HILL |
| Defendants. | |

Kindly enter the appearance of Melissa D. Hill, Esq., of Morgan, Lewis & Bockius LLP, as counsel for Defendant U.S. Bancorp (incorrectly named in the Complaint as U.S. Bank) in the above-captioned matter.

Respectfully submitted,

Dated: November 8, 2023        /s/   *Melissa D. Hill*
　　　　　　　　　　　　　　　　Melissa D. Hill

　　　　　　　　　　　　　　　　New York Bar No. 4968913
　　　　　　　　　　　　　　　　Morgan, Lewis & Bockius LLP
　　　　　　　　　　　　　　　　101 Park Avenue
　　　　　　　　　　　　　　　　New York, New York 10178
　　　　　　　　　　　　　　　　T: 212.309.6000
　　　　　　　　　　　　　　　　F: 212.309.6001
　　　　　　　　　　　　　　　　melissa.hill@morganlewis.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing document was filed via the ECF filing system and therefore served on all counsel and parties of record.

Dated: November 8, 2023                         /s/ *Melissa D. Hill*
                                                                    Melissa D. Hill