**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION**

CONGHUA YAN,

        Plaintiff,

v.

THE STATE BAR OF TEXAS, ET AL,

        Defendants.

Civ. Action No. 4:23-cv-00758-P-BJ

## **ORDER**

Before the Court is Defendant U.S. Bancorp's Unopposed Motion to Extend the Deadline to File An Answer or Other Responsive Pleading to Plaintiff's Third Amended Complaint (the "Motion"). The Court is of the opinion that the Motion is well taken and should be in all things GRANTED. It is therefore ORDERED that U.S. Bancorp shall have until January 11, 2024 to file its answer or other responsive pleading to Plaintiff's Third Amended Complaint.

SIGNED this _____ day of _____, 2023

                                          The Hon. Jeffrey L. Cureton, U.S.M.J.