IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

|For Court Use Only.|
|Bar Status Verified:|
|_____|

CONGHUA YAN,

         Plaintiff,

v.

THE STATE BAR OF TEXAS, ET AL,

         Defendants.

Civ. Action No. 4:23-cv-00758-P-BJ

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of) Melissa D. Hill, with offices at:

    Morgan, Lewis & Bockius LLP
    101 Park Avenue
    New York, New York 10178
    Telephone: (212) 309-6000
    Fax: (212) 309-6001
    melissa.hill@morganlewis.com

**II.**    Applicant will sign all filings with the name: Melissa D. Hill.

**III.**   Applicant has been retained personally or as a member of the above-named firm by:

                    U.S. Bancorp

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**   Applicant is a member in good standing of the bar of the highest court of New York, where Applicant regularly practices law.

    Bar license number:  4968913

    Admission date: January 11, 2012

    Attach to this application an original certificate of good standing issued within the past 90

days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).

V. Applicant has also been admitted to practice before the following courts:

| Court: | Court Name | | Admission Date |
|---|---|---|---|
| Court: | Pennsylvania Supreme Court | Admission Date: | 11/1/2004 Active |
| Court: | Supreme Court of New Jersey | Admission Date: | 12/3/2004 Active |
| Court: | New Jersey District Court | Admission Date: | 12/31/2004 Active |
| Court: | Eastern District of Pennsylvania | Admission Date: | 1/12/2005 Active |
| Court: | Third Circuit Court of Appeals | Admission Date: | 5/12/2010 Active |
| Court: | Second Circuit Court of Appeals | Admission Date: | 12/14/2010 Active |
| Court: | First Circuit Court of Appeals | Admission Date: | 9/8/2011 Active |
| Court: | Southern District of New York | Admission Date: | 2/28/2012 Active |
| Court: | Eastern District of New York | Admission Date: | 1/27/2014 Active |
| Court: | Ninth Circuit Court of Appeals | Admission Date: | 11/9/2016 Active |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings— regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application: July 28, 2022

Case No.: 3:22-cv-01221

<u>Style</u>:  *MBA Engineering, Inc., as Sponsor, and Administrator of the MBA Engineering, Inc. Employees 401(k) Plan, et al. v. MSCS Financial Services Division of Broadridge Business Process Outsourcing, LLC, et al.*

**X.**   Local counsel of record associated with Applicant in this matter is Tyler J. Hill, who has offices at:

Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Telephone: (214) 466-4000
Fax: (214) 466-4001

**XI.**   Check the appropriate box below.

For Application in a **Civil Case**
☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**
☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.**   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 6th day of December, 2023.

<u>Melissa D. Hill</u>
Printed Name of Applicant

<u>/s/ *Melissa D. Hill*</u>
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## CERTIFICATE OF SERVICE

I hereby certify that on this date the Melissa D. Hill's Application for Admission *Pro Hac Vice*, along with a proposed form of Order, was filed via the ECF filing system and therefore served on all counsel and parties of record.

Dated:  December 6, 2023                                        /s/  *Melissa D. Hill*
                                                                                        Melissa D. Hill