IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

CONGHUA YAN,

        Plaintiff,

v.

THE STATE BAR OF TEXAS, ET AL,

        Defendants.

Civ. Action No. 4:23-cv-00758-P-BJ

### DEFENDANT U.S. BANCORP'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.4 and Federal Rule of Civil Procedure 7.1, Defendant U.S. Bancorp submits the following Corporate Disclosure Statement: U.S. Bancorp does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

The following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of this case:

1. Plaintiff Conghua Yan
2. Defendant U.S. Bancorp
3. Defendant The State Bar of Texas
4. Defendant The Barrows Firm
5. Defendant Leslie Starr Barrows
6. Defendant William Albert Pigg
7. Defendant Samantha Ybarra
8. Defendant Luis Jesus Marin

9. Defendant Daniel Eulalio Martinez

10. Defendant Rachel Ann Craig

11. Defendant Lori L. Deangelis

12. Defendant Tarrant County

13. Texas Lawyers' Insurance Exchange

Respectfully submitted,

Dated: December 11, 2023    /s/     *Tyler J. Hill*
                    Tyler J. Hill

Texas Bar No. 24130505
Morgan, Lewis & Bockius LLP
1717 Main Street, Ste. 3200
Dallas, Texas 75201
Tyler.J.Hill@morganlewis.com
Tel: (214) 466-4160
Fax: (214) 466-4001

*Counsel for U.S. Bancorp*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date the foregoing document was filed via the ECF filing system and therefore served on all counsel and parties of record.

Dated:  December 11, 2023             /s/  *Tyler J. Hill*
                                                        Tyler J. Hill