IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CONGHUA YAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-CV-758-P |
| | § | |
| THE STATE BAR OF TEXAS, et al. | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT TARRANT COUNTY'S AND ASSOCIATE JUDGE LORI DEANGELIS'S RESPONSE TO PLAINTIFF'S OBECJTIONS TO FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS (ECF NO. 122) AND BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE MARK PITTMAN:

Defendants Tarrant County and Associate Judge Lori DeAngelis respectfully file this short Response to Plaintiff's Objections to Findings, Conclusions and Recommendations ("FCR") (ECF No. 122) and Brief. Both Tarrant County and Associate Judge DeAngelis filed motions to dismiss the claims Plaintiff asserted against them in this action. ECF Nos. 69, 70. In the FCR, Magistrate Judge Cureton correctly analyzed the legal grounds in these Defendants' motions to dismiss to recommend the dismissal of Plaintiff Conghua Yan's claims against Defendants Tarrant County and Associate Judge Lori DeAngelis. ECF No. 121 at PageID 1770-1775. Because there is no error in the FCR, this Court should overrule Plaintiff Conghua Yan's objections to Magistrate Judge Cureton's FCR (ECF No. 122 at PageID 1789-1793 & 1801-1802), should adopt the FCR (ECF No. 121), and should finally dismiss Plaintiff's claims against Tarrant County and Associate Judge Lori DeAngelis.

                                      Respectfully submitted,

                                      */s M. Keith Ogle*
                                      **M. KEITH OGLE**

1

State Bar No. 24037207
Assistant Criminal District Attorney

PHIL SORRELLS
CRIMINAL DISTRICT ATTORNEY
TARRANT COUNTY, TEXAS

Tarrant County Criminal District Attorney's Office
Tim Curry Criminal Justice Center
401 W. Belknap, 9th Floor
Fort Worth, Texas 76196
817-884-1233 - Telephone
817-884-1675 – Facsimile
E-Mail: mkogle@tarrantcountytx.gov

**ATTORNEY FOR DEFENDANTS
TARRANT COUNTY AND ASSOCIATE
JUDGE LORI DEANGELIS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document was served upon all parties who have appeared and are registered with ECF via electronic file provider, and will be sent to the following party via mail in accordance with the provisions of Rule 5, Fed. R. Civ. P., on January 10, 2023:

Conghua Yan
2140 E. Southlake Blvd., Suite L-439
Southlake, Texas  76092

*/s/ M. Keith Ogle*
**M. KEITH OGLE**