IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

CONGHUA YAN,

          Plaintiff,

v.

THE STATE BAR OF TEXAS, ET AL,

          Defendants.

Civ. Action No. 4:23-cv-00758-P-BJ

**DEFENDANT U.S. BANCORP'S
MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendant U.S. Bancorp ("U.S. Bank"), by and through its undersigned attorneys, respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss all claims asserted against it in Plaintiff Conghua Yan's Third Amended Complaint, and to enter the Proposed Order submitted together with this Motion. In support of this Motion, U.S. Bank relies on the accompanying Brief and the Appendix in support of U.S. Bancorp's Motion to Dismiss with exhibits. U.S. Bank respectfully requests oral argument.

Dated:  January 11, 2024        **MORGAN, LEWIS & BOCKIUS LLP**

                                                          */s/*    *Tyler J. Hill*
                                                               Tyler J. Hill
                                                               Texas Bar No. 24130505
                                                               Morgan, Lewis & Bockius LLP
                                                               1717 Main Street, Ste. 3200
                                                               Dallas, Texas 75201
                                                               Tyler.J.Hill@morganlewis.com
                                                               Tel: (214) 466-4160
                                                               Fax: (214) 466-4001

                                                               *Counsel for Defendant U.S. Bancorp*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on date the dated indicated herein, U.S. Bank's Notice of Motion, supporting Brief, Appendix in support of U.S. Bancorp's Motion to Dismiss with exhibits, and proposed Order were electronically filed on the CM/ECF system and therefore served on all parties and counsel of record.

Dated:  January 11, 2024                          /s/     *Tyler J. Hill*
                                                          Tyler J. Hill