IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| CONGHUA YAN,<br><br>  Plaintiff,<br><br>v.<br><br>THE STATE BAR OF TEXAS, ET AL,<br><br>  Defendants. | Civ. Action No. 4:23-cv-00758-P-BJ |

## APPENDIX IN SUPPORT OF
## U.S. BANCORP'S MOTION TO DISMISS

COMES NOW Defendant U.S. Bancorp ("U.S. Bank") and submits the following in support of U.S. Bank's Motion to Dismiss the claims asserted against it in Plaintiff Conghua Yan's Third Amended Complaint:

A.  U.S. Bank 401(k) Savings Plan, Amended and Restated Effective January 1, 2020 [U.S. Bank App. 1-122].

B.  Order For Garnishment Of U.S. Bank 401(k) Savings Plan entered in the District Court of the 325th District Court in Tarrant County, Texas on May 26, 2022 [U.S. Bank App. 123-127].

Respectfully submitted,

Dated:  January 11, 2024             **MORGAN, LEWIS & BOCKIUS LLP**

                                     */s/      Tyler J. Hill*

Tyler J. Hill
Texas Bar No. 24130505
Morgan, Lewis & Bockius LLP
1717 Main Street, Ste. 3200
Dallas, Texas 75201
Tyler.J.Hill@morganlewis.com
Tel: (214) 466-4160
Fax: (214) 466-4001

*Counsel for Defendant U.S. Bancorp*