# EXHIBIT B

ORIGINAL

Cause Number 325-707596-21

CONGHUA YAN

vs

FUYAN WANG

325-707596-21
6-17 12:40p

IN THE DISTRICT COURT OF
TARRANT COUNTY, TEXAS

FILED
TARRANT COUNTY
6/21/2022 12:00 AM
THOMAS A. WILDER
DISTRICT CLERK

325th JUDICIAL DISTRICT

# WRIT OF GARNISHMENT BEFORE JUDGMENT

THE STATE OF TEXAS
COUNTY OF TARRANT

To: US BANCORP Garnishee

B/S CT CORPORATION 1999 BRYAN ST SUITE 900

DALLAS, TX 75201.

GREETINGS:

Whereas, in the 325th District Court of Tarrant County, Texas, Cause No. 325-707596-21 wherein **FUYAN WANG** is the Plaintiff and **CONGHUA YAN** is the Defendant, the Plaintiff claiming indebtedness against the said **CONGHUA YAN** of **$25,000.00** besides interest and costs of suit, has applied for a writ of garnishment against you **US BANCORP** therefore, you are hereby commanded to be and appear before said Court at Fort Worth, Texas in said County at 10:00 a.m. on the Monday next following the expiration of twenty days from the date of service hereof, then and there to answer upon oath what, if anything, you are indebted to the said **CONGHUA YAN** and were when this writ was served upon you, and what effects, if any, of the said **CONGHUA YAN** you have in your possession, and had when this writ was served, and what other persons, if any, within your knowledge are indebted to the said **CONGHUA YAN** or have effects belonging to him/it in their possession. You are further commanded not to pay to defendant any debt or deliver to him any effects, up to the amount of **$25,000.00** pending further order of this Court.

(See Attached Order granting Pre-Judgment Garnishment.)

HEREIN FAIL NOT, but make due answer as the law directs.

GIVEN UNDER MY HAND AND SEAL of office this day, June 16, 2022.

ATTEST:　Thomas A. Wilder
District Clerk
Tarrant County, Texas

By: _____
KAREL JACKSON, Deputy

A CERTIFIED COPY
ATTEST: 06/16/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Karel Jackson

Your money or property has been frozen or seized ("garnished") because **FUYAN WANG**

(the "Garnishor") has filed a garnishment proceeding. That means they are trying to get your money or property from **US BANCORP** (the "Garnishee"), the company or person who has it, to pay a debt you owe. / Su dinero o propiedad le han sido inmovilizados o incautados ("embargados") porque **FUYAN WANG**

(el "Embargante") ha entablado ante tribunales un auto procesal de embargo con la intencion de obtener su dinero o propiedad de **US BANCORP**

(el "Embargado"), que es la compania o persona fisica que los tiene, y como pago de lo que usted le adeuda. If you are an individual (not a company), your money or property may be protected ("exempt") from garnishment under federal or state law. Under Texas Rule of Civil Procedure 679b, the Garnishor must send you in the next few days a "Notice of Protected Property Rights" approved by the Supreme Court. Read that notice carefully for more information on what property can be protected and how to get your protected money or property back. You can ask the court to get your money or

property back by turning in ("filing") the "Protected Property Claim Form" that will be sent with the Notice of Protected Property Rights. / Si usted es una persona fisica (y no una compania), su dinero o propiedad pudieran estar protegidos ("eximidos") de ser embargados de acuerdo a lo dispuesto en las leyes federales o estatales. Bajo la Norma de Derecho Procesal Civil Numero 679b, el Embargante debe enviarle en los proximos dias una "Notificacion Sobre Derechos de Propiedad Protegida" aprobada por el Tribunal Supremo de Justicia. Lea con cuidado esta notificacion para que obtenga mayor informacion sobre que dinero y propiedades estan protegidos y como recuperarlos. Puede solicitar que se le regresen sus propiedades y dinero que estan protegidos entregando ("presentando") ante el tribunal el "Formulario de Reclamo de Propiedad Protegida" que le sera enviado junto con la "Notificacion Sobre Derechos de Propiedad Protegida". You may also file a "motion to dissolve" or "motion to modify" this writ of garnishment with the court because your money or property is exempt from garnishment. You can also get your money back if you file a "replevy bond," which is cash or other security in an amount set by the court. / Usted tambien pudiera presentar por escrito una "peticion de disolucion" o "peticion de modificacion" de este auto procesal de embargo, ya que su dinero y propiedad estan exentos de dicho embargo. Tambien puede recuperar su dinero si presenta ante tribunales una "fianza reivindicatoria", la cual es una garantia en efectivo o con fiador en una cantidad impuesta por el tribunal. You can find out more about exemptions and the garnishment process by visiting www.texaslawhelp.org/exempt-property. / Obtenga mayor informacion sobre las exenciones y el proceso judicial de embargo, visitando el sitio www.texaslawhelp.org/exempt-property. You are encouraged to get a lawyer to help you. For information on free and low-cost legal services, visit www.texascourts.gov/programs-services/legal-aid or call the legal aid offices that serve your area: Texas RioGrande Legal Aid at (888)988-9996, Lone Star Legal Aid at (800)733-8394, and Legal Aid of Northwest Texas at (888)529-5277. You can also call the State Bar of Texas at (800)252-9690. / Se le recomienda que consiga a un abogado que le ayude. Para informacion sobre como obtener servicios de asesoria legal gratuitos o a un bajo costo, visite el sitio www.texascourts.gov/programs-services/legal-aid o llame a la oficina de asistencia legal que presta servicios en su area: Texas RioGrande Legal Aid al (888)988-9996; Lone Star Legal Aid al (800)733-8394; y Legal Aid of Northwest Texas at (888)529-5277. Tambien puede llamar al Servicio de Informacion de Abogados en el Colegio de Abogados de Texas al (800)252-9690."

