# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CONGHUA YAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. [4:23-cv-00758-P-BJ] |
| The State Bar of Texas et al, | ) ) ) |
| Defendants. | ) ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE
## AND BRIEF IN SUPPORT

COMES NOW, Plaintiff, Conghua Yan, and respectfully moves this Honorable Court for a Motion for Extension of Time to file response to MOTION to Dismiss, ECF No. 127. The Plaintiff requests that this Honorable Court consider and grant this Motion for Extension of Time, pursuant to Rule 6, Fed. R. Civ. P..

In support of this motion, Plaintiff states as follows:

### I. INTRODUCTION/ BACKGROUND/Brief in Support

1. On September 18th, 2023, the Plaintiff filed a complaint against The State Bar of Texas et al, defendants. ECF No. 60,

2. On January 11, 2024, Defendant U.S. Bancorp filed a Motion to Dismiss against the Plaintiff, ECF No. 127.

3. Plaintiff has not pursued any Pro-Se suits prior to 2023.

4. Plaintiff is a full-time employee who needs to work during the weekdays.

5. Plaintiff is facing 11 opposing parties in this case. While Plaintiff is representing himself as a Pro-Se litigant, each of the 11 opposing parties is either an attorney or is represented by one.

6. Plaintiff is not a native English speaker.

7. Plaintiff does not possess a law degree or any higher education degree from the US.

8. Considering the Plaintiff's language background, lack of experience, and absence of formal US education, it is reasonable to expect that Plaintiff would need more time to respond. Furthermore, dealing with 11 parties in a short timeframe exacerbates the situation.

9. Most importantly, Plaintiff is experiencing a force majeure in the coming weeks. Plaintiff will need to take sick leave from work due to a scheduled invasive medical operation in the next few weeks. Additionally, there are complicated dietary restrictions that must be followed, which disrupt Plaintiff's regular living pattern. Plaintiff requests that this Court consider the anxiety he might encounter due to his first experience with anesthesia. All of the above factors will impact Plaintiff's ability to prepare for legal work.

10. Plaintiff has been granted several due date extensions by this Court in the past, and has never abused this kindness. Most of the time, Plaintiff had filed his response/reply 7-14 days before the due date.

11. Plaintiff preserve the right to request further extension depends on the recovery of this medical operation.

## IV. Prayer for Relief

12. Based on the foregoing, Plaintiff prays for the following relief:

    A. Plaintiff seeks this Court to grant this unopposed motion for a 21 days extension of time to file Response, making Plaintiff's response due after 42 days.
    B. Plaintiff also seeks this Court to grant opposing party for a 7 days extension of time to file Reply as compensation, making Opposing party's Reply due after 28 days.

Respectfully submitted,

                                                /s/ Conghua Yan
Conghua Yan, Pro Se Plaintiff
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092] [214-228-1886]
/[arnold200@gmail.com]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CONGHUA YAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. [4:23-CV-00758] |
| The State Bar of Texas et al, | ) |
| Defendants. | ) |

## CERTIFICATE OF CONFERENCE

On January 12th, 2024, Plaintiff consulted with Mr. Tyler J. Hill, the attorneys for the Defendant. After the consultation, pertaining to the UNOPPOSED MOTION FOR EXTEND OF TIME for the Response to ECF No. 127, both parties agreed to an extension of the response timeline from 21 days to 42 days.

Opposing counsels have expressed their opinion to,

☐ Opposed the Motion.
☒ Unopposed Motion.

/s/ Conghua Yan
Conghua Yan, Pro Se Plaintiff
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092] [214-228-1886]
[arnold200@gmail.com]

*The Certificate of Conference may be filed as a separate pleading with the style and number of the case set out at the top. If the Certificate of Conference is placed within the Motion it accompanies, the Conference should be set out in a separate paragraph and clearly labeled*

CERTIFICATE OF
SERVICE

On (On January 12th, 2024) I, Conghua Yan, filed hereby certify that I have served the forgoing document on all counsels and/or pro se parties of record in a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Conghua Yan

Conghua Yan, Pro Se Plaintiff

[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092] [214-228-1886]

[arnold200@gmail.com]