<u>CERTIFICATE OF</u>
<u>SERVICE</u>

I, Conghua Yan, hereby certify that I have served the Notice of Appeal [ECF No 130] document on all counsels and/or pro se parties of record in a manner authorized by Federal Rule of Civil Procedure 5(b)(2) On (January 15th, 2024).

/s/ Conghua Yan

Conghua Yan, Pro Se Plaintiff

[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092] [214-228-1886]

[arnold200@gmail.com]