UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CONGHUA YAN,**

  Plaintiff,

v.                                          No. 4:23-cv-0758-P

**THE STATE BAR OF TEXAS, ET AL.,**

  Defendant.

## ORDER

Before the Court is the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case and Plaintiff's notice of Interlocutory Appeal of the Magistrate Judge's denial of her Motion to Reconsider (ECF Nos. 121, 133).

Plaintiff's filing of this interlocutory notice of appeal "divests the district court of its control over those aspects of the case involved in the appeal," *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam) and "disrupts ongoing proceedings in the district court." *Stewart v. Donges*, 915 F.2d 572, 575 (10th Cir. 1990).

Accordingly, the Court **ORDERS** that the Clerk of the Court shall **ADMINISTRATIVELY CLOSE** this case and remove it from the statistical records until further notice.

It is further **ORDERED** that Plaintiff shall file a motion to re-open the case **within thirty days** of the resolution of the appeal.

**SO ORDERED** on this **30th day of January 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE