FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CONGHUA YAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. [4:23-cv-00758-P-BJ] |
| The State Bar of Texas et al, | ) ) ) |
| Defendants. | ) ) |

**MOTION TO REOPEN**

TO THE HONORABLE JUDGE OF NORTHERN DISTRICT OF TEXAS:

This matter is before this Court on Pro Se Plaintiff's motion for reopen the case after the judgment issued as the mandate on March 25th, 2024.

This Court ordered an ADMINISTRATIVELY CLOSE of this case on the 30th day of January 2024. [ECF No. 139] due to interlocutory appeal.

This Court ordered further ORDERED that Plaintiff shall file a motion to re-open the case within thirty days of the resolution of the appeal.

On March 25, 2024, the Fifth circuit issued a judgment as the mandate. [ECF No. 144]

**V. Prayer for Relief**

1. Based on the foregoing, Plaintiff prays for the following relief:

    A.  Grant Plaintiff's motion to re-open this case.

    B.  Furthermore, Plaintiff's understanding is, the ADMINISTRATIVELY CLOSE only pause the clock, just like many other prior ADMINISTRATIVELY CLOSE events due to either long holidays, pandemic or government shutdown, it does not invalid or forbid the subsequent filings into ECF system. Plaintiff seeks this Court to clarify that if the

RESPONSE AND OBJECTION, [ECF No. 140] which Plaintiff filed on February 11, 2024 is a valid submission.

Respectfully submitted,

                                                          /s/ Conghua Yan

[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092] [214-228-1886]

[arnold200@gmail.com]

<u>CERTIFICATE OF</u>
<u>SERVICE</u>

I, Conghua Yan, hereby certify that I have served the forgoing document on all counsels and/or pro se parties of record in a manner authorized by Federal Rule of Civil Procedure 5(b)(2) On (April 5th, 2024).

/s/ Conghua Yan

Conghua Yan, Pro Se Plaintiff

[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092] [214-228-1886]

[arnold200@gmail.com]