UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CONGHUA YAN,**

   Plaintiff,

v.                                    No. 4:23-cv-00758-P

**THE STATE BAR OF TEXAS, ET AL.,**

   Defendants.

## ORDER

   Before the Court is Plaintiff's Motion to Reopen. ECF No. 145. Having considered the timely submission, the Court concludes that the Motion should be and hereby is **GRANTED**. Accordingly, the Court **DIRECTS** the Clerk of the Court to **REOPEN** the above-styled civil action, which was administratively closed for the pendency of Plaintiff's interlocutory appeal to the United States Court of Appeals for the Fifth Circuit. *See* ECF No. 139. In addition, Plaintiff's Motion requests clarification regarding the status of Plaintiff's Response & Objection (ECF No. 140). *See* ECF No. 145 at 2. The Court notes that Plaintiff's Response & Objection were duly received via the ECF filing system and will be taken into consideration when ruling on the relevant Motion to Dismiss.

   **SO ORDERED** on this **10th day** of **April 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE