UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CONGHUA YAN,**

  Plaintiff,

v.                                               No. 4:23-cv-00758-P

**THE STATE BAR OF TEXAS, ET AL.,**

  Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Court's order of dismissal issued this same date (ECF No. 148), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled civil action is **DISMISSED**.

**SO ORDERED** on this **23rd day** of **April 2024.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE