# EXHIBIT 1

 **Leslie Barrows** is  feeling blessed.
12m ·

Well first time I have been subpoenaed to testify at a Final Divorce trial by opposing party (husband). Case started in 2021. I represented his wife for 2 years until I had to get off the case because of her husband. This man is the reason I lock the doors at my office. He sued me and 15 defendants (included the judge, his attorney, his employer, Tarrant county, and the State Bar of Texas) in federal court for bogus racketeering claims and then filed numerous grievances with the bar and then tried to file criminal charges for perjury against me. All cases/claims dismissed. He has posted fake google reviews which have all been taken down. I am all for father's rights but their activists should pick better clients than this man. I can't believe he had the support of two men with the father's rights group at the two day trial. He should have not full custody of his daughter. Hope there is finally justice for his wife and his daughter.

# EXHIBIT 2



**Leslie Barrows**
Apr 1 · 🌐