UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CONGHUA YAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 4:23-cv-00758-P-BJ |
| STATE BAR OF TEXAS *et al*, | ) ) ) |
| Defendants. | ) ) ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY INJUNCTION (ERISA § 502(A)(3)).**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF TEXAS

Plaintiff Conghua Yan moves for a preliminary injunction preserving his own ERISA-protected retirement assets, under ERISA *§ 502(a)(3), 29 U.S.C. § 1132(a)(3)* and Fed. R. Civ. P. 65 to enjoin U.S. Bancorp also known as U.S. Bank, as plan administrator of ERISA fund plan (the "Plan"), from distributing the disputed ERISA retirement benefits pending this Court's disposition of Plaintiff's Motion for Partial Summary Judgment. A proposed order is submitted.

Under *LR 7.1(d) & (h)*, because this motion is **unopposed**, no brief is required; Movant files a certificate of conference and submits a proposed order.

I.     SUMMARY

1.     This case presents a narrow ERISA question: whether pre-decree, fee-driven "garnishment" instruments targeting Plaintiff's 401(k) can compel distribution absent a valid QDRO. ERISA's anti-alienation rule, the Plan's

governing documents, and Texas prejudgment-garnishment procedure foreclose such distributions. To maintain the status quo while summary judgment is pending, the Court should order the Plan to refrain from distribution/loans under *29 U.S.C. § 1056(d)(3)(H)*.

## II.     REQUESTED RELIEF

2. Pending further order of the Court or a plan-level QDRO determination compliant with *29 U.S.C. § 1056(d)(3)*, Plaintiff requests that the Court order:

   a. The administrator of the U.S. Bank 401(k) Savings Plan (the "Plan"), also known as The Benefits Administration Committee, shall refrain from making any distribution or approving any loan from Plaintiff's 401(k) account; Any amounts subject to the disputed instruments identified in the record shall be held.

   b. This Order binds those identified in *Fed. R. Civ. P. 65(d)(2)* who receive notice;

   c. Security under Rule 65(c) is set at **$100**, without prejudice to a motion to modify; and

   d. Such other relief as is just and proper.

## III.    SUPPORTING RECORD (incorporated by reference)

- Plan & anti-alienation/QDRO procedures. U.S. Bank 401(k) Savings Plan; Section 8 (Spendthrift) bars assignment/alienation absent a valid QDRO. *(App'x Ex. 1 at APP-065, § 8)*.
- Pre-decree fee award vs. "support" labeling. 4/13/2022 Associate Judge's Report: $25,000 to each attorney and direction for a 401(k) withdrawal/loan;

- subsequent 4/26, 5/26, 6/21/2022 "garnishment" orders omit fee language but target plan assets. *(App'x Ex. 2 at APP-125; Exs. 3–5 at APP-127,131,135.)*
- Writs & Texas prerequisites. 6/21 and 7/18/2022 prejudgment writs issued; docket shows no sworn application and no bond. *(App'x Exs. 6–7 at APP-139,143; Exs. 8–9 at APP-151,160.)*
- Overt acts and ongoing risk. Each act knowingly in furtherance of the alleged predicate act (e.g., a transfer or attempted transfer of plan assets) may constitute a separate predicate offense; *§ 1962(d)* could be an overt act, the execution of one writ (actual dissipation) and the existence of another outstanding writ (imminent repetition) demonstrate continuing conduct. *(Proof at APP-143.)*

## IV.   RULE 65(d)(2) REACH

The requested relief runs to the Plan administrator (halt payout) and does not adjudicate any nonparty's ultimate entitlement to benefits. The Order should bind those in active concert or participation with notice under Rule 65(d)(2).

Respectfully submitted,

/s/ *Conghua Yan*
Conghua Yan, Pro Se Plaintiff
2140 E Southlake Blvd, Suite L-439
Southlake, Texas 76092
214-228-1886
arnold200@gmail.com

## Certificate of Conference

Pursuant to Local Civil Rule 7.1, I certify that on September 30, 2025, I conferred by email with defendant William Alber Pigg, regarding the relief requested. He graciously unopposed the motion.

## Certificate of Service (Fed. R. Civ. P. 5(b))

On October 20, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the Court's CM/ECF system. I certify that the CM/ECF system will send notice of this filing to all counsel of record who are registered CM/ECF users. I further certify that I served a true and correct copy of the foregoing on any non-CM/ECF participant(s) listed below by U.S. Mail/certified mail/commercial carrier/email by consent at the address(es) shown. If no non-CM/ECF recipients are listed, there are none.

/s/ *Conghua Yan*
Conghua Yan, Pro Se Plaintiff
2140 E Southlake Blvd, Suite L-439
Southlake, Texas 76092
214-228-1886
arnold200@gmail.com
