UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CONGHUA YAN,**

 Plaintiff,

v.            **No. 4:23-cv-00758-P**

**THE STATE BAR OF TEXAS, ET AL,**

 Defendants.

## ORDER

Before the Court is Plaintiff's Response and Objection to the Magistrate Judges Order ("Objection") (ECF No. 205). The objection asks the Court seal and/or require redaction of information in Defendant William Pigg ("Defendant")'s Motion for Judgment on the Pleadings Pursuant to FRCP 12(c) (ECF No. 191) and supporting documents. Plaintiff's objection is **OVERULLED**. The court exercises its discretion and finds that the public's interest in access to judicial records outweighs Yan's request to seal certain records that contain limited information relating to Yan's minor child, some of which Yan has already placed into the Court's public records.

**SO ORDERED** on this **12th day of December 2025.**

_Mark T. Pittman_
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE