# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION

|  |  |
|---|---|
| CONGHUA YAN, <br>     Plaintiff, <br> v. <br> THE STATE BAR OF TEXAS, et al., <br>     Defendants. | Case No. 4:23-cv-00758-P-BJ |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff-Appellant Conghua Yan appeals to the United States Court of Appeals for the Fifth Circuit from the district court's Order (ECF No. 207) entered on December 12, 2025, denying Appellant's Emergency Motion to Seal and/or Redact Certain Filings, for Protective Order Regarding **Minor's** Personal Information, and for Show-Cause Hearing.

This interlocutory appeal is proper under the collateral order doctrine, as recognized by the Fifth Circuit. The Order conclusively determines the disputed question of protecting a **non-party minor's** sensitive personal information; resolves an important issue separate from the merits; and is effectively unreviewable on final judgment, because public disclosure would cause immediate, irreparable harm that cannot be undone. See *Vantage Health Plan, Inc. v. Willis-Knighton Med. Ctr.*, 913 F.3d 443 (5th Cir. 2019); *Binh Hoa Le v. Exeter Finance Corp.*, 990 F.3d 410 (5th Cir. 2021); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541 (1949).

The denial exposes the **minor's** identifying and highly personal information (including conception and medical details) to permanent public access, implicating significant privacy interests that outweigh the presumption of openness in this context.

Dated: December 16, 2025

/s/ *Conghua Yan*
Conghua Yan, Pro Se Plaintiff
2140 E Southlake Blvd, Suite L-439
Southlake, Texas 76092
214-228-1886
arnold200@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2025, a true and correct copy of the foregoing Notice of Appeal was served via CM/ECF on all counsel of record.

/s/ *Conghua Yan*

Conghua Yan, Pro Se Plaintiff