# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| CONGHUA YAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-cv-00758-P-BJ |
| THE STATE BAR OF TEXAS, et al., | ) |
| Defendants. | ) |

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**

TO THE HONORABLE COURT:

Plaintiff Conghua Yan ("Plaintiff" or "Yan"), proceeding pro se, respectfully moves for leave under Federal Rule of Civil Procedure 15(a)(2) to file the attached Fourth Amended Complaint and Exhibts. This motion is supported by **extraordinary circumstances**: the late discovery of **five fraudulent instruments** and evidence of a scheme to abstract **$50,000**, not $25,000 as previously understood—from Plaintiff's ERISA-protected retirement account. Under Texas law, the court possess the property right after the writ served. As of today, the Texas state court quietly possess Plaintiff's ERISA 401(k) property right without disclosure or release the possession.

On September 18, 2023, merely 4 weeks after the first summon served, this court prematurely ordered that Plaintiff was no longer allowed to file any amendment unless extraordinary circumstance**.** The order was rendered before Pigg filed his answer on September 30, 2023, and before serving the last summon to the U.S. Bank. That injunctive order served as a pre-filing conditional injunction. Plaintiff had been prohibited to fix any deficiency even without seeing U.S. Bank's initial responsive pleading.

## I. EXTRAORDINARY CIRCUMSTANCES: NEWLY DISCOVERED EVIDENCE

Plaintiff's previous 2023 complaints addressed only **two** of what Plaintiff now knows to be five fraudulent instruments entered in the underlying state court proceedings (Cause No. 325-707596-21, 325th District Court, Tarrant County). Plaintiff did not discover the full scope of the fraudulent scheme until August 2024, when he obtained the complete docket transaction history from the Tarrant County District Clerk's Office dated August 20, 2024, revealing **three** garnishment orders and **two** writs of garnishment that had been concealed from him.

Plaintiff was represented by another counsel until March 2024; no member of State Bar of Texas has ever disclosed full 2022 docket records to him. Plaintiff could not have known the full picture due to the concealment.

This case was moved to the appellate court in around May 2024; it was just remanded back to this Court in Oct 2025. There is no possible way for Plaintiff to raise this issue during the time.

In addition, Plaintiff recently obtained sworn testimony from nonparty his ex-spouse Fuyan Wang. In an affidavit executed October 18, 2025, Wang testified that counsel Leslie Barrows filed a **motion for interim attorney's fees**; that Wang attended a hearing on that motion; that the judge awarded $50,000 from Plaintiff's 401(k) to pay attorney's fees to counsel for both parties ($25,000 each to Barrows and Pigg); and that Wang paid Barrows after receiving a check issued by U.S. Bank. This testimony was not previously available and corroborates the $50,000 attorney-fee objective and the distribution-and-payment pathway alleged in the proposed amendment.

Since this Federal RICO suit was filed, five district judges (John P. Chupp, Kimberly Fitzpatrick, Chris Taylor, Don Cosby, and Patricia Baca Bennett) *sua sponte* recused themselves from Plaintiff's state case. Moreover, three retired judges with a history of issuing unlawful QDROs were systematically assigned to Plaintiff's underlying divorce case. Although Plaintiff exercised the statutory right to object under Texas Government Code Chapter 74, David Evans, Presiding Judge of the 8th Administrative Judicial Region, disregarded this objection. This refusal facilitated a constructive no-appearance default against Plaintiff, severely prejudicing the state proceedings. Such systemic irregularities constitute intentional judge 'reverse-shopping. A frivolous pro se litigant **does not trigger** the *sua sponte* recusal of five judges.

Additionally, four more disciplinary grievances and four more criminal complaints were dismissed by the Tarrant County Criminal District Attorney's Office. 79 state court divorce filings were purged from original case docket in June 2025. These actions demonstrate irregular prosecutorial and administrative conduct at an institutional level, amounting to intentional damage control against Plaintiff. Contrary to Defendant Pigg's assertion in his Rule 12(c) motion, a frivolous appeal stemming from a lack of trial court jurisdiction would not remain pending in the Fifth Circuit for 1.5 years. Such an **extraordinary** case **warrants** a **meritorious** amendment.

**Docket-transaction history alteration (between 08/20/2024 and 10/16/2025).** Tarrant County district clerk office provided Plaintiff the Tarrant County District Clerk's "ALL TRANSACTIONS FOR A CASE" report for Cause No. 325-707596-21 on August 20, 2204 (Appendix A) and again on October 16, 2025 (Appendix B). Appendix A reflects "Cause of Action: DIVORCE WITH CHILDREN" and "Case Status: PENDING," and lists the initial 10/15/2021 entries including "ORIGINAL PETITION FOR DIVORCE," "PAYMENT RECEIVED," "Citation-ISSUED," and "T.R.O.-ISSUED." Appendix B reflects "Cause of Action: MODIFICATION-CUSTODY" and "Case Status: TRANSFERRED TO ANOTHER DISTRICT COURT IN COUNTY," and begins at Filemark 7 (10/21/2021), omitting the

foregoing 10/15/2021 entries. Plaintiff submits the attached declaration under *28 U.S.C. § 1746* authenticating Appendices A–B and describing this discrepancy. Plaintiff submits this discrepancy as circumstantial evidence of concealment/record alteration relevant to the challenged 2022 instruments and writ sequence, and as an **extraordinary circumstance** supporting leave to amend and record-preservation relief.

All of these **extraordinary** factors **constitute good cause for** Plaintiff to submit an amendment, **an meaningful opportunity he was previously denied** before seeing defendants' complete responsive pleadings.

### A. The Five Fraudulent Instruments—As Documented in the Docket

The Tarrant County District Clerk's "All Transactions" docket history reveals the following five fraudulent instruments:

1. **April 26, 2022: First Order for Garnishment** (Docket #93) – "ORDER FOR GARNISHMENT OF US BANK 401(K) SAVG P" – This order falsely stated that "On April 13, 2022, the Court heard Respondent's request for Spousal Support" and that "Yan was ordered/required to pay spousal support." Both statements were false. No motion for spousal support was filed; no hearing on spousal support occurred. Pigg signed this order without Yan's knowledge.

2. **May 26, 2022: Second Order for Garnishment** (Docket #97) – "ORD FOR GARNISHMENT OF U.S. BANK 401 (K) SAVIN" – A second order containing the same false "spousal support" statements. Pigg again signed without informing Yan.

3. **June 16, 2022: First Writ of Garnishment** (Docket #103) – "WRIT GARN-ISSUED ON US BANCORP" – Issued by the District Clerk and served on US Bank on June 21, 2022. This writ was issued without any filed application for writ of garnishment, without any supporting affidavit, and without any application bond filing, as required by Texas law.

4. **July 12, 2022: Third Order for Garnishment** (Docket #118) – "ORD FOR GARNISHMENT OF U.S. BANK 401(K) SAVING" – A third order entered without Yan's knowledge.

5. **July 14, 2022: Second Writ of Garnishment** (Docket #119) – "WRIT GARN-ISSUED ON US BANK" – A second writ issued and served on US Bank (service return July 18, 2022). Like the first writ, this was issued without application, affidavit, or bond. This writ contained the same fraudulent "spousal support" representations and remains an active, unexecuted threat against Plaintiff's retirement account.

### B. The Scheme to Abstract $50,000—Not $25,000

Plaintiff's prior understanding of this fraud was fundamentally incomplete. The docket reveals that Barrows and Pigg orchestrated a scheme to extract **two separate $25,000 payments** totaling **$50,000**—$25,000 to Barrows and $25,000 to Pigg. The two writs of pre-judgment garnishment were the vehicles for this dual extraction:

• The June 16, 2022 writ (Docket #103) resulted in a $25,000 distribution to Barrows, executed in September 2022.

• The July 14, 2022 writ (Docket #119) was served on US Bank but remains unexecuted, creating an ongoing threat of a second $25,000 abstraction.

This new discovery is ground changing. Post-judgment QDRO and writ of pre-judgment garnishment are **distinct vehicle** (instrument) following different Texas procedure. QDRO does need the safeguard of bond, but pre-judgment garnishment cannot be issued without mandatory *bond* and *application* with *affidavit*, neither happened.

- Prejudgment garnishment: allowed only under tight limits "No writ shall issue before final judgment except **upon written order of the court** after a hearing" Texas Rule of Civil Procedure 658.

This new discovery changed the scale and scope of fraud upon the court in this case. Plaintiff's injury was caused by the execution of the writ of pre-judgment garnishment, not merely the interlocutory order as Plaintiff thought under Pigg's misleading.

In other words, the ERISA funds were abstracted under writs issued pursuant to a "written order of the court." The disputed order was not used as a domestic relations order; it was used as a prerequisite to obtain writs of prejudgment garnishment. ERISA's anti-alienation provision preempts state-law garnishment except through a QDRO, which does not exist in this case.

Pigg redirected Plaintiff's attention by referring only to the purported DRO because he did not want Plaintiff to learn of the prejudgment garnishment writs.

Plaintiff is entitled to state the truth and to plead these facts fully in the complaint.

### C. Yan's Limited Knowledge Due to Concealment and Pigg's Deception

Yan did not know about the third garnishment order or the two writs until August 2024. His prior perception was deliberately limited and misled by: **(1)** Limited access to the docket— Yan was not served with copies of these instruments and had no reason to know they existed; **(2)** Pigg's active deception—When US Bank contacted Yan in July 2022 about the garnishment, Pigg told Yan he "was not involved," that "it is all Leslie [Barrows]," and agreed to help Yan object to the release of funds. Pigg gave Yan the false impression that he had not signed the orders; **(3)** Pigg's betrayal—After collecting $25,000 from Yan as a "reward" for his perceived honesty, Pigg reversed course and instructed US Bank to release the funds after Barrows told Yan he must cooperate in this way to get both of their attorney fees.

### D. The Smoking Gun Email: August 5, 2022

The August 5, 2022 email from Barrows to Pigg (copying Ybarra) states: "*In order for us to obtain our attorney's fees, the order must say the fees are for spousal support. There is no way around it.*" This email is direct documentary evidence of: (a) knowledge that the orders

were false; (b) intent to deceive; (c) conspiracy among Barrows, Pigg, and Ybarra; and (d) motive ("our attorney's fees").

### E. The Fraudulent Mechanism: Pre-Judgment Writs Without Proper Procedure

Critically, the docket shows that the writs were issued **without any filed application for writ of garnishment, without any supporting affidavit, and without any bond filing**. Under Texas Civil Practice and Remedies Code *§ 63.001* and Texas Rule of Civil Procedure 658, a writ of garnishment before judgment requires: (1) an application; (2) an affidavit stating statutory grounds; and (3) a bond. The docket transaction history during the April–July 2022 period shows writ-issuance fees being collected (#103, #119) while no application, affidavit, or bond filing appears. This procedural defect renders the writs void ab initio.

## II. LEGAL STANDARD FOR LEAVE TO AMEND

Federal Rule of Civil Procedure 15(a)(2) provides that courts "should freely give leave when justice so requires." The Supreme Court has emphasized that this mandate "is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). The Court explained:

> If the **underlying** facts or circumstances relied upon by a plaintiff **may be** a proper **subject** of **relief**, he **ought to be afforded** an opportunity to test his claim on the merits. In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the **leave** sought **should**, as the rules require, **be 'freely given.'**

These principles apply with added force where a party proceeds pro se. Pro se pleadings are held "to less stringent standards than formal pleadings drafted by lawyers," *Haines v. Kerner*, 404 U.S. 519, 520 (1972).