---

OFFICER'S RETURN

Came to hand, this 16th day of June, 2022 at 5:00 o'clock p.m. and executed the 17th day of June, 2022 by delivering to the within named US Bancorp B/S CT Corp in person, a true copy of this Writ of Garnishment Before Judgment.

Returned this 17th day of June, 2022

Fee, $ 125.00

PSC1942  EXP 4-30-24
~~Sheriff/Constable~~
Tarrant County, Texas
By _____ Deputy



A CERTIFIED COPY
ATTEST: 06/16/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Korel Jackson

---

*3257075962100 0103*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

CAUSE NO. 325-707596-21

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| CONGHUA YAN | § | |
| AND | § | 325th JUDICIAL DISTRICT |
| FUYAN WANG | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| SHIMING YAN, A CHILD | § | TARRANT COUNTY, TEXAS |

*FILED TARRANT COUNTY 2022 MAY 26 AM 9:42 THOMAS WILDER DISTRICT CLERK*

## ORDER FOR GARNISHMENT OF U.S. BANK 401 (K) SAVINGS PLAN

On April 13, 2022, the Court heard Respondent's request for Spousal Support *inter alia*.

WHEREAS, this Court has jurisdiction over all parties and over the subject matter of spousal support in this case.

WHEREAS, this Court intends this order to be a Domestic Relations Order.

WHEREAS, this order is being using to collect amounts owed as spousal support.

WHEREAS by order of this court, Participant, Conghua Yan, was ordered/required to pay spousal support to Fuyan Wang, which is currently is in the balance of $25,000.00.

IT IS HEREBY ORDERED by the Court as follows:

### DEFINITIONS:

"PARTICIPANT":

- Conghua Yan
- Social Security Ending ▮▮▮▮
- Address: 207 Meadowlark Lane, Southlake, Texas 76092
- Phone: ▮▮▮▮

"ALTERNATE PAYEE (SPOUSE)":
- Fuyan Wang
- Social Security Ending ▮▮▮▮
- Address: 207 Meadowlark Lane, Southlake, Texas 76092

• Phone: ███████

"Plan":
• U.S. Bank 401 (k) Savings Plan

"Plan Administrator":
• U.S. Bank 401(k) Savings Plan
• U.S. Bancorp
  Attn: Garnishment Department
  800 Nicollet Mall
  Minneapolis, MN 55402-4302

## COLLECTION OF SPOUSAL SUPPORT

IT IS ORDERED that the retirement account at U.S. Bank pay to Fuyan Wang, $25,000.00 from the U.S. Bank 401 (k) Savings Plan of Conghua Yan to satisfy this obligation.

IT IS FURTHER ORDERED that the payment shall be made payable to Fuyan Wang, 207 Meadowlark Lane, Southlake, Texas 76092.

## LIMITATIONS ON ORDER

THE COURT FINDS that nothing contained in this Order shall be construed to require the Plan to provide for any type or form of benefits, or any option, not otherwise provided under the Plan to the Alternate Payee.

SIGNED on ____May 26____, 2022.

_____
PRESIDING JUDGE

THE BARROWS FIRM, P.C.
520 E. Southlake Blvd., Suite 140
Southlake, Texas 76092
Phone: 817-481-1583
Fax: 817-912-1380

*/s/ Leslie S. Barrows*
_____
Leslie Starr Barrows
State Bar No. 24048343
Email: lbarrows@barrowsfirm.com
Danielle DeFranco
State Bar No. 24127415
Email: danielle@barrowsfirm.com
Erin B. Healey
State Bar No. 24041073
Email: erin@barrowsfirm.com
Samantha Ybarra
State Bar No. 24104627
Email: samantha@barrowsfirm.com
Attorney's for Fuyan Wang


WILLIAM A. PIGG, PLLC

*/s/ William A. Pigg*
_____
William A. Pigg
SBN 24057009
wapigg@pigglawfirm.com
10455 N. Central Expressway, Suite 109
Dallas, Texas 75231
Tel. (214) 551-9391
Fax (214) 602-8832
Attorney for CONGHUA YAN