## III. THE FOMAN FACTORS FAVOR AMENDMENT

### A. No Undue Delay—Amendment Is Prompted by Newly Discovered Evidence

Plaintiff files this motion promptly following his discovery in August 2024 of the full scope of the fraudulent scheme. The Tarrant County District Clerk's docket transaction history dated August 20, 2024 revealed for the first time that: (1) three separate garnishment orders were entered (April 26, May 26, July 12, 2022); (2) two writs of garnishment were issued (June 16 and July 14, 2022); (3) these instruments were entered without proper statutory procedures; and (4) the scheme targeted $50,000, not $25,000. Plaintiff could not have amended earlier because Pigg actively deceived him about Pigg's own participation, and Plaintiff had no access to the complete docket history.

Although Plaintiff obtained the District Clerk's transaction history on August 20, 2024, this case was then pending on appeal until remand in October 2025; Plaintiff filed this motion after remand and after obtaining Wang's October 18, 2025 affidavit.

### B. No Bad Faith or Dilatory Motive

Plaintiff seeks amendment in good faith to correct the fundamental gaps in his prior complaints caused by Defendants' concealment. The proposed amendment is not interposed to harass; it is sought to present the **actual scope** of the fraud: **five fraudulent instruments** (three orders + two writs), not two; **$50,000 targeted**, not $25,000.

### C. No Repeated Failure to Cure Deficiencies

Plaintiff's prior amendments were not attempts to cure substantive deficiencies in fraud allegations—they were technical corrections or court-directed compliance steps. This motion is categorically different: it seeks to amend based on **newly discovered evidence** of three additional fraudulent instruments (the May 26, 2022 order, the July 12, 2022 order, and the July 14, 2022 writ) that Plaintiff could not have known about when filing prior complaints.

### D. No Undue Prejudice to Defendants

Defendants will not suffer undue prejudice. They created and concealed these instruments—they are intimately familiar with the conduct at issue. "The party opposing amendment bears the burden of showing prejudice." *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 187 (9th Cir. 1987).

### E. Amendment Is Not Futile

"Amendment is futile **only if** the amended complaint would fail to state a claim upon which relief could be granted." *Stripling v. Jordan Prod. Co.*, 234 F.3d 863, 873 (5th Cir. 2000). The proposed Fourth Amended Complaint alleges a coordinated scheme by attorneys to circumvent ERISA protections and abstract $50,000 from Plaintiff's retirement account through fraudulent court orders and procedurally defective garnishment writs. The allegations are supported by documentary evidence including the docket history and the August 5, 2022 "smoking gun" email.

### IV. CONCLUSION

The extraordinary circumstances presented here warrant leave to amend. Plaintiff's August 2024 discovery of the complete District Clerk transaction history materially expanded the alleged fraud from two instruments to five (three garnishment orders and two writs) and clarified that the scheme targeted $50,000 rather than $25,000. Plaintiff also obtained sworn testimony from nonparty Fuyan Wang in October 2025 corroborating the $50,000 attorney-fee objective and the distribution-and-payment pathway. In addition, Plaintiff submits newly preserved docket-transaction-history evidence showing a material discrepancy between the District Clerk's "ALL TRANSACTIONS FOR A CASE" printout dated 08/20/2024 (Appendix A) and the later printout dated 10/16/2025 (Appendix B), authenticated by Plaintiff's declaration under 28 U.S.C. § 1746. Plaintiff acted diligently: although the August 2024 docket history was obtained in 2024, this case remained on appeal until remand in October 2025, and Plaintiff moved after remand and after obtaining Wang's affidavit. Justice requires that Plaintiff be permitted to present the full scope of the alleged scheme supported by these newly available records.

**WHEREFORE**, Plaintiff Conghua Yan respectfully requests that this Court:

1. Grant Plaintiff leave to file the attached Fourth Amended Complaint and Exhibits;

2. Deem the Fourth Amended Complaint filed as of the date of the Court's order granting this motion;

3. Order that Defendants respond to the Fourth Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure;

4. Enter a record-preservation order directing Defendants (and persons acting in concert with them who receive actual notice) to preserve all documents and electronically stored information, including metadata, concerning (i) the five 2022 instruments and writ sequence, (ii) communications with U.S. Bank about the challenged distribution/restraint, and (iii) the state-court docket/transaction history and any changes to it, including any logs or audit trails within Defendants' possession, custody, or control; and

5. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/Conghua Yan*
Conghua Yan, Pro Se Plaintiff
2140 E Southlake Blvd, Suite L-439
Southlake, Texas 76092
Telephone: 214-228-1886
Email: arnold200@gmail.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, the undersigned certifies that on Dec 24, 2025, Plaintiff conferred with counsel for Defendants regarding the relief sought herein. Opposing counsels opposed this motion.

*s/ Conghua Yan*
Conghua Yan

## CERTIFICATE OF SERVICE

I hereby certify that on Dec 30, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Conghua Yan*
Conghua Yan

## DECLARATION OF CONGHUA YAN UNDER 28 U.S.C. § 1746 IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

1. I am the Plaintiff in this action. I make this declaration based on my personal knowledge and review of records that I personally obtained. If called as a witness, I could and would testify competently to the facts stated herein.

2. I am a party in a Texas state-court divorce proceeding styled CONGHUA YAN v. FUYAN WANG, Cause No. 325-707596-21, in the 325th District Court of Tarrant County, Texas (the "325 Case").

3. On August 20, 2024, I obtained from the Tarrant County District Clerk's Office an official transaction-history printout titled "ALL TRANSACTIONS FOR A CASE" for Cause No. 325-707596-21, reflecting the docket entries and transactions as of that date and time (16:36). A true and correct copy is attached as Appendix A.

4. In or about June 2025, while reviewing the docket history for the 325 Case, I observed that approximately 79 filings that had previously appeared on the docket history were no longer visible. I did not receive notice of any order authorizing removal of those entries, and I had not requested that any entries be removed.

5. I preserved a transaction-history printout reflecting the docket history as displayed after the June 2025 purge. A true and correct copy is attached as Appendix B (printed on 10/16/2025 08:21).

On Appendix A (08/20/2024 16:36), the docket begins with Filemark entries for 10/15/2021 including "ORIGINAL PETITION FOR DIVORCE," "PAYMENT RECEIVED," "Citation-ISSUED," and "T.R.O.-ISSUED."

On Appendix B (10/16/2025 08:21), those initial 10/15/2021 Filemark entries do not appear, and the header reflects "Cause of Action: MODIFICATION-CUSTODY" and "Case Status: TRANSFERRED TO ANOTHER DISTRICT COURT IN COUNTY."

This Appendix A vs. Appendix B discrepancy is the basis for my allegation that the public docket/transaction history for Cause No. 325-707596-21 has been altered or purged after the 08/20/2024 printout.

6. The docket-alteration described above is relevant to this federal action because Plaintiff alleges an ongoing effort to conceal, normalize, and immunize the challenged 2022 "spousal support" instruments and clerk-issued writ process that abstracted ERISA plan assets, and because the integrity of the state-court record bears on Plaintiff's ability to prove the pleaded sequence and to obtain complete relief.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 30, 2025, at Southlake, Tarrant County, Texas.

*/s/ Conghua Yan*
Conghua Yan

# Appendix A

```
                    TARRANT COUNTY DISTRICT CLERK'S OFFICE        Page:    1
JIMSGTM8                 ALL TRANSACTIONS FOR A CASE          Date: 08/20/2024
                                                             Time: 16:36
```

```
            Cause Number: 325-707596-21   Date Filed: 10/15/2021
CONGHUA YAN                           | v |   FUYAN WANG
                                      | s |
        Cause of Action: DIVORCE WITH CHILDREN
        Case Status·····: PENDING
```

| # | Filemark | Description | | Fee Total |
|---|----------|-------------|---|-----------|
| 1 | 10/15/2021 | ORIGINAL PETITION FOR DIVORCE | NUI | 345.00 |
| 2 | 10/15/2021 | PAYMENT RECEIVED trans #1 | Y | 345.00 |
| 3 | 10/15/2021 | Citation-ISSUED ON FUYAN WANG-On 10/21/2021 | NUI | 8.00 |
| 4 | 10/15/2021 | PAYMENT RECEIVED trans #3 | Y | 8.00 |
| 5 | 10/15/2021 | T.R.O.-ISSUED ON FUYAN WANG. H/R 11/01/2021 - | NUI | 8.00 |
| 6 | 10/15/2021 | PAYMENT RECEIVED trans #5 | Y | 8.00 |
| 7 | 10/21/2021 | TRO & ORD SETTING HRG FOR TEMP ORDS 11/1/21@8: | UIM | 0.00 |
| 8 | 10/26/2021 | CIT/RTN - FUYAN WANG | UI | 0.00 |
| 9 | 10/26/2021 | Citation Tr# 3 RET EXEC(FUYAN WANG) On 10/23/2 | UI | 0.00 |
| 10 | 10/26/2021 | TRO/RTN - FUYAN WANG | UI | 0.00 |
| 11 | 10/26/2021 | T.R.O. Tr# 5 RET EXEC(FUYAN WANG) On 10/23/202 | UI | 0.00 |
| 12 | 11/01/2021 | RESP'S ORIG ANSWER & REQUEST FOR DISCLOSURES | UI | 0.00 |
| 13 | 11/01/2021 | ORD RESETTING HRG 11/8/21 @ 3:30PM | UIM | 0.00 |
| 14 | 11/04/2021 | 1ST AMENDED PETITION FOR DIVORCE | UI | 0.00 |
| 15 | 11/04/2021 | MOTION FOR SUB OF COUNSEL - ATTY LESLIE BARROW | UI | 0.00 |
| 16 | 11/04/2021 | (PROPOSED) ORDER ON MOTION FOR SUB OF COUNSEL | UI | 0.00 |
| 17 | 11/04/2021 | ORD ON MTN FOR SUB OF COUNSEL-LESLIE S BARROWS | UIM | 0.00 |
| 18 | 11/05/2021 | FUYAN WANG'S ORIGINAL COUNTERPETITION FOR DIVO | NUI | 75.00 |
| 19 | 11/05/2021 | PAYMENT RECEIVED trans #18 | Y | 75.00 |
| 20 | 11/05/2021 | NOTICE OF HRG FOR TEMP ORD 11/8/21 @ 3:30PM | UIM | 0.00 |
| 21 | 11/08/2021 | NOTICE OF FILING OF BUSINESS RECORDS AFFIDAVIT | UI | 0.00 |
| 22 | 11/08/2021 | RESP'S EXHIBIT LIST FOR TEMP ORDERS & TRO HRG | UI | 0.00 |
| 26 | 11/08/2021 | ASSOCIATE JUDGE'S REPORT | IM | 0.00 |
| 27 | 11/09/2021 | ASSOCIATE JUDGE'S REPORT | IM | 0.00 |
| 23 | 11/10/2021 | REQUEST FOR DE NOVO HRG | UI | 0.00 |
| 24 | 11/10/2021 | ASSOCIATE JUDGE'S REPORT 11/09/21 @ 1:30PM | UIM | 0.00 |
| 25 | 11/10/2021 | COURT SERVICES ORDER | UIM | 0.00 |
| 28 | 11/12/2021 | NOTICE OF HEARING 12/07/21 @ 9:30AM | UIM | 0.00 |
| 29 | 11/18/2021 | APPEARANCE OF COUNSEL - WILLIAM A PIGG | UI | 0.00 |
| 30 | 11/19/2021 | MTN TO SUB COUNSEL | UI | 0.00 |
| 31 | 11/19/2021 | (PROP) ORD ON PLTF'S MTN TO SUB COUNSEL | UI | 0.00 |
| 32 | 11/23/2021 | AFFIDAVIT OF SERVICE | UI | 0.00 |
| 33 | 11/23/2021 | ORD ON PLAINTIFF'S MOT TO SUB COUNSEL-WILLIAM | IM | 0.00 |
| 34 | 12/01/2021 | CERTIFICATE OF WRITTEN DISCOVERY | UI | 0.00 |
| 35 | 12/20/2021 | AFFIDAVIT OF SERVICE | UI | 0.00 |
| 36 | 12/31/2021 | PTNR'S REQ FOR INSPECTION & PRODUCTION | UI | 0.00 |
| 37 | 01/03/2022 | PTNR'S WRITTEN ROGS TO RESP | UI | 0.00 |
| 38 | 01/19/2022 | NOTICE OF DE NOVO HRG 3/9/22 @ 9:30AM | UIM | 0.00 |
| 39 | 01/25/2022 | RULE 11 AGREEMENT/CL | UI | 0.00 |
| 40 | 01/25/2022 | NOT OF SUBP REQ PRODUCTION FROM A NON-PARTY | UI | 0.00 |
| 41 | 01/25/2022 | NOT OF FILING OF BUSINESS RECORDS AFFDT | UI | 0.00 |
| 42 | 02/02/2022 | ORIG PETITION TO ADJUDICATE PARENTAGE | UI | 0.00 |
| 43 | 02/02/2022 | CITATION | N | 8.00 |
| 44 | 02/02/2022 | PAYMENT RECEIVED trans #43 | Y | 8.00 |
| 45 | 02/02/2022 | FILING, PATERNITY OR VOLUNTARY PATERNITY SUIT | N | 401.00 |

```
                    TARRANT COUNTY DISTRICT CLERK'S OFFICE      Page:     2
JIMSGTM8               ALL TRANSACTIONS FOR A CASE             Date: 08/20/2024
                                                              Time: 16:36
```

```
            Cause Number: 325-707596-21    Date Filed: 10/15/2021
      CONGHUA YAN                      | v |    FUYAN WANG
                                       | s |
            Cause of Action: DIVORCE WITH CHILDREN
            Case Status·····: PENDING
```

| # | Filemark | Description | | Fee Total |
|---|----------|-------------|---|-----------|
| 46 | 02/07/2022 | Costbill (Short) for $401 WILLIAM A PIGG | UI | 0.00 |
| 47 | 02/08/2022 | RESP'S ORIG ANS TO PTNR'S ORIG PET TO ADJUDICA | UI | 0.00 |
| 48 | 02/10/2022 | UNOPPOSED MTN FOR CONTINUANCE | UI | 0.00 |
| 49 | 02/10/2022 | (PROP) ORD FOR CONTINUANCE | UI | 0.00 |
| 50 | 02/14/2022 | UNOPPOSED MOTION FOR CONTINUANCE | UI | 0.00 |
| 51 | 02/15/2022 | ORD FOR CONTINUANCE 7/11/22 @ 9:30AM | UIM | 0.00 |
| 52 | 02/15/2022 | ORD RESETTING HRG 2/23/22 @ 10:00AM | UIM | 0.00 |
| 53 | 02/28/2022 | PAYMENT RECEIVED-CONGHUA YAN | Y | 401.00 |
| 54 | 03/01/2022 | CERTIFICATE OF DISCOVERY | UI | 0.00 |
| 55 | 03/03/2022 | MTN FOR INTERIM ATTY'S FEES COSTS & EXPENSES | UI | 0.00 |
| 56 | 03/08/2022 | SUBP TO COMPEL PROD OF DOCUMENTS & TANGIBLE TH | UI | 0.00 |
| 57 | 03/08/2022 | SUBP DUCES TECUM | UI | 0.00 |
| 58 | 03/08/2022 | SUBP TO COMPEL PRODUCTION OF DOCUMENTS & TANGI | UI | 0.00 |
| 59 | 03/08/2022 | SUBP TO COMPEL PRODUCTION OF DOCUMENTS & TANGI | UI | 0.00 |
| 60 | 03/08/2022 | SUBP TO COMPEL PRODUCTION OF DOCUMENTS & TANGI | UI | 0.00 |
| 61 | 03/08/2022 | SUBP TO COMPEL PRODUCTION OF DOCUMENTS & TANGI | UI | 0.00 |
| 62 | 03/08/2022 | SUBP TO COMPEL PRODUCTION OF DOCUMENTS & TANGI | UI | 0.00 |
| 63 | 03/08/2022 | SUBP TO COMPEL PRODUCTION OF DOCUMENTS & TANGI | UI | 0.00 |
| 64 | 03/08/2022 | SUBP TO COMPEL PRODUCTION OF DOCUMENTS & TANGI | UI | 0.00 |
| 65 | 03/09/2022 | SUBP TO COMPEL PRODUCTION OF DOCUMENTS & TANGI | UI | 0.00 |
| 66 | 03/14/2022 | NOT OF HRG ON MTN FOR INTERIM ATTY'S FEES COST | UIM | 0.00 |
| 67 | 03/17/2022 | MOTION FOR PRETRIAL CONFERENCE | UI | 0.00 |
| 68 | 03/21/2022 | NOT OF HRG ON MTN FOR PRETRIAL - 4/13/2022 @8: | UIM | 0.00 |
| 69 | 03/22/2022 | APPL FOR SUBPOENA | UI | 0.00 |
| 70 | 03/22/2022 | Subpoena-ISSUED ON FUYAN WANG C/O LESLIE STARR | NUI | 8.00 |
| 71 | 03/22/2022 | PAYMENT RECEIVED trans #70 | Y | 8.00 |
| 72 | 03/22/2022 | SUBP TO COMPEL PROD OF DOCUMENTS & TANGIBLE TH | UI | 0.00 |
| 73 | 03/23/2022 | APPLICATION FOR SUBPOENA | UI | 0.00 |
| 74 | 03/23/2022 | Subpoena-ISSUED ON FUYAN WANG-On 03/24/2022 | NUI | 8.00 |
| 75 | 03/23/2022 | PAYMENT RECEIVED trans #74 | Y | 8.00 |
| 76 | 03/25/2022 | MOTION FOR SANCTIONS AND COMPELLING DISCOVERY | UI | 0.00 |
| 77 | 03/25/2022 | (PROPOSED) ORDER FOR SANCTIONS AND COMPELLING | UI | 0.00 |
| 78 | 03/29/2022 | NOTICE OF HEARING 4/13/22 @ 8:30AM | UIM | 0.00 |
| 79 | 04/07/2022 | AFFDT FOR BUSINESS RECORDS | UI | 0.00 |
| 80 | 04/07/2022 | BUSINESS RECORDS AFFDT | UI | 0.00 |
| 81 | 04/13/2022 | COPIES - PAPER OR CONVERTED | N | 44.00 |
| 82 | 04/13/2022 | PAYMENT RECEIVED trans #81 | Y | 44.00 |
| 83 | 04/13/2022 | ASSOCIATE JUDGE'S REPORT | IM | 0.00 |
| 84 | 04/13/2022 | AGREED ORDER OF REFERRAL FOR MEDIATION | IM | 0.00 |
| 85 | 04/13/2022 | PRE-TRIAL CONTROL SCHED ORD - 3/27/2024 @9:30A | IM | 0.00 |
| 86 | 04/18/2022 | Subpoena Tr# 74 RET OTHER On 04/18/2022 | UI | 0.00 |
| 87 | 04/22/2022 | (PROP) ORD FOR GARNISHMENT OF US BANK 401(K) | UI | 0.00 |
| 88 | 04/22/2022 | 10 DAY LTR RE: PROP ORD | UI | 0.00 |
| 89 | 04/26/2022 | CERTIFIED COPIES - FAMILY | N | 3.00 |
| 90 | 04/26/2022 | PAYMENT RECEIVED trans #89 | Y | 3.00 |

```
          Cause Number: 325-707596-21    Date Filed: 10/15/2021
     CONGHUA YAN                        |    v  |    FUYAN WANG
                                        |    s  |
          Cause of Action: DIVORCE WITH CHILDREN
          Case Status·····: PENDING
```

| #   | Filemark   | Description                                                  |     | Fee Total |
|-----|------------|--------------------------------------------------------------|-----|-----------|
| 91  | 04/26/2022 | CERTIFY AND SEAL COPY FEE                                    | N   | 5.00      |
| 92  | 04/26/2022 | PAYMENT RECEIVED trans #91                                   | Y   | 5.00      |
| 93  | 04/26/2022 | ORDER FOR GARNISHMENT OF US BANK 401(K) SAVG P               | UIM | 0.00      |
| 94  | 05/13/2022 | NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF               | UI  | 0.00      |
| 95  | 05/13/2022 | NOTICE OF DEPOSITION ON ORAL EXAMINATION                     | UI  | 0.00      |
| 96  | 05/25/2022 | NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF               | UI  | 0.00      |
| 97  | 05/26/2022 | ORD FOR GARNISHMENT OF U.S. BANK 401 (K) SAVIN               | UIM | 0.00      |
| 98  | 06/06/2022 | Subpoena Tr# 70 RET OTHER On 06/06/2022                      | UI  | 0.00      |
| 99  | 06/07/2022 | CERTIFIED COPIES - FAMILY                                    | N   | 3.00      |
| 100 | 06/07/2022 | PAYMENT RECEIVED trans #99                                   | Y   | 3.00      |
| 101 | 06/07/2022 | CERTIFY AND SEAL COPY FEE                                    | N   | 5.00      |
| 102 | 06/07/2022 | PAYMENT RECEIVED trans #101                                  | Y   | 5.00      |
| 103 | 06/16/2022 | WRIT GARN-ISSUED ON US BANCORP-On 06/16/2022                 | NI  | 8.00      |
| 104 | 06/16/2022 | PAYMENT RECEIVED trans #103                                  | Y   | 8.00      |
| 105 | 06/16/2022 | LTR CONFIRMING ADDRESS FOR SERVICE                           | UI  | 0.00      |
| 106 | 06/21/2022 | SERVICE RETURN - WRIT OF GARNISHMENT                         | UI  | 0.00      |
| 107 | 06/21/2022 | WRIT GARN Tr# 103 RET EXEC(US BANCORP) On 06/1               | UI  | 0.00      |
| 108 | 06/21/2022 | TEMPORARY ORDERS                                             | UIM | 0.00      |
| 109 | 06/22/2022 | REPORTER'S CERT DEPOSTION OF FUYAN WANG                      | UI  | 0.00      |
| 110 | 06/29/2022 | (PROP) INCOME WITHHOLDING FOR SUPPORT                        | UI  | 0.00      |
| 111 | 06/29/2022 | RECORD OF SUPPORT (CC:C/S)                                   | UI  | 0.00      |
| 112 | 06/29/2022 | INCOME WITHHOLDING FOR SUPPORT (CC:C/S)                      | UIM | 0.00      |
| 113 | 07/01/2022 | SUBP/RTN - WESTERN UNION FINANCIAL SERVICES IN               | UI  | 0.00      |
| 114 | 07/12/2022 | CERTIFIED COPIES - FAMILY                                    | N   | 3.00      |
| 115 | 07/12/2022 | PAYMENT RECEIVED trans #114                                  | Y   | 3.00      |
| 116 | 07/12/2022 | CERTIFY AND SEAL COPY FEE                                    | N   | 5.00      |
| 117 | 07/12/2022 | PAYMENT RECEIVED trans #116                                  | Y   | 5.00      |
| 118 | 07/12/2022 | ORD FOR GARNISHMENT OF U.S. BANK 401(K) SAVING               | UIM | 0.00      |
| 119 | 07/14/2022 | WRIT GARN-ISSUED ON US BANK-On 07/14/2022                    | NI  | 8.00      |
| 120 | 07/14/2022 | PAYMENT RECEIVED trans #119                                  | Y   | 8.00      |
| 121 | 07/18/2022 | SERVICE RETURN - WRIT OF GARNISHMENT                         | UI  | 0.00      |
| 122 | 07/18/2022 | WRIT GARN Tr# 119 RET EXEC(US BANK) On 07/15/2               | UI  | 0.00      |
| 123 | 07/18/2022 | COPIES - ELECTRONIC (1-10 PAGES)                             | N   | 3.00      |
| 124 | 07/18/2022 | PAYMENT RECEIVED trans #123                                  | Y   | 3.00      |
| 125 | 07/18/2022 | OVERPAYMENT                                                  | Y   | 3.00      |
| 126 | 07/18/2022 | Refund Request Form-Created on 07/18/2022                    | UI  | 0.00      |
| 127 | 07/19/2022 | COPIES - ELECTRONIC (1-10 PAGES)                             | N   | 1.00      |
| 128 | 07/19/2022 | PAYMENT RECEIVED trans #127                                  | Y   | 1.00      |
| 129 | 07/20/2022 | LTR FROM USBANK TO PTNR                                      | UI  | 0.00      |
| 130 | 07/21/2022 | Accounting notification from #126                            |     | 0.00      |
| 131 | 07/26/2022 | ADJ-REFUND PAYMENT ID#100247480960 OVERPAYMENT               | YA  | -3.00     |
| 132 | 08/24/2022 | LTR TO PTNR FROM USBANK RE: QDRO                             | UI  | 0.00      |
| 133 | 08/25/2022 | CERT/DEPO-CONGHUA YAN 6-20-22 ($1069.25-RESP)               | UI  | 0.00      |
| 134 | 09/02/2022 | MOTION FOR CONTEMPT                                          | NUI | 15.00     |
| 135 | 09/02/2022 | PAYMENT RECEIVED trans #134                                  | Y   | 15.00     |

```
                      TARRANT COUNTY DISTRICT CLERK'S OFFICE        Page:      4
JIMSGTM8                 ALL TRANSACTIONS FOR A CASE               Date: 08/20/2024
                                                                   Time: 16:36
```

```
        Cause Number: 325-707596-21   Date Filed: 10/15/2021
   CONGHUA YAN                      | v |  FUYAN WANG
                                    | s |
      Cause of Action: DIVORCE WITH CHILDREN
      Case Status·····: PENDING
```

| #   | Filemark   | Description                                            |      | Fee Total |
|-----|------------|--------------------------------------------------------|------|-----------|
| 136 | 09/02/2022 | MOTION FOR CONTEMPT                                     | NUI  | 15.00     |
| 137 | 09/02/2022 | PAYMENT RECEIVED trans #136                            | Y    | 15.00     |
| 138 | 09/02/2022 | MOTION FOR CONTEMPT                                     | NUI  | 15.00     |
| 139 | 09/02/2022 | PAYMENT RECEIVED trans #138                            | Y    | 15.00     |
| 140 | 09/07/2022 | MTN FOR W/D OF ATTY - WILLIAM A. PIGG                  | UI   | 0.00      |
| 141 | 09/07/2022 | (PROP) ORD FOR W/D OF ATTY - WILLIAM A. PIGG           | UI   | 0.00      |
| 142 | 09/09/2022 | 10 DAY LETTER - WILLIAM A. PIGG                        | UI   | 0.00      |
| 143 | 09/21/2022 | ORD FOR W/D OF ATTY - WILLIAM A PIGG                   | UIM  | 0.00      |
| 144 | 11/08/2022 | NOT/APPEAR & DESIGNATE OF LEAD COUNSEL - DAVID         | UI   | 0.00      |
| 145 | 12/13/2022 | COPIES - PAPER OR CONVERTED                            | N    | 22.00     |
| 146 | 12/13/2022 | PAYMENT RECEIVED trans #145                            | Y    | 22.00     |
| 147 | 01/03/2023 | MTN FOR W/D OF COUNSEL                                 | UI   | 0.00      |
| 148 | 01/03/2023 | (PROP) ORD ON MTN FOR W/D OF COUNSEL                   | UI   | 0.00      |
| 149 | 01/09/2023 | MTN FOR W/D OF COUNSEL                                 | UI   | 0.00      |
| 150 | 01/12/2023 | ORD ON MOT FOR W/D OF COUNSEL - LESLIE BARROWS        | UIM  | 0.00      |
| 151 | 01/12/2023 | Notice of Order-Created on 01/12/2023                  | I    | 0.00      |
| 152 | 02/16/2023 | MTN TO MOD TEMP ORD & MTN FOR ADDL TEMP ORD           | NUI  | 30.00     |
| 153 | 02/16/2023 | PAYMENT RECEIVED trans #152                            | Y    | 30.00     |
| 154 | 02/16/2023 | MTN FOR PSYCHOLOGIAL EVALUATION & TESTING             | UI   | 0.00      |
| 155 | 02/16/2023 | MTN FOR CHILD CUSTODY EVALUATION                       | UI   | 0.00      |
| 156 | 02/16/2023 | 2ND AMND PET FOR DIVORCE                               | UI   | 0.00      |
| 157 | 03/02/2023 | ENTRY OF APPR - CODY W MARTIN                          | UI   | 0.00      |
| 158 | 03/06/2023 | ENTRY OF APPEARANCE OF CO-COUNSEL - ERIKA PATI        | UI   | 0.00      |
| 159 | 03/09/2023 | BSNS RCRDS AFFID - SARAH BLUM (CST SOUTHLAKE P        | UI   | 0.00      |
| 160 | 03/10/2023 | SBPN/RTN - CPL MYLES JENKINS OF SOUTHLAKE P.D.        | UI   | 0.00      |
| 161 | 03/10/2023 | NOT OF CRT PROC ON MTN FOR CUST EVAL -3/22/23         | UIM  | 0.00      |
| 162 | 03/10/2023 | NOT OF CRT PROC ON MTN FOR PSYCH EVAL/TEST-3/2        | UIM  | 0.00      |
| 163 | 03/10/2023 | NOT OF CRT PROC ON MTN TO MOD TEMP ORD/MTN FOR        | UIM  | 0.00      |
| 164 | 03/15/2023 | SUBP/RTN - SOUTHLAKE POLICE DEPT                       | UI   | 0.00      |
| 165 | 03/15/2023 | 3RD AMD PET FOR DIVORCE                                | UI   | 0.00      |
| 166 | 03/23/2023 | CONFIRMATION LTR 5/2/23 @ 9:00AM/TA                    | UI   | 0.00      |
| 167 | 04/27/2023 | PTNR'S MTN FOR PARTIAL SUMMARY JDG TO DETERMIN        | UI   | 0.00      |
| 168 | 05/03/2023 | NOT OF COURT PROC PTNR'S MTN FOR PARTIAL              | UIM  | 0.00      |
| 169 | 05/05/2023 | ASSOCIATE JUDGE'S REPORT                               | UIM  | 0.00      |
| 170 | 05/08/2023 | COPIES - PAPER OR CONVERTED                            | N    | 3.00      |
| 171 | 05/08/2023 | PAYMENT RECEIVED trans #170                            | Y    | 3.00      |
| 172 | 05/08/2023 | REQUEST FOR HEARING DE NOVO                            | UI   | 0.00      |
| 173 | 05/17/2023 | NOT/COURT PROCEEDING (5-31-23 @ 10:30AM)              | UIM  | 0.00      |
| 174 | 05/30/2023 | AGREED LETTER TO THE COURT                             | UI   | 0.00      |
| 175 | 05/31/2023 | PRE-TRIAL CONTROL SCHED ORD - 3/27/2024 @9:30A        | UIM  | 0.00      |
| 176 | 05/31/2023 | AGREED ORDER REGARDING DE NOVO                         | UIM  | 0.00      |
| 177 | 05/31/2023 | ORD FOR CHILD CUSTODY EVALUATION                       | UIM  | 0.00      |
| 178 | 06/08/2023 | MTN TO DISQUALIFY INTERPRETER & FOR APPOINTMEN        | UI   | 0.00      |
| 179 | 06/21/2023 | FUYAN WANG'S CERT OF COMPLETION                        | UI   | 0.00      |
| 180 | 08/09/2023 | RESP TO PTNR'S MTN FOR PRTL TRAD SUMM JDMNT TO        | UI   | 0.00      |

```
                          TARRANT COUNTY DISTRICT CLERK'S OFFICE          Page:     5
JIMSGTM8                       ALL TRANSACTIONS FOR A CASE               Date: 08/20/2024
                                                                        Time: 16:36
```

```
              Cause Number: 325-707596-21    Date Filed: 10/15/2021
   CONGHUA YAN                             v  |   FUYAN WANG
                                           s  |
              Cause of Action: DIVORCE WITH CHILDREN
              Case Status·····: PENDING
```

| #   | Filemark   | Description | | Fee Total |
|-----|------------|-------------|---|-----------|
| 181 | 08/10/2023 | AMND RESP TO PTNR'S MTN FOR PARTIAL TRAD SUMM | UI | 0.00 |
| 182 | 08/29/2023 | SUPPLEMENTAL BRIEF ON APPL OF UPA & COMPARISON | UI | 0.00 |
| 183 | 09/15/2023 | RESPONSE TO SUPPLEMENTAL MOT FOR SUMMARY JUDGE | UI | 0.00 |
| 184 | 09/29/2023 | SUPPL REPLY BRIEF ON APPL OF UPA & COMPARISON | UI | 0.00 |
| 185 | 11/14/2023 | CERT OF COMPLETION - FUYAN WANG | UI | 0.00 |
| 186 | 11/16/2023 | COPIES - PAPER OR CONVERTED | N | 38.00 |
| 187 | 11/16/2023 | PAYMENT RECEIVED trans #186 | Y | 38.00 |
| 188 | 11/28/2023 | RESP'S DESG OF EXPERT WITNESSES | UI | 0.00 |
| 189 | 11/28/2023 | CONGHUA YAN'S DESG OF EXPERT WITNESSES | UI | 0.00 |
| 190 | 01/08/2024 | RULE 11 AGREEMENT TO EXTEND DISC LETT RESP DEA | UI | 0.00 |
| 191 | 02/02/2024 | MTN TO COMPEL DISCOVERY RESP/FOR SANCTIONS | UI | 0.00 |
| 192 | 02/16/2024 | (PROP) NOT OF CT PROC ON MOT TO COMPEL DISCOVE | UI | 0.00 |
| 193 | 02/22/2024 | NOT OF COURT PROCDG ON MOT TO COMP DISC RESP & | UIM | 0.00 |
| 204 | 02/22/2024 | NOT OF COURT PROCDG FILED 02/22/24 TRN # 193 | | 0.00 |
| 194 | 02/26/2024 | NOT OF COMPLETION OF CUSTODY EVAL REPORT | UI | 0.00 |
| 195 | 02/26/2024 | PTNR'S REQUIRED PRETRIAL DISCLOSURES | UI | 0.00 |
| 196 | 02/26/2024 | PTNR'S FIRST SUPPLEMENTAL REQ PRETRIAL DISCLOS | UI | 0.00 |
| 197 | 03/01/2024 | (PROP) AGRD ORD ON MTN FOR W/D OF CNSL - DAVID | UI | 0.00 |
| 198 | 03/01/2024 | MTN FOR W/D OF CNSL - DAVID W. WYNNE & ELIZABE | UI | 0.00 |
| 199 | 03/04/2024 | RESPONDENT'S PROPOSED PARENTING PLAN | UI | 0.00 |
| 200 | 03/04/2024 | FUYAN WANG'S COUNTERPET FOR DIVORCE | UI | 0.00 |
| 201 | 03/04/2024 | PLAINTIFF'S JUDICIAL NOT TO THE CT | UI | 0.00 |
| 202 | 03/04/2024 | EXHIBIT 1 | I | 0.00 |
| 205 | 03/04/2024 | APPEARANCE - CONGHUA YAN | UI | 0.00 |
| 203 | 03/05/2024 | AJ'S RPRT FOR PET'S MOT TO COMPEL FILED 2/2/24 | UIM | 0.00 |
| 206 | 03/05/2024 | ORD GRANTING PET'S MOT TO COMPEL DISC RESPONSE | UI | 0.00 |
| 207 | 03/05/2024 | AGRD ORD ON MOT FOR W/D OF CNSL- D.W.WYNNE & E | UIM | 0.00 |
| 208 | 03/05/2024 | PLAINTIFF'S JUDICIAL NOTICE TO THE COURT | UI | 0.00 |
| 213 | 03/05/2024 | (T#207) ORD ON W/D OF CSNL - WYNNE & BARR (3/4 | | 0.00 |
| 246 | 03/05/2024 | AJ'S REPORT 3/4/24 (T#203) | | 0.00 |
| 209 | 03/06/2024 | UNOPPOSED MOT FOR CONTEMPT FOR FAILURE TO RESP | NUI | 80.00 |
| 210 | 03/06/2024 | PAYMENT RECEIVED trans #209 | Y | 35.00 |
| 211 | 03/06/2024 | PAYMENT PAID TO STATE TRANS #209 | Y | 45.00 |
| 212 | 03/08/2024 | PETITIONER'S PROPOSED PARENTING PLAN | UI | 0.00 |
| 216 | 03/08/2024 | RELEASE OF FCS CUSTODY EVAL REPORT | I | 0.00 |
| 217 | 03/08/2024 | RELEASE OF FCS CUSTODY EVAL REPORT | I | 0.00 |
| 214 | 03/12/2024 | OPPOSED EMERG MOT TO VACATE PRIOR ORD DUE TO F | UI | 0.00 |
| 215 | 03/12/2024 | RESP CERT OF WRIT DISC DRCTD TO PTNR | UI | 0.00 |
| 218 | 03/18/2024 | NON-RESPONSIVE MOT TO FILE FIRST SUPPLEMENTAL | UI | 0.00 |
| 219 | 03/18/2024 | (ATTACHED) PROP ORD GRANT PTNR'S MOT TO FILE F | I | 0.00 |
| 220 | 03/18/2024 | CERTIF OF CONFERENCE | UI | 0.00 |
| 221 | 03/18/2024 | NON-RESPONSIVE MOT TO ALLOW VIDEO RECORDING DU | UI | 0.00 |
| 222 | 03/18/2024 | (ATTACHED) PROP ORD GRANT PTNR'S MOT TO VIDEO | I | 0.00 |
| 223 | 03/20/2024 | CERTIFICATE OF SERVICE | UI | 0.00 |
| 224 | 03/21/2024 | RESP'S CERTIF OF WRITTEN DISC DIRECTED TO PTNR | UI | 0.00 |

```
                    TARRANT COUNTY DISTRICT CLERK'S OFFICE          Page:     6
JIMSGTM8                ALL TRANSACTIONS FOR A CASE                 Date: 08/20/2024
                                                                   Time: 16:36
```

```
        Cause Number: 325-707596-21   Date Filed: 10/15/2021
    CONGHUA YAN                       | v |    FUYAN WANG
                                      |   |
                                      | s |
        Cause of Action: DIVORCE WITH CHILDREN
        Case Status·····: PENDING
```

| #   | Filemark   | Description                                      |      | Fee Total |
|-----|------------|--------------------------------------------------|------|-----------|
| 225 | 03/22/2024 | Subpoena-ISSUED ON LESLIE BARROWS-On 03/22/202   | NUI  | 8.00      |
| 226 | 03/22/2024 | Subpoena-ISSUED ON POLICE DETECTIVE MYLES JENK   | NUI  | 8.00      |
| 227 | 03/22/2024 | Subpoena-ISSUED ON POLICE OFFICE TAYLOR MUELLE   | NUI  | 8.00      |
| 228 | 03/22/2024 | Subpoena-ISSUED ON DAISY XIN BARTLETT-On 03/22   | NUI  | 8.00      |
| 229 | 03/22/2024 | PAYMENT RECEIVED trans #228                      | Y    | 8.00      |
| 230 | 03/22/2024 | PAYMENT RECEIVED trans #227                      | Y    | 8.00      |
| 231 | 03/22/2024 | PAYMENT RECEIVED trans #226                      | Y    | 8.00      |
| 232 | 03/22/2024 | PAYMENT RECEIVED trans #225                      | Y    | 8.00      |
| 233 | 03/22/2024 | APPLICATION FOR SUBPOENA-LESLIE BARROWS          | I    | 0.00      |
| 234 | 03/22/2024 | APPLICATION FOR SUBPOENA-POLICE DETECTIVE M.J.   | I    | 0.00      |
| 235 | 03/22/2024 | APPLICATION FOR SUBPOENA- POLICE OFFICER T.M.    | I    | 0.00      |
| 236 | 03/22/2024 | APPLICATION FOR SUBPOENA-DAISY BARTLETT          | I    | 0.00      |
| 237 | 03/26/2024 | PLAINTIFF'S JUDICIAL NOTICE TO THE COURT PURSU   | UI   | 0.00      |
| 238 | 03/26/2024 | SUBPOENA RETURN- DAISY BARTLET                   | UI   | 0.00      |
| 239 | 03/26/2024 | SUBPOENA RETURN- LESLIE BARROWS                  | UI   | 0.00      |
| 240 | 03/28/2024 | ORD GRANTING PET'S MOT TO COMPEL DISC RESP & F   | UIM  | 0.00      |
| 241 | 04/04/2024 | MOT TO REQUEST FINDINGS OF FACT & CONCLUSIONS    | UI   | 0.00      |
| 242 | 04/08/2024 | ORD DENY PETNR MOT TO VACATE DUE TO FRAUD UPON   | UIM  | 0.00      |
| 243 | 04/09/2024 | OPPOS EMERG MOT FOR TEMP ORD FOR ENF OF POSS O   | NUI  | 15.00     |
| 244 | 04/09/2024 | PAYMENT RECEIVED trans #243                      | Y    | 15.00     |
| 245 | 04/16/2024 | MOT FOR ENTRY OF ORD FOR PET MOT FOR PART TRAD   | UI   | 0.00      |
| 247 | 04/24/2024 | EXHIBIT RECEIPT                                  | UI   | 0.00      |
| 248 | 04/26/2024 | OPPOS EMERG 1ST AMND MOT FOR TEMP ORD FOR ENF    | UI   | 0.00      |
| 249 | 04/26/2024 | NOTICE OF PAST DUE FINDING OF FACT O& CONCL OF   | UI   | 0.00      |
| 250 | 04/29/2024 | PET FOR WRIT OF HABEAS CORPUS                    | NUI  | 80.00     |
| 251 | 04/29/2024 | PAYMENT RECEIVED trans #250                      | Y    | 35.00     |
| 252 | 04/29/2024 | PAYMENT PAID TO STATE trans #250                 | Y    | 45.00     |
| 253 | 04/29/2024 | PET FOR CRIMINAL COMPLAINT                       | UI   | 0.00      |
| 254 | 05/01/2024 | STATEMENT OF INABILITY TO AFFORD PYMT OF CRT C   | UI   | 0.00      |
| 255 | 05/06/2024 | 2ND MOT TO VAC PRIOR ORD & JDG DUE TO EXTRINSI   | UI   | 0.00      |
| 256 | 05/08/2024 | MATTERS RELATED TO VOID ORDERS                   | UI   | 0.00      |
| 257 | 05/15/2024 | *CT/APPEALS (ORIG PROC) PET/MAND FILED           | I    | 0.00      |
| 258 | 05/16/2024 | *CT APPEALS (ORIG PROC) PET/MAND DENIED          | I    | 0.00      |
| 259 | 05/16/2024 | *POST CARD (SUP/CT) PET/MAND FILED               | I    | 0.00      |
| 260 | 05/28/2024 | OPPOSED EMERG MOT FOR VOIDING OR DECLARATORY O   | UI   | 0.00      |
| 261 | 05/28/2024 | (ATTACHED) EXHIBITS                              | UI   | 0.00      |
| 262 | 06/06/2024 | EMERG MOT FOR INJUNCTIVE & DECLARTRY RELF OF E   | UI   | 0.00      |
| 263 | 06/10/2024 | EMERGENCY MOT TO COMPEL/FOR CONTEMPT             | NUI  | 80.00     |
| 264 | 06/14/2024 | MOT TO INITIATE COURT OF INQUIRY PROCEDURE       | UI   | 0.00      |
| 265 | 06/14/2024 | (PROP) REQUEST FOR COURT OF INQUIRY              | I    | 0.00      |
| 266 | 06/20/2024 | MOTION TO SIGN FINAL DECREE OF DIVORCE           | UI   | 0.00      |
| 267 | 06/20/2024 | (PROP) FINAL DECREE OF DIVORCE                   | UI   | 0.00      |
| 268 | 06/26/2024 | NOT OF CT PROC 9/11/24 @ 9AM (6/25/24)           | UIM  | 0.00      |
| 269 | 08/09/2024 | *CT APPEALS (ORIG PROC) PET/MAND FILED           | I    | 0.00      |
| 270 | 08/13/2024 | *CT APPEALS (ORIG PROC) PET/MAND DENIED          | I    | 0.00      |

TARRANT COUNTY DISTRICT CLERK'S OFFICE                    Page:      7
JIMSGTM8                    ALL TRANSACTIONS FOR A CASE                     Date: 08/20/2024
                                                                           Time: 16:36

| Cause Number: 325-707596-21    Date Filed: 10/15/2021 |
| CONGHUA YAN                v    FUYAN WANG |
|                            s |
| Cause of Action: DIVORCE WITH CHILDREN |
| Case Status·····: PENDING |

| # | Filemark | Description | Fee Total |
|---|----------|-------------|-----------|

Total Number Of Records Printed:    270

# Appendix B

```
                 TARRANT COUNTY DISTRICT CLERK'S OFFICE       Page:   1
                 ALL TRANSACTIONS FOR A CASE                  Date: 10/16/2025
                                                              Time: 08:21
--------------------------------------------------------------------------------
        Cause Number: 325-707596-21   Date Filed: 10/15/2021
     CONGHUA YAN                     v      FUYAN WANG
                                     s
     Cause of Action: MODIFICATION-CUSTODY
     Case Status....: TRANSFERRED TO ANOTHER DISTRICT COURT IN COUNTY
--------------------------------------------------------------------------------
        Filemark   Description                                      Fee Total
--------------------------------------------------------------------------------
7       10/21/2021 TRO & ORD SETTING HRG FOR TEMP ORDS 11/1/21@8:30AM UIM    0.00
8       10/26/2021 CIT/RTN - FUYAN WANG                              UI      0.00
9       10/26/2021 Citation Tr# 3 RET EXEC(FUYAN WANG) On 10/23/2021 UI      0.00
10      10/26/2021 TRO/RTN - FUYAN WANG                              UI      0.00
11      10/26/2021 T.R.O. Tr# 5 RET EXEC(FUYAN WANG) On 10/23/2021   UI      0.00
12      11/01/2021 RESP'S ORIG ANSWER & REQUEST FOR DISCLOSURES      UI      0.00
13      11/01/2021 ORD RESETTING HRG 11/8/21 @ 3:30PM                UIM     0.00
14      11/04/2021 1ST AMENDED PETITION FOR DIVORCE                  UI      0.00
15      11/04/2021 MOTION FOR SUB OF COUNSEL - ATTY LESLIE BARROWS   UI      0.00
16      11/04/2021 (PROPOSED) ORDER ON MOTION FOR SUB OF COUNSEL     UI      0.00
17      11/04/2021 ORD ON MTN FOR SUB OF COUNSEL-LESLIE S BARROWS    UIM     0.00
20      11/05/2021 NOTICE OF HRG FOR TEMP ORD 11/8/21 @ 3:30PM       UIM     0.00
21      11/08/2021 NOTICE OF FILING OF BUSINESS RECORDS AFFIDAVIT    UI      0.00
22      11/08/2021 RESP'S EXHIBIT LIST FOR TEMP ORDERS & TRO HRG     UI      0.00
26      11/08/2021 ASSOCIATE JUDGE'S REPORT                          IM      0.00
27      11/09/2021 ASSOCIATE JUDGE'S REPORT                          IM      0.00
23      11/10/2021 REQUEST FOR DE NOVO HRG                           UI      0.00
24      11/10/2021 ASSOCIATE JUDGE'S REPORT 11/09/21 @ 1:30PM        UIM     0.00
25      11/10/2021 COURT SERVICES ORDER                             UIM      0.00
28      11/12/2021 NOTICE OF HEARING 12/07/21 @ 9:30AM               UIM     0.00
29      11/18/2021 APPEARANCE OF COUNSEL - WILLIAM A PIGG            UI      0.00
30      11/19/2021 MTN TO SUB COUNSEL                                UI      0.00
31      11/19/2021 (PROP) ORD ON PLTF'S MTN TO SUB COUNSEL           UI      0.00
32      11/23/2021 AFFIDAVIT OF SERVICE                              UI      0.00
33      11/23/2021 ORD ON PLAINTIFF'S MOT TO SUB COUNSEL-WILLIAM A.  IM      0.00
34      12/01/2021 CERTIFICATE OF WRITTEN DISCOVERY                  UI      0.00
35      12/20/2021 AFFIDAVIT OF SERVICE                              UI      0.00
36      12/31/2021 PTNR'S REQ FOR INSPECTION & PRODUCTION            UI      0.00
37      01/03/2022 PTNR'S WRITTEN ROGS TO RESP                       UI      0.00
38      01/19/2022 NOTICE OF DE NOVO HRG 3/9/22 @ 9:30AM             UIM     0.00
39      01/25/2022 RULE 11 AGREEMENT/CL                              UI      0.00
40      01/25/2022 NOT OF SUBP REQ PRODUCTION FROM A NON-PARTY       UI      0.00
41      01/25/2022 NOT OF FILING OF BUSINESS RECORDS AFFDT           UI      0.00
42      02/02/2022 ORIG PETITION TO ADJUDICATE PARENTAGE            UI       0.00
46      02/07/2022 Costbill (Short) for $401 WILLIAM A PIGG          UI      0.00
47      02/08/2022 RESP'S ORIG ANS TO PTNR'S ORIG PET TO ADJUDICATE  UI      0.00
48      02/10/2022 UNOPPOSED MTN FOR CONTINUANCE                     UI      0.00
49      02/10/2022 (PROP) ORD FOR CONTINUANCE                        UI      0.00
```

```
50    02/14/2022 UNOPPOSED MOTION FOR CONTINUANCE              UI       0.00
51    02/15/2022 ORD FOR CONTINUANCE 7/11/22 @ 9:30AM          UIM      0.00
52    02/15/2022 (INCORRECT CAUSE #)ORD RESETTING HRG 2/23/22 @ 10: UIM  0.00
      02/15/2022 00AM
54    03/01/2022 CERTIFICATE OF DISCOVERY                      UI       0.00
55    03/03/2022 MTN FOR INTERIM ATTY'S FEES COSTS & EXPENSES  UI       0.00
56    03/08/2022 SUBP TO COMPEL PROD OF DOCUMENTS & TANGIBLE THINGS UI  0.00
57    03/08/2022 SUBP DUCES TECUM                              UI       0.00
58    03/08/2022 SUBP TO COMPEL PRODUCTION OF DOCUMENTS & TANGIBLE UI   0.00
59    03/08/2022 SUBP TO COMPEL PRODUCTION OF DOCUMENTS & TANGIBLE UI   0.00
60    03/08/2022 SUBP TO COMPEL PRODUCTION OF DOCUMENTS & TANGIBLE UI   0.00
61    03/08/2022 SUBP TO COMPEL PRODUCTION OF DOCUMENTS & TANGIBLE UI   0.00
62    03/08/2022 SUBP TO COMPEL PRODUCTION OF DOCUMENTS & TANGIBLE UI   0.00
63    03/08/2022 SUBP TO COMPEL PRODUCTION OF DOCUMENTS & TANGIBLE UI   0.00
64    03/08/2022 SUBP TO COMPEL PRODUCTION OF DOCUMENTS & TANGIBLE UI   0.00
65    03/09/2022 SUBP TO COMPEL PRODUCTION OF DOCUMENTS & TANGIBLE UI   0.00
66    03/14/2022 NOT OF HRG ON MTN FOR INTERIM ATTY'S FEES COSTS UIM   0.00
67    03/17/2022 MOTION FOR PRETRIAL CONFERENCE                UI       0.00
68    03/21/2022 NOT OF HRG ON MTN FOR PRETRIAL - 4/13/2022 @8:30AM UIM 0.00
--------------------------------------------------------------------------------
            TARRANT COUNTY DISTRICT CLERK'S OFFICE        Page:    2
            ALL TRANSACTIONS FOR A CASE                   Date: 10/16/2025
                                                          Time: 08:21
--------------------------------------------------------------------------------
        Cause Number: 325-707596-21   Date Filed: 10/15/2021
    CONGHUA YAN                       v    FUYAN WANG
                                      s
        Cause of Action: MODIFICATION-CUSTODY
        Case Status....: TRANSFERRED TO ANOTHER DISTRICT COURT IN COUNTY
--------------------------------------------------------------------------------
        Filemark   Description                               Fee Total
--------------------------------------------------------------------------------
69    03/22/2022 APPL FOR SUBPOENA                           UI       0.00
72    03/22/2022 SUBP TO COMPEL PROD OF DOCS (T-MOBILE USA INC) UI    0.00
73    03/23/2022 APPLICATION FOR SUBPOENA                    UI       0.00
76    03/25/2022 MOTION FOR SANCTIONS AND COMPELLING DISCOVERY UI     0.00
77    03/25/2022 (PROPOSED) ORDER FOR SANCTIONS AND COMPELLING UI     0.00
78    03/29/2022 NOTICE OF HEARING 4/13/22 @ 8:30AM          UIM      0.00
79    04/07/2022 AFFDT FOR BUSINESS RECORDS                  UI       0.00
80    04/07/2022 BUSINESS RECORDS AFFDT                      UI       0.00
83    04/13/2022 ASSOCIATE JUDGE'S REPORT                    IM       0.00
84    04/13/2022 AGREED ORDER OF REFERRAL FOR MEDIATION      IM       0.00
85    04/13/2022 PRE-TRIAL CONTROL SCHED ORD - 3/27/2024 @9:30AM IM   0.00
86    04/18/2022 Subpoena Tr# 74 RET OTHER On 04/18/2022     UI       0.00
87    04/22/2022 (PROP) ORD FOR GARNISHMENT OF US BANK 401(K) UI      0.00
88    04/22/2022 10 DAY LTR RE: PROP ORD                     UI       0.00
93    04/26/2022 ORDER FOR GARNISHMENT OF US BANK 401(K) SAVG PLAN UIM 0.00
94    05/13/2022 NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF UI    0.00
95    05/13/2022 NOTICE OF DEPOSITION ON ORAL EXAMINATION    UI       0.00
96    05/25/2022 NOTICE OF INTENTION TO TAKE ORAL DEPOSITION OF UI    0.00
```

```
97    05/26/2022 ORD FOR GARNISHMENT OF U.S. BANK 401 (K) SAVINGS   UIM      0.00
98    06/06/2022 Subpoena Tr# 70 RET OTHER On 06/06/2022            UI       0.00
105   06/16/2022 LTR CONFIRMING ADDRESS FOR SERVICE                 UI       0.00
106   06/21/2022 SERVICE RETURN - WRIT OF GARNISHMENT               UI       0.00
107   06/21/2022 WRIT GARN Tr# 103 RET EXEC(US BANCORP) On 06/17/20 UI       0.00
108   06/21/2022 TEMPORARY ORDERS                                   UIM      0.00
109   06/22/2022 REPORTER'S CERT DEPOSTION OF FUYAN WANG            UI       0.00
110   06/29/2022 (PROP) INCOME WITHHOLDING FOR SUPPORT              UI       0.00
111   06/29/2022 RECORD OF SUPPORT (CC:C/S)                         UI       0.00
112   06/29/2022 INCOME WITHHOLDING FOR SUPPORT (CC:C/S)            UIM      0.00
113   07/01/2022 SUBP/RTN - WESTERN UNION FINANCIAL SERVICES INC    UI       0.00
118   07/12/2022 ORD FOR GARNISHMENT OF U.S. BANK 401(K) SAVINGS    UIM      0.00
121   07/18/2022 SERVICE RETURN - WRIT OF GARNISHMENT               UI       0.00
122   07/18/2022 WRIT GARN Tr# 119 RET EXEC(US BANK) On 07/15/2022  UI       0.00
126   07/18/2022 Refund Request Form-Created on 07/18/2022          UI       0.00
129   07/20/2022 LTR FROM USBANK TO PTNR                            UI       0.00
130   07/21/2022 Accounting notification from #126                           0.00
132   08/24/2022 LTR TO PTNR FROM USBANK RE: QDRO                   UI       0.00
133   08/25/2022 CERT/DEPO-CONGHUA YAN 6-20-22 ($1069.25-RESP)      UI       0.00
140   09/07/2022 MTN FOR W/D OF ATTY - WILLIAM A. PIGG              UI       0.00
141   09/07/2022 (PROP) ORD FOR W/D OF ATTY - WILLIAM A. PIGG       UI       0.00
142   09/09/2022 10 DAY LETTER - WILLIAM A. PIGG                    UI       0.00
143   09/21/2022 ORD FOR W/D OF ATTY - WILLIAM A PIGG               UIM      0.00
144   11/08/2022 NOT/APPEAR & DESIGNATE OF LEAD COUNSEL - DAVID     UI       0.00
147   01/03/2023 MTN FOR W/D OF COUNSEL                             UI       0.00
148   01/03/2023 (PROP) ORD ON MTN FOR W/D OF COUNSEL               UI       0.00
149   01/09/2023 MTN FOR W/D OF COUNSEL                             UI       0.00
150   01/12/2023 ORD ON MOT FOR W/D OF COUNSEL - LESLIE BARROWS     UIM      0.00
151   01/12/2023 Notice of Order-Created on 01/12/2023              I        0.00
154   02/16/2023 MTN FOR PSYCHOLOGIAL EVALUATION & TESTING          UI       0.00
155   02/16/2023 MTN FOR CHILD CUSTODY EVALUATION                   UI       0.00
156   02/16/2023 2ND AMND PET FOR DIVORCE                           UI       0.00
157   03/02/2023 ENTRY OF APPR - CODY W MARTIN                      UI       0.00
158   03/06/2023 ENTRY OF APPEARANCE OF CO-COUNSEL - ERIKA PATINO   UI       0.00
159   03/09/2023 BSNS RCRDS AFFID - SARAH BLUM (CST SOUTHLAKE P.D.) UI       0.00
160   03/10/2023 SBPN/RTN - CPL MYLES JENKINS OF SOUTHLAKE P.D.     UI       0.00
161   03/10/2023 NOT OF CRT PROC ON MTN FOR CUST EVAL -3/22/23 @9AM UIM      0.00
162   03/10/2023 NOT OF CRT PROC ON MTN FOR PSYCH EVAL/TEST-3/22/23 UIM      0.00
163   03/10/2023 NOT OF CRT PROC ON MTN TO MOD TEMP ORD/MTN FOR ADL UIM      0.00
-------------------------------------------------------------------------------
             TARRANT COUNTY DISTRICT CLERK'S OFFICE        Page:    3
             ALL TRANSACTIONS FOR A CASE                   Date: 10/16/2025
                                                           Time: 08:21
-------------------------------------------------------------------------------
           Cause Number: 325-707596-21   Date Filed: 10/15/2021
    CONGHUA YAN                      v      FUYAN WANG
                                     s
       Cause of Action: MODIFICATION-CUSTODY
       Case Status....: TRANSFERRED TO ANOTHER DISTRICT COURT IN COUNTY
-------------------------------------------------------------------------------
```

```
       Filemark   Description                                              Fee Total
      ---------------------------------------------------------------------------------
164    03/15/2023 SUBP/RTN - SOUTHLAKE POLICE DEPT                     UI      0.00
165    03/15/2023 3RD AMD PET FOR DIVORCE                              UI      0.00
166    03/23/2023 CONFIRMATION LTR 5/2/23 @ 9:00AM/TA                  UI      0.00
167    04/27/2023 PTNR'S MTN FOR PARTIAL SUMMARY JDG TO DETERMINE      UI      0.00
168    05/03/2023 NOT OF COURT PROC PTNR'S MTN FOR PARTIAL             UIM     0.00
169    05/05/2023 ASSOCIATE JUDGE'S REPORT                             UIM     0.00
172    05/08/2023 REQUEST FOR HEARING DE NOVO                          UI      0.00
173    05/17/2023 NOT/COURT PROCEEDING (5-31-23 @ 10:30AM)             UIM     0.00
174    05/30/2023 AGREED LETTER TO THE COURT                           UI      0.00
175    05/31/2023 PRE-TRIAL CONTROL SCHED ORD - 3/27/2024 @9:30AM      UIM     0.00
176    05/31/2023 AGREED ORDER REGARDING DE NOVO                       UIM     0.00
177    05/31/2023 ORD FOR CHILD CUSTODY EVALUATION                     UIM     0.00
178    06/08/2023 MTN TO DISQUALIFY INTERPRETER & FOR APPOINTMENT OF UI       0.00
179    06/21/2023 FUYAN WANG'S CERT OF COMPLETION                      UI      0.00
180    08/09/2023 RESP TO PTNR'S MTN FOR PRTL TRAD SUMM JDMNT TO DET UI        0.00
181    08/10/2023 AMND RESP TO PTNR'S MTN FOR PARTIAL TRAD SUMM JDMT UI        0.00
182    08/29/2023 SUPPLEMENTAL BRIEF ON APPL OF UPA & COMPARISON       UI      0.00
183    09/15/2023 RESPONSE TO SUPPLEMENTAL MOT FOR SUMMARY JUDGEMENT UI        0.00
184    09/29/2023 SUPPL REPLY BRIEF ON APPL OF UPA & COMPARISON TO     UI      0.00
185    11/14/2023 CERT OF COMPLETION - FUYAN WANG                      UI      0.00
188    11/28/2023 RESP'S DESG OF EXPERT WITNESSES                      UI      0.00
189    11/28/2023 CONGHUA YAN'S DESG OF EXPERT WITNESSES               UI      0.00
190    01/08/2024 RULE 11 AGREEMENT TO EXTEND DISC LETT RESP DEADLNE UI       0.00
191    02/02/2024 MTN TO COMPEL DISCOVERY RESP/FOR SANCTIONS           UI      0.00
192    02/16/2024 (PROP) NOT OF CT PROC ON MOT TO COMPEL DISCOVERY     UI      0.00
193    02/22/2024 NOT OF COURT PROCDG ON MOT TO COMP DISC RESP & FOR UIM      0.00
204    02/22/2024 NOT OF COURT PROCDG FILED 02/22/24 TRN # 193                 0.00
194    02/26/2024 NOT OF COMPLETION OF CUSTODY EVAL REPORT             UI      0.00
195    02/26/2024 PTNR'S REQUIRED PRETRIAL DISCLOSURES                 UI      0.00
196    02/26/2024 PTNR'S FIRST SUPPLEMENTAL REQ PRETRIAL DISCLOSURES UI       0.00
197    03/01/2024 (PROP) AGRD ORD ON MTN FOR W/D OF CNSL - DAVID       UI      0.00
198    03/01/2024 MTN FOR W/D OF CNSL - DAVID W. WYNNE & ELIZABETH     UI      0.00
199    03/04/2024 RESPONDENT'S PROPOSED PARENTING PLAN                 UI      0.00
200    03/04/2024 FUYAN WANG'S COUNTERPET FOR DIVORCE                  UI      0.00
201    03/04/2024 PLAINTIFF'S JUDICIAL NOT TO THE CT                   UI      0.00
202    03/04/2024 EXHIBIT 1                                            I       0.00
205    03/04/2024 APPEARANCE - CONGHUA YAN                             UI      0.00
203    03/05/2024 AJ'S RPRT FOR PET'S MOT TO COMPEL FILED 2/2/24       UIM     0.00
206    03/05/2024 (PROP) ORD GRANTING PET'S MOT/COMPEL DISC RESP       UI      0.00
207    03/05/2024 AGRD ORD ON MOT FOR W/D OF CNSL- D.W.WYNNE & E.C.    UIM     0.00
208    03/05/2024 PLAINTIFF'S JUDICIAL NOTICE TO THE COURT             UI      0.00
213    03/05/2024 (T#207) ORD ON W/D OF CSNL - WYNNE & BARR (3/4/24)           0.00
246    03/05/2024 AJ'S REPORT 3/4/24 (T#203)                                   0.00
212    03/08/2024 PETITIONER'S PROPOSED PARENTING PLAN                 UI      0.00
216    03/08/2024 RELEASE OF FCS CUSTODY EVAL REPORT (CW MARTIN)       I       0.00
217    03/08/2024 RELEASE OF FCS CUSTODY EVAL REPORT (CY)              I       0.00
214    03/12/2024 OPPOSED EMERG MOT TO VACATE PRIOR ORD DUE TO FRAUD UI       0.00
215    03/12/2024 RESP CERT OF WRIT DISC DRCTD TO PTNR                 UI      0.00
```

```
218   03/18/2024 NON-RESPONSIVE MOT TO FILE FIRST SUPPLEMENTAL    UI      0.00
219   03/18/2024 (ATTACHED) PROP ORD GRANT PTNR'S MOT TO FILE FIRST UI     0.00
220   03/18/2024 CERTIF OF CONFERENCE                              UI      0.00
221   03/18/2024 NON-RESPONSIVE MOT TO ALLOW VIDEO RECORDING DURING UI     0.00
222   03/18/2024 (ATTACHED) PROP ORD GRANT PTNR'S MOT TO VIDEO REC  UI     0.00
223   03/20/2024 CERTIFICATE OF SERVICE                            UI      0.00
224   03/21/2024 RESP'S CERTIF OF WRITTEN DISC DIRECTED TO PTNR    UI      0.00
233   03/22/2024 APPLICATION FOR SUBPOENA-LESLIE BARROWS           UI      0.00
234   03/22/2024 APPLICATION FOR SUBPOENA-POLICE DETECTIVE M.J.    UI      0.00
------------------------------------------------------------------------------
                TARRANT COUNTY DISTRICT CLERK'S OFFICE        Page:    4
                ALL TRANSACTIONS FOR A CASE                  Date: 10/16/2025
                                                             Time: 08:21
------------------------------------------------------------------------------
            Cause Number: 325-707596-21   Date Filed: 10/15/2021
       CONGHUA YAN                    v      FUYAN WANG
                                      s
            Cause of Action: MODIFICATION-CUSTODY
            Case Status....: TRANSFERRED TO ANOTHER DISTRICT COURT IN COUNTY
------------------------------------------------------------------------------
            Filemark   Description                              Fee Total
------------------------------------------------------------------------------
235   03/22/2024 APPLICATION FOR SUBPOENA- POLICE OFFICER T.M.   UI       0.00
236   03/22/2024 APPLICATION FOR SUBPOENA-DAISY BARTLETT         UI       0.00
237   03/26/2024 PLAINTIFF'S JUDICIAL NOTICE TO THE COURT PURSUANT UI     0.00
238   03/26/2024 SUBPOENA RETURN- DAISY BARTLET                  UI       0.00
239   03/26/2024 SUBPOENA RETURN- LESLIE BARROWS                 UI       0.00
240   03/28/2024 ORD GRANTING PET'S MOT TO COMPEL DISC RESP & FOR UIM     0.00
241   04/04/2024 MOT TO REQUEST FINDINGS OF FACT & CONCLUSIONS OF UI      0.00
242   04/08/2024 ORD DENY PETNR MOT TO VACATE DUE TO FRAUD UPON THE UIM   0.00
245   04/16/2024 MOT FOR ENTRY OF ORD FOR PET MOT FOR PART TRADTN UI      0.00
247   04/24/2024 EXHIBIT RECEIPT                                 UI       0.00
248   04/26/2024 OPPOS EMERG 1ST AMND MOT FOR TEMP ORD FOR ENF OF UI      0.00
249   04/26/2024 NOTICE OF PAST DUE FINDING OF FACT O& CONCL OF LAW UI    0.00
253   04/29/2024 PET FOR CRIMINAL COMPLAINT                      UI       0.00
254   05/01/2024 STATEMENT OF INABILITY TO AFFORD PYMT OF CRT COSTS UI    0.00
255   05/06/2024 2ND MOT TO VAC PRIOR ORD & JDG DUE TO EXTRINSIC  UI      0.00
256   05/08/2024 MATTERS RELATED TO VOID ORDERS                  UI       0.00
257   05/15/2024 *CT/APPEALS (ORIG PROC) PET/MAND FILED          I        0.00
258   05/16/2024 *CT APPEALS (ORIG PROC) PET/MAND DENIED         I        0.00
259   05/16/2024 *POST CARD (SUP/CT) PET/MAND FILED              I        0.00
260   05/28/2024 OPPOSED EMERG MOT FOR VOIDING OR DECLARATORY OF  UI      0.00
261   05/28/2024 (ATTACHED) EXHIBITS                             UI       0.00
262   06/06/2024 EMERG MOT FOR INJUNCTIVE & DECLARTRY RELF OF EQUAL UI    0.00
264   06/14/2024 MOT TO INITIATE COURT OF INQUIRY PROCEDURE      UI       0.00
265   06/14/2024 (PROP) REQUEST FOR COURT OF INQUIRY            I        0.00
266   06/20/2024 MOTION TO SIGN FINAL DECREE OF DIVORCE          UI       0.00
267   06/20/2024 (PROP)FINAL DECREE OF DIVORCE                   UI       0.00
268   06/26/2024 NOT OF CT PROC 9/11/24 @ 9AM (6/25/24)          UIM      0.00
269   08/09/2024 *CT APPEALS (ORIG PROC) PET/MAND FILED          I        0.00
```

```
270    08/13/2024 *CT APPEALS (ORIG PROC) PET/MAND DENIED           I        0.00
271    08/30/2024 *POST CARD (SUP/CT) PET/MAND DENIED               I        0.00
272    09/06/2024 RESPONSE & OBJECTION TO STRIKE MTN TO SIGN FINAL  UI       0.00
274    09/17/2024 *LTR (ORIG/PROC) PET/MAND FILED                   I        0.00
275    09/18/2024 *MEMO OPIN (ORIG PROC) PET/MAND DENIED            I        0.00
276    09/18/2024 *POST CARD (SUP/CT) PET/MAND FILED                I        0.00
277    10/01/2024 FNL DECREE OF DIVORCE (SGD 9/30/24)               UIM      0.00
278    10/01/2024 INCOME W/HLDG FOR SPPRT (CC:C/S) (SGD 9/30/24)    UIM      0.00
280    10/01/2024 TRANS#279 INCOME WITHHOLDING FOR SUPPORT                   0.00
282    10/01/2024 FINAL DECREE OF DIVORCE SIGNED 9/30/24                     0.00
283    10/01/2024 ******************CASE CLOSED******************             0.00
281    10/04/2024 *POST CARD (SUP/CT) MTN/REHEARING DENIED & MTN/EME I       0.00
286    10/07/2024 *CLERK'S RECORD DUE 1/28/25                                0.00
287    10/07/2024 MOTION TO REQUEST FINDINGS OF FACT & CONCLUSIONS  UI       0.00
288    10/07/2024 *1ST AMND NOT OF APPEAL                           UI       0.00
292    10/07/2024 EMAILED RESPONSE                                  UI       0.00
289    10/08/2024 Refund Request Form-Created on 10/08/2024         UI       0.00
291    10/08/2024 *LTR (CT/APPEALS) 02-24-453                       I        0.00
290    10/09/2024 Accounting notification from #289                          0.00
293    10/14/2024 EMER NON-RESP MOT TO STAY/SUSPEND ENFORCEMENT OF  UI       0.00
294    10/14/2024 APPENDIX 1                                        UI       0.00
295    10/16/2024 MOTION FOR APPOINTMENT OF RECEIVER                UI       0.00
296    10/23/2024 EFILE REFUND #E061374755-0 Check # 56648          Y       -8.00
297    10/28/2024 CONTEST OF AFF OF INABILITY TO PAY COSTS          UI       0.00
298    10/28/2024 EMAILED TRANS # 297                               I        0.00
299    10/28/2024 NOTICE OF PAST DUE FINDINGS OF FACT & CONCLUSIONS UI       0.00
300    10/28/2024 MOTION TO REQUEST FOR THE PREPARATION OF COURT    UI       0.00
301    10/28/2024 MOTION TO REQUEST FOR THE CLERK'S RECORDS         UI       0.00
304    10/31/2024 DESIGNATION TO REQUEST FOR THE PREPARATION OF     UI       0.00
-------------------------------------------------------------------------------
              TARRANT COUNTY DISTRICT CLERK'S OFFICE        Page:   5
              ALL TRANSACTIONS FOR A CASE                   Date: 10/16/2025
                                                            Time: 08:21
-------------------------------------------------------------------------------
          Cause Number: 325-707596-21   Date Filed: 10/15/2021
    CONGHUA YAN                       v     FUYAN WANG
                                      s
       Cause of Action: MODIFICATION-CUSTODY
       Case Status....: TRANSFERRED TO ANOTHER DISTRICT COURT IN COUNTY
-------------------------------------------------------------------------------
       Filemark   Description                                    Fee Total
-------------------------------------------------------------------------------
305    11/04/2024 AUSTIN FORM (SENT 11/4/24)                      UI         0.00
306    11/11/2024 PETITION FOR WRIT OF CERTIORARI                 UI         0.00
307    11/12/2024 PLANTIFFS PROP RQST FNDGS OF FACT & CNCLUSONS LAW UI       0.00
308    11/12/2024 ORDER REGARDING ABILITY TO AFFORD COSTS         UIM        0.00
309    11/15/2024 *POST CARD (SUP CT) PET/MAND DENIED             I          0.00
325    11/18/2024 EXHIBIT RECEIPT (ENVELOPE)                      UI         0.00
310    12/02/2024 *LTR (CT APPEALS) SUPPL CR DUE 12/05/2024       I          0.00
311    12/02/2024 *1ST SUPPL CLERK'S RECORD-UPLOADED ON 12/02/2024 I         0.00
```

```
314   12/04/2024 BLANKET CONSENT TO THE FILING OF AMICUS CURIAE   I      0.00
315   12/04/2024 *LTR (CT APPEALS) TRANSFERRED TO CORPUS CHRISTI   I      0.00
317   12/09/2024 12/9/2024 @10AM | NOT OF COURT PROCD'G (12/6/2024) UIM    0.00
318   12/09/2024 12/9/2024 @10AM | NOT OF COURT PROCD'G ON MTN FOR  UIM    0.00
319   12/09/2024 MOTION FOR RECONSIDERATION                       UI      0.00
320   12/09/2024 (PROP)_ ORD FOR MOT FOR NEW TRIAL                 UI      0.00
316   12/10/2024 ORD ON MOT FOR APPT OF RECEIVER (12/9/24)         UIM     0.00
326   12/16/2024 *LTR (13TH COA) 13-24-617 TRANSFER IN             I       0.00
327   01/06/2025 *ORD (13TH COA) ABATEMENT-SUPPL CR DUE 1/21/25    I       0.00
328   01/06/2025 *CORRECTED ORD (13TH COA) ABATEMENT-SUPPL CR DUE  I       0.00
329   01/13/2025 FINDINGS & ORDER|(01/13/25)                       UIM     0.00
330   01/16/2025 *2ND SUPPL CLERK'S REC-UPLOADED ON 01/16/2025     I       0.00
333   01/22/2025 SUPPLEMENTAL LTR FOR PETITION FOR WRIT OF CERTIOR I       0.00
334   01/23/2025 *LTR (13TH COA) APPEAL REINSTATED/FEES DUE        I       0.00
335   01/28/2025 *NO PAY MEMO SENT TO 13TH COA                     I       0.00
336   01/30/2025 8TH ADMIN ORDER OF ASSIGNMTN - RANDY CATTERTON    UIM     0.00
340   02/06/2025 ORDER OF ASSIGNMENT BY THE PRESIDING JUDGE        UIM     0.00
341   02/07/2025 SERVE OF PETITION FOR REHEARING FROM DENIAL OF    UI      0.00
342   02/11/2025 OBJCTN TO THE ASSIGNMNT ORDER                     UI      0.00
343   02/24/2025 REQ FOR HRNG ON EMRGNCY MTN TO ENFORCE MORTGAGE   UI      0.00
344   02/26/2025 ORDER OF REFERRAL   (SGD 2/26/2025)               UIM     0.00
345   02/26/2025 OBJECTION AND MTN TO STRIKE/VACATE ORD OF REFFRL  UI      0.00
346   02/27/2025 *JDG & OPIN (13TH COA) DISMISSED                  I       0.00
347   03/24/2025 ORD SETTING HRNG | 03/28/25 @1030AM|SGD 03/17/25  UIM     0.00
348   03/28/2025 LETTER TO JUDGE TERRY FROM CONGHUA YAN            UI      0.00
349   03/28/2025 JUDGE TERRY RESPONDING TO AN EMAIL FROM C.YAN     UIM     0.00
352   03/28/2025 APPEARANCE - CONGHUA YAN                          UI      0.00
350   04/01/2025 VERIFIED MOT TO DISQUALIFY THE PRESIDING JUDGE OF UI      0.00
351   04/01/2025 ORD FOR MTN FOR NEW TRIAL|DENIED| SGD 03/28/25    UIM     0.00
353   04/07/2025 AFFDVT OF SVC (EXEC) |JERRY BROWN COR US BANK      UI      0.00
354   04/10/2025 NOT OF CRT PCDG ON EMRG MOT TO ENF MORT PYMNT, RES UIM    0.00
355   04/14/2025 PET FOR WRIT OF MANDAMUS TO COMPEL 325TH CRT      UI      0.00
356   04/22/2025 RECEIPT OF EMAIL LETTER | SGD 04/21/25            UIM     0.00
357   04/23/2025 AMND NOT OF CRT PRCDGS EMRGNCY MOT TO ENFRC       UIM     0.00
358   04/28/2025 VERIFIED MTN TO DISQUALIFY ATTY CODY MARTIN       UI      0.00
359   04/28/2025 ORD TERM ASSGNMNT ORD DATED 1/9/25 (4/22/25)      UIM     0.00
360   04/28/2025 ORD OF REFERRAL (4/22/25)                         UIM     0.00
361   04/30/2025 JUDGE LETTER (4/30/25)                            UIM     0.00
362   05/01/2025 OATH OF RECEIVER | MELISSA FAIN                   UI      0.00
367   05/05/2025 *MEMO OPIN (13TH COA) PET/MAND DWOJ               I       0.00
368   05/05/2025 *LTR (13TH COA) FILING FEES DUE                   I       0.00
369   05/06/2025 *POST CARD (SUP/CT) PET/MAND FILED                I       0.00
370   05/06/2025 *POST CARD (SUP/CT) AMICUS BRIEF RECEIVED         I       0.00
371   05/13/2025 *POST CARD (CT/APPEALS) PET/MANDAMUS FILED        I       0.00
372   05/20/2025 ORD OF TRANSFER DUE TO RECUSAL (5/7/25)           UIM     0.00
373   05/30/2025 Transfer Certificate-Created on 05/30/2025        I       0.00
374   05/30/2025 TRANSFER COURT# 325 TO COURT# 360                         0.00
375   06/02/2025 COPIES - ELECTRONIC (1-10 PAGES)                  N       1.00
376   06/02/2025 PAYMENT RECEIVED trans #375                       Y       1.00
      --------------------------------------------------------------------------------
```

Total Number Of Records Printed:   284