# EXHIBIT 1

**1 / 70**

APP-001

Gmail

**Arnold Yan**

## Fwd: Conghua Yan -

**Bert Pigg** <WAPigg@pigglawfirm.com>                                                Thu, Jul 21, 2022 at 9:09 AM
To: Arnold Yan ████████████  Doug Burks <doug@pigglawfirm.com>, █████████
████████████████████████

Arnold:

Also attached is the Associate Judge's Order from the April 13, 2022 hearing wherein you were ordered to withdraw $50K from your 401K,  So, you will need to do that.  I suggest you contact your 401 K administrator to have them cut you 2 certified checks - one made payable to The Barrows Law Firm and the other to my law firm.  If they won't do that, have them cut you a certified check for the full $50k, made payable to you and me.  I will then deposit it in my trust account and cut a check to Leslie Barrows.

I will respond to the USBank letter telling them that it is not a QDRO as the April 13, 2022 order does not meet the definition.  I have already told Leslie Barrows this.  I will prepare a letter today and have you sign off on it as well.

Bert Pigg

---------- Forwarded message ---------

Good day.

**\*PLEASE REPLY TO CONFIRM RECEIPT OF THIS E-MAIL\***

Attached please find the PDF transcript for the deposition of the above-mentioned witnesses.

Please follow these instructions so that the deposition is processed as efficiently as possible:

- Have the witness read the deposition and sign it before a Notary Public. A separate signature page has been attached for your convenience. (Notary services, if needed, are available at our office. Please call ahead to schedule.)

- The Rules of Civil Procedure require that corrections or additions be noted only on the loose corrections page provided.

- Return the executed errata page(s) to the address listed below for further processing:



--
William A. "Bert" Pigg

William A. Pigg, PLLC
(214) 551-9391

www.williamapiggpllc.com

**Mailing Address:**                          **Physical Address:**
10455 N. Central Expressway          9638 Greenville Avenue
Suite 109                                        Dallas, Texas 75243
Dallas, Texas 75231

This is a transmission from the law firm of William A. Pigg, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client privilege and/or the attorney work product doctrine. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and any attachments and notify us immediately at our telephone number (214) 551-9391.



**4 / 70**

APP-004



Bert Pigg <wapigg@pigglawfirm.com>

## In the Matter of the ███████████████████████ k Order

1 message

**Leslie Barrows** <lbarrows@barrowsfirm.com>                                Fri, Aug 5, 2022 at 1:06 PM
To: "William A. Pigg (Other)" <wapigg@pigglawfirm.com>
Cc: Sara Brandt <sara@barrowsfirm.com>, Samantha Ybarra <samantha@barrowsfirm.com>

Mr. Pigg:

███████████████████████████████████████████████████████████ce until
█████████████████████████████████████████████████████████ He said you
are writing to US Bank objecting to the Order that you signed off and the Order that the judge has signed off on.

In order for us to obtain our attorney's fees, the order must say that the fees are for **spousal support**. There is no way
around it ████████████████████████████████████████████████████████

Very Truly Yours,

*Leslie Barrows*

**Attorney and Mediator**

*IF THIS IS AN URGENT MATTER CALL THE OFFICE DIRECTLY. I HOPE TO RESPOND TO EMAILS WITHIN 48
HOURS MONDAY THROUGH THURSDAY GIVEN MY TRIAL SCHEDULE.*

**The Barrows Firm, P.C.** *(located next door to Southlake Style Magazine)*

520 E. Southlake Blvd., Suite 140

Southlake, Texas 76092

**Phone: 817-481-1583**

www.barrowsfirm.com

**The Barrows Firm Team:**

APP-005

 Gmail

## 401K

**Bert Pigg** <WAPigg@pigglawfirm.com>                                      Sun, Aug 7, 2022 at 5:30 AM
To: Arnold Yan <████████████████>, ████████████████████
Doug Burks <doug@pigglawfirm.com>

No.

If you recall, at the hearing in April, you were ordered to get 50K from your 401k.  You were to have done it within 30 days - meaning mid-May.   Leslie tried to get her 25k via a QDRO, claiming it was for spousal support - not attorney's fees as ordered.  I did not sign off on that QDRO because it would not be true and I'm not going to sign a court document that is not true. █████████████████████████████████
████████████████████

Thanks
[Quoted text hidden]
--
[Quoted text hidden]

**6 / 70**

Case 4:23-cv-00758-P-BJ    Document 210-2    Filed 12/30/25    Page 7 of 181    PageID 3789

 Gmail

## 401K

**Bert Pigg** <WAPigg@pigglawfirm.com>                                      Mon, Aug 8, 2022 at 7:12 AM
To: Arnold Yan █████████████
Cc:█████████████████████████████████████ Doug Burks
<doug@pigglawfirm.com>

In that case,the legal issue is that we either have to lie and accept the QDRO or you need to figure out some other way to get 25K for Barrows.  As for my 25K, I'm not going to put myself in a position where I'm taking money in a non-truthful way, so, regardless of Barrows, you'll have to figure out something for my end of things.
[Quoted text hidden]

 Gmail

**Bert Pigg** <WAPigg@pigglawfirm.com>                                    Wed, Nov 2, 2022 at 4:19 PM
To: Arnold Yan

---------- Forwarded message ---------
From: **Bert Pigg** <WAPigg@pigglawfirm.com>
Date: Mon, Aug 29, 2022 at 12:41 PM
Subject: Re:
To: Leslie Barrows <lbarrows@barrowsfirm.com>
Cc: Cheryl Lopez (Work) <cdlopez@tarrantcounty.com>, Sara Brandt <sara@barrowsfirm.com>, Samantha Ybarra <samantha@barrowsfirm.com>

Ms. Barrows:

US Bank approved the QDRO, so you'll be getting your money in due course.

Bert Pigg

On Mon, Aug 29, 2022 at 12:32 PM Leslie Barrows <lbarrows@barrowsfirm.com> wrote:

> Cheryl:
>
> We need to clarify with Judge DeAngelis a ruling for attorney's fees in her AJ Report. Do you have dates and times that she would be available via Zoom and/or In Person?
>
> Very Truly Yours,
>
> *Leslie Barrows*
>
> **Attorney and Mediator**
>
> ***IF THIS IS AN URGENT MATTER CALL THE OFFICE DIRECTLY. I HOPE TO RESPOND TO EMAILS WITHIN 48 HOURS MONDAY THROUGH THURSDAY GIVEN MY TRIAL SCHEDULE.***
>
> **The Barrows Firm, P.C.** *(located next door to Southlake Style Magazine)*
>
> 520 E. Southlake Blvd., Suite 140
>
> Southlake, Texas 76092
>
> **Phone: 817-481-1583**
>
> **www.barrowsfirm.com**
>
> -

Gmail -

Case 4:23-cv-00758-P-BJ    Document 210-2    Filed 12/30/25    Page 9 of 181    PageID 3791

**The Barrows Firm Team:**

**Associate Attorneys: samantha@barrowsfirm.com and anthony@barrowsfirm.com**

**Senior Paralegal and Office Administrator: sara@barrowsfirm.com**

**Legal Assistant: sydney@barrowsfirm.com**

**Legal Assistant/Intake Coordinator: caroline@barrowsfirm.com**

**Waylon the French Bulldog @waylon_the_frenchman**

**Office Hours – CLOSED for lunch daily from 12PM to 1PM and CLOSED EARLY on Fridays**

Monday - Thursday: **8:30AM to 12:00PM** and **1:00PM to 5:00PM**

Friday: **8:30AM to 12:00PM (by appointment only)**

***VACATION/TRIAL/SEMINAR NOTICE: I WILL BE OUT OF THE OFFICE AND UNAVAILABLE 9/5/22, 9/9/22, 10/03/22, 10/7/22, 10/11/22, 10/20/22-10/21/22, 10/31/22, 11/21/22-11/25/22, 12/08/22, 12/19/22-01/02/23. 1/16/23, 2/17/23, 2/20/23, 3/13/23-3/17/23, 4/7/23, 4/10/23, 5/25/23***

**9 / 70**

--
William A. "Bert" Pigg

William A. Pigg, PLLC
(214) 551-9391
www.williamapiggpllc.com

**Mailing Address:**                    **Physical Address:**

10455 N. Central Expressway        9638 Greenville Avenue
Suite 109                            Dallas, Texas 75243
Dallas, Texas 75231

This is a transmission from the law firm of William A. Pigg, PLLC and may contain information which is privileged, confidential, and protected by the attorney-client privilege and/or the attorney work product doctrine. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and any attachments and notify us immediately at our telephone number (214) 551-9391.

--
William A. "Bert" Pigg

APP-009

William A. Pigg, PLLC
(214) 551-9391
www.williamapiggpllc.com

**Mailing Address:**                    **Physical Address:**
10455 N. Central Expressway            9638 Greenville Avenue
Suite 109                              Dallas, Texas 75243
Dallas, Texas 75231

This is a transmission from the law firm of William A. Pigg, PLLC and may contain
information which is privileged, confidential, and protected by the attorney-client
privilege and/or the attorney work product doctrine. If you are not the addressee, note
that any disclosure, copying, distribution, or use of the contents of this message is
prohibited. If you have received this transmission in error, please destroy it and any
attachments and notify us immediately at our telephone number (214) 551-9391.

# EXHIBIT 2

11 / 70

APP-011

CHAIR
KE...
VICE CHAIR
MICHAEL C. GROSS

MEMBERS
JASON BOATRIGHT
JENNIFER CAUGHEY
ARTHUR C. D'ANDREA
ANDREW D. GRAHAM
DAVID IGLESIAS
W.C. KIRKENDALL
RUDOLPH K. METAYER
WILLIAM W. OGDEN
COURTNEY C. SCHMITZ
NANCY J. STONE

EXECUTIVE DIRECTOR
& GENERAL COUNSEL
JENNY HODGKINS

DEPUTY DIRECTOR
& COUNSEL
MATTHEW J. GREER

EXECUTIVE ASSISTANT
JACKIE TRUITT

## THE BOARD OF DISCIPLINARY APPEALS
### APPOINTED BY THE SUPREME COURT OF TEXAS

January 20, 2023

Conghua Yan

RE:    Disposition of Appeal Notice
       Conghua Yan  v. Leslie Starr  Barrows
       202206760; BODA Case No. 67344

Dear Mr. Yan:

On January 19, 2023, the Board of Disciplinary Appeals appointed by the Supreme Court of Texas considered your appeal from the dismissal of the above grievance by the Office of the Chief Disciplinary Counsel of the State Bar of Texas. After reviewing the grievance as filed with the State Bar Chief Disciplinary Counsel's office and no other information, the Board grants the appeal and reverses the dismissal, finding that the grievance alleges a possible violation of the following Texas Disciplinary Rules of Professional Conduct:

Rule(s) 4.01 (a)

The Board of Disciplinary Appeals will now return the case to the Office of the Chief Disciplinary Counsel for investigation and a determination of whether there is just cause to believe that the attorney has committed professional misconduct.  The Office of the Chief Disciplinary Counsel will notify both parties of each step of the process, including asking the attorney to respond to the complaint.  For information concerning the handling of the case from this point forward, please contact the regional Office of the Chief Disciplinary Counsel in charge of your case.

Information concerning the disciplinary system, the Texas Disciplinary Rules of Professional Conduct, and the Texas Rules of Disciplinary Procedure are available at www.texasbar.com.  The Board's Internal Procedural Rules are available at www.txboda.org.

Very truly yours,

Jenny Hodgkins

Jenny Hodgkins
Executive Director & General Counsel

JH/jt

cc:    Leslie Starr  Barrows

       Office of the Chief Disciplinary Counsel
       State Bar of Texas
       PO Box 13287
       Austin, TX 78711
       (512) 427-1350
       (877) 953-5535 toll free

CHAIR
KELLI M. HINSON

VICE CHAIR
MICHAEL C. GROSS

MEMBERS
JASON BOATRIGHT
JENNIFER CAUGHEY
ARTHUR C. D'ANDREA
ANDREW D. GRAHAM
DAVID IGLESIAS
W.C. KIRKENDALL
RUDOLPH K. METAYER
WILLIAM W. OGDEN
COURTNEY C. SCHMITZ
NANCY J. STONE

EXECUTIVE DIRECTOR
& GENERAL COUNSEL
JENNY HODGKINS

DEPUTY DIRECTOR
& COUNSEL
MATTHEW J. GREER

EXECUTIVE ASSISTANT
JACKIE TRUITT

## THE BOARD OF DISCIPLINARY APPEALS
APPOINTED BY THE SUPREME COURT OF TEXAS

April 06, 2023

Conghua Yan

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

RE:    Disposition of Appeal Notice
       Conghua Yan  v. William Albert  Pigg
       202300469; BODA Case No. 67592

Dear Mr. Yan:

On April 06, 2023, the Board of Disciplinary Appeals appointed by the Supreme Court of Texas considered your appeal from the dismissal of the above grievance by the Office of the Chief Disciplinary Counsel of the State Bar of Texas. After reviewing the grievance as filed with the State Bar Chief Disciplinary Counsel's office and no other information, the Board grants the appeal and reverses the dismissal, finding that the grievance alleges a possible violation of the following Texas Disciplinary Rules of Professional Conduct:

Rule(s) 1.05 (b)

The Board of Disciplinary Appeals will now return the case to the Office of the Chief Disciplinary Counsel for investigation and a determination of whether there is just cause to believe that the attorney has committed professional misconduct.  The Office of the Chief Disciplinary Counsel will notify both parties of each step of the process, including asking the attorney to respond to the complaint.  For information concerning the handling of the case from this point forward, please contact the regional Office of the Chief Disciplinary Counsel in charge of your case.

Information concerning the disciplinary system, the Texas Disciplinary Rules of Professional Conduct, and the Texas Rules of Disciplinary Procedure are available at www.texasbar.com.  The Board's Internal Procedural Rules are available at www.txboda.org.

Very truly yours,

Jenny Hodgkins
Executive Director & General Counsel

JH/jt

cc:    William Albert  Pigg

       Office of the Chief Disciplinary Counsel
       State Bar of Texas
       PO Box 13287
       Austin, TX 78711
       (512) 427-1350
       (877) 953-5535 toll free

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 17, 2023

**_Sent Via Email:_** **_Arnold200@gmail.com_**

Conghua Yan
2140 E Southlake Blvd Suite L-439
Southlake, Texas 76092

Re:  202206760 - Conghua Yan - Leslie Starr Barrows

Dear Conghua Yan:

You are hereby notified that the referenced Complaint has been placed on a Summary Disposition Panel docket.

The Summary Disposition Panel is an independent panel of grievance committee members comprised of both volunteer lawyers and public members. The Panel will review all information, documents and evidence submitted during the investigation and determine whether the Complaint should be dismissed or should proceed.  The Rules of Disciplinary Procedure provide that, at the summary disposition proceeding, the Chief Disciplinary Counsel will present the Complaint without the presence of the Complainant or the Respondent. You will be notified of the results by letter.

Sincerely,

Rachel Craig
Assistant Disciplinary Counsel

RAC/krp

**14 / 70**



# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 18, 2023

***Sent Via Email: Arnold200@gmail.com***

Conghua Yan
2140 E Southlake Blvd Suite L-439
Southlake, Texas 76092

Re:  202300469 - Conghua Yan - William Albert Pigg

Dear Conghua Yan:

You are hereby notified that the referenced Complaint has been placed on a Summary Disposition Panel docket.

The Summary Disposition Panel is an independent panel of grievance committee members comprised of both volunteer lawyers and public members. The Panel will review all information, documents and evidence submitted during the investigation and determine whether the Complaint should be dismissed or should proceed.  The Rules of Disciplinary Procedure provide that, at the summary disposition proceeding, the Chief Disciplinary Counsel will present the Complaint without the presence of the Complainant or the Respondent. You will be notified of the results by letter.

Sincerely,

Rachel Craig
Assistant Disciplinary Counsel

RAC/krp

**15 / 70**



# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 15, 2023

Conghua Yan
2140 East Southlake Boulevard Suite L-439
Southlake, TX 76092

Re: 202300469 - Conghua Yan - William Albert Pigg

Dear Conghua Yan:

The Office of the Chief Disciplinary Counsel of the State Bar of Texas has received your grievance against the above named lawyer.

Lawyers licensed in Texas are governed by the Texas Disciplinary Rules of Professional Conduct, and may only be disciplined when their conduct is in violation of one or more of the disciplinary rules. When a grievance is received, this office conducts an initial review to determine whether the alleged conduct would be a violation of the ethics rules. If the conduct does not allege a violation, the grievance is classified as an Inquiry and dismissed with a right to appeal the dismissal. If the conduct alleges a violation, the grievance is classified as a Complaint and investigated. We have concluded that the conduct you described is not a violation of the disciplinary rules. Thus, your grievance has been classified as an Inquiry and dismissed.

If you would like further review of your grievance, you may choose one of the following two options:

1. Amend your grievance and re-file it with additional information that will assist us in determining whether the lawyer violated the disciplinary rules. (Examples of additional information that may be helpful include: correspondence/emails between you and your lawyer, fee agreement/contract with your lawyer, the approximate date your lawyer's conduct occurred, etc.) It is not necessary to list the disciplinary rules you believe were violated. You have twenty (20) days from your receipt of this letter to re-file your amended grievance.

**OR**

2. Appeal this decision to dismiss your grievance to the Board of Disciplinary Appeals. You must submit your appeal directly to the Board of Disciplinary Appeals by using the enclosed form. **You have thirty (30) days from your receipt of this letter to appeal this decision.**

Please know that the Office of the Chief Disciplinary Counsel maintains confidentiality in the grievance process as directed by the Texas Rules of Disciplinary Procedure. If you have any questions about the dismissal of your grievance, I can be reached at (877) 953-5535.

Also, please scan the QR code below or go to https://cdc.texasbar.com/survey to complete our Disciplinary System Questionnaire, which gives us valuable feedback from those involved in the process. We would appreciate you taking a moment to complete it.



Sincerely,

D. Martinez
Assistant Disciplinary Counsel

DEM/tf

Enclosures:    BODA Appeal Form


Cc:            Mr. William Albert Pigg

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 25, 2022

Conghua Yan
219 East Southlake Boulevard Suite L-439
Southlake, TX  76092

Re:  202206760 - Conghua  Yan -Leslie Starr   Barrows

Dear Conghua Yan:

The Office of the Chief Disciplinary Counsel of the State Bar of Texas has received your grievance against the above named lawyer.

Lawyers licensed in Texas are governed by the Texas Disciplinary Rules of Professional Conduct, and may only be disciplined when their conduct is in violation of one or more of the disciplinary rules.  When a grievance is received, this office conducts an initial review to determine whether the alleged conduct would be a violation of the ethics rules.  If the conduct does not allege a violation, the grievance is classified as an Inquiry and dismissed with a right to appeal the dismissal.  If the conduct alleges a violation, the grievance is classified as a Complaint and investigated.  We have concluded that the conduct you described is not a violation of the disciplinary rules.  Thus, your grievance has been classified as an Inquiry and dismissed.

If you would like further review of your grievance, you may choose one of the following two options:

1. Amend your grievance and re-file it with additional information that will assist us in determining whether the lawyer violated the disciplinary rules. (Examples of additional information that may be helpful include: correspondence/emails between you and your lawyer, fee agreement/contract with your lawyer, the approximate date your lawyer's conduct occurred, etc.)  It is not necessary to list the disciplinary rules you believe were violated.  You have twenty (20) days from your receipt of this letter to re-file your amended grievance.

**OR**

2. Appeal this decision to dismiss your grievance to the Board of Disciplinary Appeals. You must submit your appeal directly to the Board of Disciplinary Appeals by using the enclosed form.  **You have thirty (30) days from your receipt of this letter to appeal this decision.**

Please know that the Office of the Chief Disciplinary Counsel maintains confidentiality in the grievance process as directed by the Texas Rules of Disciplinary Procedure.  If you have any questions about the dismissal of your grievance, I can be reached at (877) 953-5535.  Also, Please scan the QR code below or go to https://cdc.texasbar.com/survey to complete our Disciplinary System Questionnaire, which gives us valuable feedback from those involved in the process.  We would appreciate you taking a moment to complete it.



Sincerely,

Luis J. Marín

LJM/tf

Enclosures:    BODA Appeal Form

**19 / 70**

Cc:            Ms. Leslie Starr Barrows

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 13, 2023

**_Sent Via Email: Arnold200@gmail.com_**

Conghua Yan
2140 E Southlake Blvd, Suite L-439
Southlake, Texas 76092

Re:  202300469 - Conghua Yan - William Albert Pigg

Dear Conghua Yan:

Upon completion of its investigation of your grievance, the Chief Disciplinary Counsel has determined that there is no just cause to believe that the above named lawyer has committed professional misconduct.

In accordance with the Texas Rules of Disciplinary Procedure, following this determination by the Chief Disciplinary Counsel your complaint was presented to a Summary Disposition Panel of the District 7 Grievance Committee.  The Panel which is comprised of volunteer lawyers and public members has the option to dismiss the complaint or vote to proceed should they believe the case should go forward. This is solely their decision to make on any complaint presented to them. The Panel has voted to dismiss the complaint after reviewing all the evidence submitted and obtained during the investigation. Please know that the Office of the Chief Disciplinary Counsel maintains confidentiality in the grievance process as directed by the Texas Rules of Disciplinary Procedure.

Although there is no appeal of the Panel's decision to dismiss your grievance, the State Bar of Texas maintains the Client-Attorney Assistance Program (CAAP), which you may have contacted prior to filing your grievance.  Please be advised that even after a grievance has been dismissed, CAAP can still attempt to assist you through alternative dispute resolution procedures unless the attorney at issue is *deceased*, *disbarred*, *suspended* or *not your lawyer*.  **CAAP is not a continuation of the attorney disciplinary process, and participation by both you and your attorney is voluntary.**  Should you wish to pursue that option, CAAP may be reached at 1-800-932-1900.

Sincerely,

Kristin Virginia Brady
Assistant Disciplinary Counsel

KVB/krp

---

**The Princeton Building, 14651 Dallas Parkway, Suite 925, Dallas, Texas 75254**
**(972) 383-2900, (972) 383-2935 (FAX)**                    APP-020

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 13, 2023

**Sent Via Email: *Arnold200@gmail.com***

Conghua Yan
2140 E Southlake Blvd, Suite L-439
Southlake, Texas 76092

Re:  202206760 - Conghua Yan - Leslie Starr Barrows

Dear Conghua Yan:

Upon completion of its investigation of your grievance, the Chief Disciplinary Counsel has determined that there is no just cause to believe that the above named lawyer has committed professional misconduct.

In accordance with the Texas Rules of Disciplinary Procedure, following this determination by the Chief Disciplinary Counsel your complaint was presented to a Summary Disposition Panel of the District 7 Grievance Committee.  The Panel which is comprised of volunteer lawyers and public members has the option to dismiss the complaint or vote to proceed should they believe the case should go forward. This is solely their decision to make on any complaint presented to them. The Panel has voted to dismiss the complaint after reviewing all the evidence submitted and obtained during the investigation. Please know that the Office of the Chief Disciplinary Counsel maintains confidentiality in the grievance process as directed by the Texas Rules of Disciplinary Procedure.

Although there is no appeal of the Panel's decision to dismiss your grievance, the State Bar of Texas maintains the Client-Attorney Assistance Program (CAAP), which you may have contacted prior to filing your grievance.  Please be advised that even after a grievance has been dismissed, CAAP can still attempt to assist you through alternative dispute resolution procedures unless the attorney at issue is *deceased*, *disbarred*, *suspended* or *not your lawyer*.  **CAAP is not a continuation of the attorney disciplinary process, and participation by both you and your attorney is voluntary.**  Should you wish to pursue that option, CAAP may be reached at 1-800-932-1900.

Sincerely,

Kristin Virginia Brady
Assistant Disciplinary Counsel

KVB/krp

# EXHIBIT 3

APP-022

325-707596-21

FILED
TARRANT COUNTY
3/3/2022 3:14 PM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. <u>325-707596-21</u>

| | | |
|---|---|---|
| **IN THE MATTER OF** | § | **IN THE DISTRICT COURT** |
| **THE MARRIAGE OF** | § | |
| | § | |
| **CONGHUA YAN** | § | |
| **AND** | § | **325ᵗʰ JUDICIAL DISTRICT** |
| **FUYAN WANG** | § | |
| | § | |
| **AND IN THE INTEREST OF** | § | |
| ▇▇▇▇▇▇▇ | § | **TARRANT COUNTY, TEXAS** |

### <u>Motion for Interim Attorney's Fees, Costs, and Expenses</u>

This Motion for Interim Attorney's Fees, Costs, and Expenses is brought by **FUYAN WANG**, Respondent.

Respondent would show this Court that she is not in control of sufficient assets to pay attorney's fees and anticipated costs and expenses in this matter. As of March 3, 2022, Petitioner has incurred $19,135.00 in attorney's fees and costs and expenses. Respondent lacks sufficient community property or separate property to pay her attorney's fees, costs, and expenses. Respondent requests that this Court order Petitioner, **CONGHUA YAN**, to pay Petitioner's interim attorney's fees, costs, and expenses by a certain date.

**FUYAN WANG** prays that this Court order the payment of her interim attorney's fees, costs, and expenses as requested above.

---

Respectfully submitted,

THE BARROWS FIRM, P.C.
520 E. Southlake Blvd., Suite 140
Southlake, Texas 76092
Phone: 817-481-1583
Fax: 817-912-1380

*Leslie Starr Barrows*

Leslie Starr Barrows
State Bar No. 24048343
Email: lbarrows@barrowsfirm.com
Danielle DeFranco
State Bar No. 24127415
Email: danielle@barrowsfirm.com
Erin B. Healey
State Bar No. 24041073
Email: erin@barrowsfirm.com
Samantha Ybarra
State Bar No. 24104627
Email: samantha@barrowsfirm.com
Attorney for Respondent

## Certificate of Conference

A conference was attempted to be held on March 3, 2022 with opposing counsel on the merits of this motion. Attorney for Respondent left a message for Petitioner's attorney. A reasonable effort has been made to resolve the dispute without the necessity of court intervention and the effort failed. Therefore it is presented to the Court for determination.

*Leslie Starr Barrows*

Leslie Starr Barrows
Attorney for Respondent

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on March 3, 2022.

*Leslie Starr Barrows*

Leslie Starr Barrows
Attorney for Respondent

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tisha Dixon on behalf of Leslie Barrows
Bar No. 24048343
tisha@barrowsfirm.com
Envelope ID: 62278391
Status as of 3/3/2022 3:31 PM CST

Associated Case Party: CONGHUAYAN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Pigg | 24057009 | wapigg@pigglawfirm.com | 3/3/2022 3:14:07 PM | SENT |

Associated Case Party: FUYANWANG

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Leslie StarrBarrows | | lbarrows@barrowsfirm.com | 3/3/2022 3:14:07 PM | SENT |
| Tisha Dixon | | tisha@barrowsfirm.com | 3/3/2022 3:14:07 PM | SENT |
| Samantha Ybarra | | samantha@barrowsfirm.com | 3/3/2022 3:14:07 PM | SENT |
| Bert Pigg | | WAPIGG@pigglawfirm.com | 3/3/2022 3:14:07 PM | SENT |
| Daisy Morado | | Daisy@barrowsfirm.com | 3/3/2022 3:14:07 PM | SENT |

# EXHIBIT 4

APP-026

 

# Tarrant County Sheriff's Department
## Criminal Investigation Division

Detective d Bennett #74751
Criminal Investigation Division
200 Taylor Street - 7th Floor
Fort Worth, TX 76196

Office# 817-884-3436
Mobile# 817-999-5683
Fax# 817-884-1886
Email: dfbennett@tarrantcounty.com

---

Date: January 4, 2023                    Service Number: 2022-18012

RE: Perjury

---

**To: Conghua Yan,**

On December 16, 2022, you were listed as the reporting person a victim in TCSO case #2022-18012. After my investigating, I was not able to meet the requirements set forth by TCDA's office. I spoke to TCDA's office regarding your issue and they advised they would only accept or open an investigation into your claim of perjury only at the request of the presiding judge, since that did not occur, your case has been closed.

Thank you for your cooperation,

Detective D Bennett
817-884-3436

# EXHIBIT 5

28 / 70

CAUSE NO. <u>325-707596-21</u>

| | | |
|---|---|---|
| IN THE MATTER OF<br>THE MARRIAGE OF | §<br>§<br>§ | IN THE DISTRICT COURT |
| CONGHUA YAN<br>AND<br>FUYAN WANG, | §<br>§<br>§<br>§ | 325TH JUDICIAL DISTRICT |
| AND IN THE INTEREST OF<br>███████ A CHILD | §<br>§<br>§ | TARRANT COUNTY, TEXAS |

## AFFIDAVIT OF LESLIE BARROWS' ATTORNEY'S FEES

BEFORE ME, the undersigned authority, on this day personally appeared Leslie Barrows, who swore under oath that the following facts are true:

"My name is Leslie Barrows. I am more than eighteen years of age, of sound mind, and fully competent to make this affidavit. I am the attorney of record for **Fuyan Wang** in the above-styled and numbered cause, and in that capacity, I have personal knowledge of the matters set forth below.

"I am a graduate of University of Oklahoma College of Law and received a Juris Doctorate decree. I have been licensed to practice law in the state of Texas since December 2000. I am admitted to practice before this Court.

"Presently, I am employed by the Barrows Firm, PC, a law firm having its principal place of business in Southlake, Texas.

To the extent that I have specialized legal knowledge, it is in the areas of Texas Family Law. I am familiar with the types of fees usually and customarily charged in cases of this type in Tarrant County, Texas. It is my testimony that an hourly rate of $400.00 per hour is a reasonable and necessary rate in Tarrant County, Texas, for an attorney with my experience and expertise. Additionally, it is my testimony that the following hourly rates are reasonable for all support staff in my firm:

| | |
|---|---|
| Leslie Barrows, Lead Attorney | $400.00/hour |
| Associate Attorneys/Of Counsel | $225.00 - $275.00/hour |
| Legal Assistants/Paralegals | $125.00 - $175.00/hour |

Law Point referral benefits program discounted rates as follow:

Law Point referral benefits program discounted rates as follow:

| | |
|---|---|
| Leslie Barrows, Lead Attorney | $300.00/hour |
| Associate Attorneys/Of Counsel | $168.75 - $206.25/hour |
| Legal Assistants/Paralegals | $93.75 - $131.25/hour |

"This case is pending a hearing for temporary orders and investigation of the case remains on-going. The exact amount of legal services are unknown and still accruing at the time this Affidavit was filed." The Barrows Firm, P.C. and Attorney Leslie Barrows reserves the right to supplement this Affidavit as this case continues.

Attached as **Exhibit A** is a summary of current and anticipated time and expenses for enforcement only and attached as **Exhibit B** are the detailed invoices in this case that are currently available. It is taken from the original records of The Barrows Firm; P.C. and it is a summary of records kept in the usual course of business. The records are timely entered at or near the time of the events they describe by a person with knowledge of those events. Specifically, they are records of my time, my paralegal's time or other office staff in this case, and my firm's time which make up the entries. It is a part of the regular course of business of The Barrows Firm, P.C. to make and keep such records.

I have reviewed the summary of the time and invoices in this case, and I find that all the work performed in this case has been reasonable and necessary. My fees, my paralegal's fees or other office staff in this case, and my firm's fees in the case are reasonable and necessary if considered in light of the following factors:

"1.    The time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform legal services properly.

"2.    The fees customarily charged in this locality for similar legal services: The fees charged by me are usual and customary in Tarrant County, Texas, for a case of this type involving the issues before the Court.  A reasonable hourly rate in this matter for a senior lead attorney would be between $350.00 to $400.00 per hour and a reasonable hourly rate in this matter for an associate attorney would be between $225.00 and $275.00 per hour, depending on the qualifications, education and experience of the attorney and the work performed by the attorney.

"3.    A reasonable hourly rate in this matter for similar legal services performed by paralegals or other office staff in this case under attorney supervision, would be between $125.00 and $175.00, depending on the qualifications, education, and experience of the paralegal or other office staff.

"4.    The nature and length of my firm's professional relationship with our client **Fuyan Wang;** and

"5.    Any and all experience, reputation, or ability that we have.

### (SIGNATURES ON FOLLOWING PAGE)

"The foregoing matters are, within my personal knowledge, true and correct."

Leslie Barrows, Affiant
Attorney for **Fuyan Wang**

SIGNED under oath before me on April 12 2022.



DAISY YAELIN MORADO
Notary Public, State of Texas
Comm. Expires 12-08-2025
Notary ID 133480650

Notary Public, State of Texas

Respectfully submitted,

THE BARROWS FIRM, P.C.
520 E. Southlake Blvd., Suite 140
Southlake, Texas 76092
Phone: 817-481-1583
Fax: 817-912-1380

State Bar No. 24048343
Email: lbarrows@barrowsfirm.com
Danielle DeFranco
State Bar No. 24127415
Email: danielle@barrowsfirm.com
Erin B. Healey
State Bar No. 24041073
Email: erin@barrowsfirm.com
Samantha Ybarra
State Bar No. 24104627
Email: samantha@barrowsfirm.com
Attorneys for **Fuyan Wang**

CAUSE NO. <u>325-707596-21</u>

| IN THE MATTER OF<br>THE MARRIAGE OF | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| CONGHUA YAN | § | |
| AND | § | 325TH JUDICIAL DISTRICT |
| FUYAN WANG, | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| SHIMING YAN, A CHILD | § | TARRANT COUNTY, TEXAS |

---

### SUMMARY OF ATTORNEY'S FEES

---

**Fuyan Wang**, "Respondent" and Movant herein, and presents the following summary of attorney's fees and costs:

| Date | Invoice # | Expenses | Attorney at $400.00 p/h | Attorney at $200.00 p/h | Attorney at $250.00 p/h | Attorney at $150.00 p/h | Paralegal at $175.00 p/h | Paralegal at 125.00 p/h | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/2021 | 60959 | $0 | $400.00 | $0 | $0 | $0 | $0 | $0 | $400.00 | |
| 11/09/2021 | 60975 | $561.10 | $1,800.00 | $400.00 | $0 | $37.50 | $1,006.25 | $0 | $3,804.95 | |
| 12/01/2021 | 61087 | $10.00 | $300.00 | $800.00 | $0 | $0 | $306.25 | $0 | $1,416.25 | |
| 12/09/2021 | 61099 | $370.60 | $1,600.00 | $500.00 | $0 | $0 | $0 | $125.00 | $2,595.60 | |
| 01/10/2022 | 61197 | $0 | $0 | $1,250.00 | $0 | $0 | $1,312.50 | $562.50 | $3,125.00 | |
| 01/24/2022 | 61302 | $10.00 | $0 | $375.00 | $0 | $0 | $350.00 | $156.25 | $1,585.00 | |
| 03/02/2022 | 61515 | $30.00 | $0 | $450.00 | $2012.50 | $0 | $1,968.75 | $2,411.25 | $7,030.00 | |
| 04/11/2022 | 61736 | 10.00 | $300.00 | $0 | $437.50 | $0 | $656.25 | $250.00 | $1,653.75 | |
| 04/12/2022 | 61737 | $0 | $0 | $0 | $62.50 | $0 | $218.75 | $156.25 | $437.50 | |
| | | | | | | | | | | |
| | Subtotals | $991.70 | $4400.00 | $3775.00 | $2512.50 | $37.50 | $5818.75 | $3661.25 | | |
| | | | | | | | | | Total | $22,048.05 |

| | |
|---|---|
| Total Attorney Time | $10,725.00 |
| Total Paralegal Time | $9,480.00 |
| Total Expenses | $991.70 |



## BARROWS
### FIRM
ATTORNEYS & MEDIATORS

520 E. Southlake Blvd., Suite 140
Southlake, TX 76092
Phone: 817-481-1583 817-481-1583
www.barrowsfirm.com

Invoice 60959
Date: 11/02/2021

Mrs. Fuyan Wang
207 Meadowlark Ln
Southlake, TX 76092

**In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▇▇▇▇ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/ TD Represent Wife Fuyan Wang**

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 11/02/2021 | Consultation. PNC speaks Mandarin and will come back tomorrow with a friend to translate. | 1.00 | $400.00 | $400.00 |

| | |
|---|---|
| **Total** | **$400.00** |
| **Payment (11/09/2021)** | **-$400.00** |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 61515 | 03/02/2022 | $7,030.00 | $4,530.00 | $2,500.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 60959 | 11/02/2021 | $400.00 | $400.00 | $0.00 |

| | |
|---|---|
| **Outstanding Balance** | **$2,500.00** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$2,500.00** |

Invoice 60959 - 11/02/2021

**103 Frost IOLTA Trust Account**

| Date | Type | Description | Matter | Receipts | Payments | Balance |
|------|------|-------------|--------|----------|----------|---------|
| 11/02/2021 | | Payment for trust request: #60957 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▓▓▓ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $400.00 | $400.00 |
| 11/03/2021 | | Retainer | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▓▓▓ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $4,000.00 | $4,400.00 |
| 11/09/2021 | | Payment for invoice #60959 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▓▓▓ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $400.00 | | $4,000.00 |
| 11/09/2021 | | Payment for invoice #60975 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▓▓▓ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $3,804.95 | | $195.05 |
| 11/10/2021 | | Payment for trust request: #60977 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▓▓▓ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $2,000.00 | $2,195.05 |
| 12/09/2021 | | Payment for invoice #61099 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▓▓▓ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $2,195.05 | | $0.00 |
| 01/10/2022 | | Clio Payment applied to trust request #61198 for Fuyan Wang | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▓▓▓ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $2,500.00 | $2,500.00 |
| 01/24/2022 | | Payment for invoice #61302 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▓▓▓ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $1,585.00 | | $915.00 |
| 03/02/2022 | | Payment for invoice #61515 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▓▓▓ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $915.00 | | $0.00 |
| 03/21/2022 | Cash | Paid in Cash in Office. | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▓▓▓ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $800.00 | $800.00 |
| 03/21/2022 | | Payment for bill #61515 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▓▓▓ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $800.00 | | $0.00 |

**103 Frost IOLTA Trust Account Balance**  $0.00

Please make all amounts payable to: Barrows Firm, P.C.

Payment is due upon receipt.

APP-034



520 E. Southlake Blvd., Suite 140
Southlake, TX 76092
Phone: 817-481-1583 817-481-1583
www.barrowsfirm.com

Invoice 60975
Date: 11/09/2021

Mrs. Fuyan Wang
207 Meadowlark Ln
Southlake, TX 76092

In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO █████ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/
TD Represent Wife Fuyan Wang

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 11/03/2021 | Second Consultation. Client retained. Substitution of Counsel signed and Employment Agreement signed. | 0.50 | $400.00 | $200.00 |
| Service | 11/03/2021 | Draft employment contract. | 0.25 | $0.00 | $0.00 |
| Service | 11/04/2021 | Draft Motion for Substitution of Counsel and Order on Motion for Substitution of Counsel; submit same for filing with court | 0.25 | $175.00 | $43.75 |
| Service | 11/04/2021 | Open new client file and update pleadings and pleadings index. | 0.25 | $0.00 | $0.00 |
| Service | 11/05/2021 | Drafted Motion for Continuance; Order for Continuance; and Counterpetition for Divorce; submitted Counterpetition for filing at court; drafted Notice of Hearing and submitted to court coordinator | 3.00 | $175.00 | $525.00 |
| Service | 11/08/2021 | Temporary Orders preparation, including typing Financial Income Statement, and drafting Summary of Requested Relief. Transmit our exhibits to Court and opposing counsel. Email to client encl ███████████████ | 1.50 | $175.00 | $262.50 |
| Service | 11/08/2021 | Complete and transmit request for records to Southlake Police Department. | 0.25 | $200.00 | $50.00 |
| Service | 11/08/2021 | Conference with Paralegal Bell re upcoming hearing. | 0.25 | $0.00 | $0.00 |
| Service | 11/08/2021 | Draft Responses to Initial Disclosures and sent email to client re ████████████ | 1.00 | $175.00 | $175.00 |
| Service | 11/08/2021 | Prepare exhibits for upcoming temporary orders hearing. | 1.75 | $200.00 | $350.00 |
| Service | 11/08/2021 | Travel to/from Temporary Orders hearing. Meet with client and mandarin translator. Case continued until tomorrow. Interim order entered by AJ. Telephone conferences with translator. Conference with client. Conference with paralegal Bell re exhibits for trial. Conference with attorney Ybarra. Review exhibits and videos offered by husband. | 2.00 | $400.00 | $800.00 |
| Service | 11/08/2021 | Travel to/from Tarrant County Courthouse with Attorney Barrows to attend temporary orders hearing. | 2.00 | $0.00 | $0.00 |

Invoice 60975 - 11/09/2021

| Expense | 11/08/2021 | Parking: Parking fee for Tarrant County Courthouse. | 1.00 | $7.00 | $7.00 |
|---|---|---|---|---|---|
| Service | 11/09/2021 | Meeting with client re █████████████████████████ | 1.00 | $400.00 | $400.00 |
| Service | 11/09/2021 | Conference with attorney Barrows. Review income and calculate child support prior to hearing. | 0.25 | $150.00 | $37.50 |
| Service | 11/09/2021 | Continuation of Temporary Orders Hearing. Draft AJ ruling and husband to remain in hotel until judge send her ruling. Meeting with client and interpreter at courthouse. | 1.00 | $400.00 | $400.00 |
| Expense | 11/09/2021 | Reimbursable expenses: Parking | 1.00 | $7.00 | $7.00 |
| Expense | 11/09/2021 | Reimbursable expenses: Pay Translator | 1.00 | $547.20 | $547.20 |

|  |  |
|---|---|
| **Total** | **$3,804.95** |
| Payment (11/09/2021) | -$3,804.95 |
| Balance Owing | $0.00 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 61515 | 03/02/2022 | $7,030.00 | $4,530.00 | $2,500.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 60975 | 11/09/2021 | $3,804.95 | $3,804.95 | $0.00 |

|  |  |
|---|---|
| **Outstanding Balance** | **$2,500.00** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$2,500.00** |

### 103 Frost IOLTA Trust Account

| Date | Type | Description | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 11/02/2021 | | Payment for trust request: #60957 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO █████ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $400.00 | $400.00 |
| 11/03/2021 | | Retainer | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO █████ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $4,000.00 | $4,400.00 |
| 11/09/2021 | | Payment for invoice #60959 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO █████ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $400.00 | | $4,000.00 |

Invoice 60975 - 11/09/2021

| Date | | Description | Matter | | | |
|---|---|---|---|---|---|---|
| 11/09/2021 | | Payment for invoice #60975 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ███ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $3,804.95 | | $195.05 |
| 11/10/2021 | | Payment for trust request: #60977 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ███ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $2,000.00 | $2,195.05 |
| 12/09/2021 | | Payment for invoice #61099 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ███ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $2,195.05 | | $0.00 |
| 01/10/2022 | | Clio Payment applied to trust request #61198 for Fuyan Wang | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ███ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $2,500.00 | $2,500.00 |
| 01/24/2022 | | Payment for invoice #61302 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ███ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $1,585.00 | | $915.00 |
| 03/02/2022 | | Payment for invoice #61515 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ███ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $915.00 | | $0.00 |
| 03/21/2022 | Cash | Paid in Cash in Office. | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ███ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $800.00 | $800.00 |
| 03/21/2022 | | Payment for bill #61515 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ███ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $800.00 | | $0.00 |

**103 Frost IOLTA Trust Account Balance**   **$0.00**

Please make all amounts payable to: Barrows Firm, P.C.

Payment is due upon receipt.



# BARROWS
## FIRM
### ATTORNEYS & MEDIATORS

520 E. Southlake Blvd., Suite 140
Southlake, TX 76092
Phone: 817-481-1583 817-481-1583
www.barrowsfirm.com

Invoice 61087
Date: 12/01/2021

Mrs. Fuyan Wang
207 Meadowlark Ln
Southlake, TX 76092

In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and iTIO ███████Yan, a Child; Tarrant County Divorce Cause No. 325-707596-21// LB/SY/ TD Represent Wife Fuyan Wang

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 11/02/2021 | Monthly Admin Fee - November. | 1.00 | $10.00 | $10.00 |
| Service | 11/09/2021 | Travel to/from Tarrant County Courthouse and attended temporary orders hearing with Attorney Barrows. | 3.00 | $0.00 | $0.00 |
| Service | 11/10/2021 | In person meeting with client regarding ████████████ | 0.25 | $0.00 | $0.00 |
| Service | 11/10/2021 | Receipt/Review of AJ Report. Print for client. Email to client. Calendar deadlines. Email Family Court Services with our client's contact information. Forward email from Family Court Services to client for payment. Receipt of De Novo Appeal. Email to client.████ | 0.75 | $400.00 | $300.00 |
| Service | 11/15/2021 | Emailed Inventory and Appraisement to client for completion; calendared and emailed Notice of Hearing on opposing counsel's De Novo Hearing | 0.25 | $175.00 | $43.75 |
| Service | 11/16/2021 | Reviewed initial disclosures with client; reviewed inventory and appraisement with client. | 1.25 | $200.00 | $250.00 |
| Service | 11/16/2021 | Initial draft of initial disclosures. | 0.50 | $200.00 | $100.00 |
| Service | 11/23/2021 | Scan documents from client into file. Create dropbox for client. Rearrange and organize documents. Review documents. Emailed client regarding ████████████ | 1.50 | $200.00 | $300.00 |
| Service | 11/30/2021 | Review documents brought by client. Scan in documents brought in by client. Organize documents brought in by client. Draft Certificate of Written Discovery. Update dropbox for Discovery. | 0.75 | $200.00 | $150.00 |
| Service | 12/01/2021 | Redact Bank Statements and Billing statements for disclosures | 1.50 | $175.00 | $262.50 |

|  |  |
|---|---|
| **Total** | **$1,416.25** |
| **Payment (12/06/2021)** | **-$1,416.25** |
| **Balance Owing** | **$0.00** |

APP-038

Invoice 61087 - 12/01/2021

## Credit Card Payment History

| Date | Reference | Note | Status | Amount |
|------|-----------|------|--------|--------|
| 12/06/2021 | BanK O ZK<br>Visa ending in 2049 | Linked payment for Fuyan Wang | Completed | $1,416.25 |
| | | | **Total Payments** | **$1,416.25** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 61515 | 03/02/2022 | $7,030.00 | $4,530.00 | $2,500.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 61087 | 12/01/2021 | $1,416.25 | $1,416.25 | $0.00 |
| | | | **Outstanding Balance** | **$2,500.00** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$2,500.00** |

### 103 Frost IOLTA Trust Account

| Date | Type | Description | Matter | Receipts | Payments | Balance |
|------|------|-------------|--------|----------|----------|---------|
| 11/02/2021 | | Payment for trust request: #60957 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO █████Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $400.00 | $400.00 |
| 11/03/2021 | | Retainer | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO █████Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $4,000.00 | $4,400.00 |
| 11/09/2021 | | Payment for invoice #60959 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO █████Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $400.00 | | $4,000.00 |
| 11/09/2021 | | Payment for invoice #60975 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO █████Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $3,804.95 | | $195.05 |
| 11/10/2021 | | Payment for trust request: #60977 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO █████Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $2,000.00 | $2,195.05 |
| 12/09/2021 | | Payment for invoice #61099 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO █████Yan, a | $2,195.05 | | $0.00 |

APP-039

35/70

Invoice 61087 - 12/01/2021

| Date | | Description | Matter | | | |
|------|--|-------------|--------|--|--|--|
| | | | Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | | |
| 01/10/2022 | | Clio Payment applied to trust request #61198 for Fuyan Wang | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▉▉▉Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $2,500.00 | $2,500.00 |
| 01/24/2022 | | Payment for invoice #61302 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▉▉▉Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $1,585.00 | | $915.00 |
| 03/02/2022 | | Payment for invoice #61515 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▉▉▉Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $915.00 | | $0.00 |
| 03/21/2022 | Cash | Paid in Cash in Office. | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▉▉▉Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $800.00 | $800.00 |
| 03/21/2022 | | Payment for bill #61515 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▉▉▉Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $800.00 | | $0.00 |

**103 Frost IOLTA Trust Account Balance**     **$0.00**

Please make all amounts payable to: Barrows Firm, P.C.

Payment is due upon receipt.

APP-040



**BARROWS**
**FIRM**
ATTORNEYS & MEDIATORS

520 E. Southlake Blvd., Suite 140
Southlake, TX 76092
Phone: 817-481-1583 817-481-1583
www.barrowsfirm.com

Invoice 61099
Date: 12/09/2021

Mrs. Fuyan Wang
207 Meadowlark Ln
Southlake, TX 76092

**In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▇▇▇▇ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/
TD Represent Wife Fuyan Wang**

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 12/01/2021 | Monthly Admin Fee - December. | 1.00 | $10.00 | $10.00 |
| Service | 12/02/2021 | Prep for conference with client. In office conference with client regarding ▇▇▇ | 1.25 | $200.00 | $250.00 |
| Service | 12/06/2021 | Client came in to discuss citation. Reviewed citation. Conference with Paralegal Dixon and Attorney Barrows. Scanned citation and saved to file. | 0.50 | $200.00 | $100.00 |
| Service | 12/06/2021 | Draft letter of representation; Telephone conference with Southlake Municipal Court and emailed letter of representation to Southlake Municipal Court. Conference with attorney Barrows re the same. | 0.50 | $200.00 | $100.00 |
| Service | 12/06/2021 | Prepare exhibits for De Novo Hearing and updated pleadings and pleadings index. | 1.00 | $125.00 | $125.00 |
| Service | 12/07/2021 | Review exhibits for temporary orders. Edit order of bank statements. Scan and print out copies of bank statements. | 0.25 | $200.00 | $50.00 |
| Expense | 12/07/2021 | Reimbursable expenses: Parking | 1.00 | $7.00 | $7.00 |
| Service | 12/07/2021 | Travel to/from Fort Worth for De Novo hearing with translator. Began de novo and continued until February. Conference with opposing counsel re the same. | 4.00 | $400.00 | $1,600.00 |
| Expense | 12/07/2021 | Reimbursable expenses: Translator Services | 1.00 | $353.60 | $353.60 |
| Service | 12/07/2021 | Assist in Contested Hearing. | 4.00 | $0.00 | $0.00 |
| Service | 12/09/2021 | Receipt/Review of translator services. Pay invoice. | 0.25 | $0.00 | $0.00 |

| | |
|---|---|
| **Total** | **$2,595.60** |
| **Payment (12/09/2021)** | **-$2,195.05** |
| **Payment (12/09/2021)** | **-$400.55** |
| **Balance Owing** | **$0.00** |

APP-041

Invoice 61099 - 12/09/2021

## Credit Card Payment History

| Date | Reference | Note | Status | Amount |
|------|-----------|------|--------|--------|
| 12/09/2021 | Fuyan Wang<br>Visa ending in 4245 | Linked payment for Fuyan Wang | Completed | $400.55 |
| | | | **Total Payments** | **$400.55** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 61515 | 03/02/2022 | $7,030.00 | $4,530.00 | $2,500.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 61099 | 12/09/2021 | $2,595.60 | $2,595.60 | $0.00 |
| | | | **Outstanding Balance** | **$2,500.00** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$2,500.00** |

### 103 Frost IOLTA Trust Account

| Date | Type | Description | Matter | Receipts | Payments | Balance |
|------|------|-------------|--------|----------|----------|---------|
| 11/02/2021 | | Payment for trust request: #60957 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▇▇▇ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $400.00 | $400.00 |
| 11/03/2021 | | Retainer | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▇▇▇ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $4,000.00 | $4,400.00 |
| 11/09/2021 | | Payment for invoice #60959 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▇▇▇ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $400.00 | | $4,000.00 |
| 11/09/2021 | | Payment for invoice #60975 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▇▇▇ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $3,804.95 | | $195.05 |
| 11/10/2021 | | Payment for trust request: #60977 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▇▇▇ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $2,000.00 | $2,195.05 |
| 12/09/2021 | | Payment for invoice #61099 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▇▇▇ Yan, a | $2,195.05 | | $0.00 |

Invoice 61099 - 12/09/2021

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | | | |
| 01/10/2022 | | Clio Payment applied to trust request #61198 for Fuyan Wang | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO : ████ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $2,500.00 | $2,500.00 |
| 01/24/2022 | | Payment for invoice #61302 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO : ████ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $1,585.00 | | $915.00 |
| 03/02/2022 | | Payment for invoice #61515 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO : ████ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $915.00 | | $0.00 |
| 03/21/2022 | Cash | Paid in Cash in Office. | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ████ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $800.00 | $800.00 |
| 03/21/2022 | | Payment for bill #61515 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ████ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $800.00 | | $0.00 |
| | | | **103 Frost IOLTA Trust Account Balance** | | $0.00 | |

Please make all amounts payable to: Barrows Firm, P.C.

Payment is due upon receipt.

APP-043



# BARROWS
## FIRM
### ATTORNEYS & MEDIATORS

520 E. Southlake Blvd., Suite 140
Southlake, TX 76092
Phone: 817-481-1583 817-481-1583
www.barrowsfirm.com

Invoice 61197
Date: 01/10/2022

Mrs. Fuyan Wang
207 Meadowlark Ln
Southlake, TX 76092

In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO : ▓▓▓ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/
TD Represent Wife Fuyan Wang

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 12/02/2021 | Updated pleadings for De Novo Hearing | 0.25 | $0.00 | $0.00 |
| Service | 12/15/2021 | Received email from city of southlake concerning assault case. Arranged date for hearing. | 0.25 | $200.00 | $50.00 |
| Service | 12/16/2021 | Received email from City of Southlake with police footage. Downloaded footage and saved to client's file. | 0.50 | $200.00 | $100.00 |
| Service | 12/17/2021 | Drive to and from city of southlake police dept. Retrieved footage referring to citation. | 0.75 | $200.00 | $150.00 |
| Service | 12/20/2021 | Conference with Paralegal Dixon. Called opposing counsel regarding possession and access of chid. | 0.50 | $200.00 | $100.00 |
| Service | 12/21/2021 | Draft Request for Production and Request for Interrogatories to Respondent; | 1.50 | $175.00 | $262.50 |
| Service | 12/21/2021 | Review all drafts for discovery. | 0.75 | $200.00 | $150.00 |
| Service | 12/21/2021 | Conference with paralegals Dixon and Moore on Inventory and Appraisement. Reviewed and edited same. Discussed next steps for inventory and appraisement. | 1.50 | $200.00 | $300.00 |
| Service | 12/21/2021 | Conference with Attorney Ybarra and Paralegal Dixon on Inventory and Appraisement. Reviewed and edited same. Discussed next steps for inventory and appraisement. | 1.50 | $125.00 | $187.50 |
| Service | 12/21/2021 | Conference with Attorney Ybarra and Paralegal Moore on Inventory and Appraisement. Reviewed and edited same. Discussed next steps for inventory and appraisement. | 1.50 | $175.00 | $262.50 |
| Service | 12/27/2021 | E-serve OC with Discovery Request; Review e-mail from OC respond to same. | 0.50 | $175.00 | $87.50 |
| Service | 12/28/2021 | Meet with Client and Paralegal Moore re I & A | 1.50 | $175.00 | $262.50 |
| Service | 12/28/2021 | Meet with Client and Paralegal Dixon re I & A. | 1.50 | $125.00 | $187.50 |
| Service | 12/28/2021 | Called client, regarding ▓▓▓▓▓▓▓, no answer, left voicemail. | 0.25 | $0.00 | $0.00 |
| Service | 12/28/2021 | Drafted Client's I&A. | 1.50 | $125.00 | $187.50 |
| Service | 12/29/2021 | Review and Finalize I&A e-serve to OC | 1.00 | $175.00 | $175.00 |

APP-044

Invoice 61197 - 01/10/2022

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 01/06/2022 | with ▓▓▓▓ send to client; Begin Drafting Response to Request for Production and Response to Request o Interrogatories | | 1.50 | $175.00 | $262.50 |
| Service | 01/07/2022 | Called caseworker to discuss findings. No answer, left voicemail. | | 0.25 | $200.00 | $50.00 |
| Service | 01/07/2022 | Called caseworker once again to discuss findings. No answer, Left voicemail. Sent email to caseworker in order to schedule a time to speak. | | 0.25 | $200.00 | $50.00 |
| Service | 01/10/2022 | Call with caseworker regarding status of case. | | 0.50 | $200.00 | $100.00 |
| Service | 01/10/2022 | Conference with Attorney Barrows; Conference with legal assistant Morado; reviewed southlake PD videos with legal assistant Morado; sent caseworker documents regarding case. | | 0.75 | $200.00 | $150.00 |
| Service | 01/10/2022 | Received dropbox link from legal assistant Morado; Sent same to caseworker. | | 0.25 | $200.00 | $50.00 |

| | |
|---|---|
| **Total** | **$3,125.00** |
| **Payment (01/11/2022)** | **-$3,125.00** |
| **Balance Owing** | **$0.00** |

## Credit Card Payment History

| Date | Reference | Note | Status | Amount |
|---|---|---|---|---|
| 01/11/2022 | Fuyanwang<br>Visa ending in 4245 | Linked payment for Fuyan Wang | Completed | $3,125.00 |
| | | | **Total Payments** | **$3,125.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 61515 | 03/02/2022 | $7,030.00 | $4,530.00 | $2,500.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 61197 | 01/10/2022 | $3,125.00 | $3,125.00 | $0.00 |
| | | | **Outstanding Balance** | **$2,500.00** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$2,500.00** |

### 103 Frost IOLTA Trust Account

| Date | Type | Description | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 11/02/2021 | | Payment for | Wang.Fuyan-In the Matter of the Marriage of Conghua | | $400.00 | $400.00 |

| Date | | Description | Matter | | | |
|------|---|-------------|--------|---|---|---|
| | | trust request: #60957 | Yan and Fuyan Wang, and ITIO ▮ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | | |
| 11/03/2021 | | Retainer | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▮ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $4,000.00 | $4,400.00 |
| 11/09/2021 | | Payment for invoice #60959 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▮ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $400.00 | | $4,000.00 |
| 11/09/2021 | | Payment for invoice #60975 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▮ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $3,804.95 | | $195.05 |
| 11/10/2021 | | Payment for trust request: #60977 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▮ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $2,000.00 | $2,195.05 |
| 12/09/2021 | | Payment for invoice #61099 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▮ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $2,195.05 | | $0.00 |
| 01/10/2022 | | Clio Payment applied to trust request #61198 for Fuyan Wang | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▮ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $2,500.00 | $2,500.00 |
| 01/24/2022 | | Payment for invoice #61302 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▮ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $1,585.00 | | $915.00 |
| 03/02/2022 | | Payment for invoice #61515 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▮ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $915.00 | | $0.00 |
| 03/21/2022 | Cash | Paid in Cash in Office. | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▮ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $800.00 | $800.00 |
| 03/21/2022 | | Payment for bill #61515 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▮ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $800.00 | | $0.00 |

**103 Frost IOLTA Trust Account Balance**     **$0.00**

Please make all amounts payable to: Barrows Firm, P.C.

Payment is due upon receipt.

APP-046



# BARROWS
## FIRM
### ATTORNEYS & MEDIATORS

520 E. Southlake Blvd., Suite 140
Southlake, TX 76092
Phone: 817-481-1583 817-481-1583
www.barrowsfirm.com

Invoice 61302
Date: 01/24/2022

Mrs. Fuyan Wang
207 Meadowlark Ln
Southlake, TX 76092

In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▮▮▮▮▮ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/
TD Represent Wife Fuyan Wang

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 01/01/2022 | Monthly Admin Fee - January. | 1.00 | $10.00 | $10.00 |
| Service | 01/11/2022 | Email from and to caseworker regarding status of case. Email to client regarding ▮▮▮ | 0.25 | $200.00 | $50.00 |
| Service | 01/11/2022 | Call with caseworker on case regarding status of case. Conference with Attorney Barrows and paralegal Dixon. | 0.50 | $200.00 | $100.00 |
| Service | 01/13/2022 | Received ▮▮▮▮▮ from client. Saved to file. Sent same to caseworker. | 0.25 | $200.00 | $50.00 |
| Service | 01/14/2022 | Called Southlake Police Department requesting information for records department; spoke to records department regarding subpoenas; drafted subpoena and business record affidavit; emailed same to records department for southlake police department. | 0.75 | $200.00 | $150.00 |
| Service | 01/18/2022 | Received email from Southlake PD; responded to same. | 0.25 | $200.00 | $50.00 |
| Service | 01/18/2022 | Received email from Southlake PD that documents are ready for pick up; responded to same. | 0.25 | $200.00 | $50.00 |
| Service | 01/18/2022 | Telephone call with Southlake municipal clerk regarding plea hearing. | 0.50 | $125.00 | $62.50 |
| Service | 01/19/2022 | E-mail to OC re; rescheduling De Novo Hearing; review response email from OC; E-mail to court re: new dates; Draft Notice Of Hearing; e-mail to court; Receive Notice of hearing from Court; Save to Court send to OC discuss case with Paralegal; email to translator re: change of Hearing | 2.00 | $175.00 | $350.00 |
| Service | 01/19/2022 | Conference with attorney Ybarra Regarding regarding municipal court docket for citation. | 0.25 | $125.00 | $31.25 |
| Service | 01/19/2022 | Conference with Paralegal Moore regarding municipal court docket for citation. | 0.25 | $200.00 | $50.00 |
| Service | 01/19/2022 | Emailed Southlake municipal clerk regarding requesting a translator and resetting plea hearing. | 0.25 | $125.00 | $31.25 |
| Service | 01/19/2022 | Emailed Client regarding ▮▮▮▮▮▮▮ ▮▮▮ | 0.25 | $125.00 | $31.25 |
| Service | 01/19/2022 | Telephone call with client regarding ▮▮▮▮▮ | 0.50 | $125.00 | $62.50 |
| Service | 01/19/2022 | Emailed caseworker new date for de novo hearing. | 0.25 | $200.00 | $50.00 |

Invoice 61302 - 01/24/2022

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/19/2022 | Received and reviewed new admonishment hearing date from Municipal court; saved same to file. | 0.25 | $200.00 | $50.00 |
| Service | 01/20/2022 | Emailed Southlake municipal clerk regarding filling Motion to Dismiss for ciation. | 0.25 | $125.00 | $31.25 |
| Service | 01/20/2022 | Review motion and order to dismiss citation with Southlake municipal court. | 0.25 | $200.00 | $50.00 |
| Service | 01/20/2022 | Drafted Motion to Dismiss and Order for Southlake municipal court and emailed to clerk. | 0.75 | $125.00 | $93.75 |
| Service | 01/20/2022 | Telephone call with client regarding ███████████████ | 0.25 | $125.00 | $31.25 |
| Service | 01/20/2022 | Drive to and from City of Southlake municipal court to pick up records requested via subpoena. | 0.75 | $200.00 | $150.00 |
| Service | 01/24/2022 | Initial draft of notice of subpoena. | 0.25 | $200.00 | $50.00 |

|  |  |
|---|---|
| **Total** | **$1,585.00** |
| **Payment (01/24/2022)** | **-$1,585.00** |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 61515 | 03/02/2022 | $7,030.00 | $4,530.00 | $2,500.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 61302 | 01/24/2022 | $1,585.00 | $1,585.00 | $0.00 |

|  |  |
|---|---|
| **Outstanding Balance** | **$2,500.00** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$2,500.00** |

### 103 Frost IOLTA Trust Account

| Date | Type | Description | Matter | Receipts | Payments | Balance |
|---|---|---|---|---|---|---|
| 11/02/2021 | | Payment for trust request: #60957 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ████ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $400.00 | $400.00 |
| 11/03/2021 | | Retainer | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ████ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $4,000.00 | $4,400.00 |
| 11/09/2021 | | Payment for invoice #60959 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ████ Yan, a | $400.00 | | $4,000.00 |

Child:.Tarrant County Divorce Cause No. 325-707596-21//
LB/SY/TD Represent Wife Fuyan Wang

| Date | | Description | Detail | Amount | | |
|------|---|-------------|--------|--------|---|---|
| 11/09/2021 | | Payment for invoice #60975 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO : ___ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $3,804.95 | | $195.05 |
| 11/10/2021 | | Payment for trust request: #60977 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO : ___ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $2,000.00 | $2,195.05 |
| 12/09/2021 | | Payment for invoice #61099 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO : ___ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $2,195.05 | | $0.00 |
| 01/10/2022 | | Clio Payment applied to trust request #61198 for Fuyan Wang | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO : ___ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $2,500.00 | $2,500.00 |
| 01/24/2022 | | Payment for invoice #61302 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ___ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $1,585.00 | | $915.00 |
| 03/02/2022 | | Payment for invoice #61515 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ___ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $915.00 | | $0.00 |
| 03/21/2022 | Cash | Paid in Cash in Office. | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO : ___ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $800.00 | $800.00 |
| 03/21/2022 | | Payment for bill #61515 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ___ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $800.00 | | $0.00 |

**103 Frost IOLTA Trust Account Balance**          $0.00

Please make all amounts payable to: Barrows Firm, P.C.

Payment is due upon receipt.



520 E. Southlake Blvd., Suite 140
Southlake, TX 76092
Phone: 817-481-1583 817-481-1583
www.barrowsfirm.com

Invoice 61515
Date: 03/02/2022

Mrs. Fuyan Wang
207 Meadowlark Ln
Southlake, TX 76092

In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ███████ Yan, a Child::Tarrant County Divorce Cause No. 325-707596-21// LB/SY/ TD Represent Wife Fuyan Wang

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 01/24/2022 | Called and emailed opposing counsel regarding extention for discovery responses. | 0.25 | $125.00 | $31.25 |
| Service | 01/24/2022 | Scan in documents from southlake police department. | 0.25 | $200.00 | $50.00 |
| Service | 01/24/2022 | Reviewed rule 11 agreement regarding request for production and inspection and written interrogatories. | 0.25 | $200.00 | $50.00 |
| Service | 01/24/2022 | Conference with paralegal Dixon regarding subpoenas. | 0.25 | $200.00 | $50.00 |
| Service | 01/24/2022 | Drafted Rule 11 agreement for discovery extension and sent to OC Pigg via email. | 0.50 | $125.00 | $62.50 |
| Service | 01/24/2022 | Emailed opposing counsel regarding subpoenaed police records. | 0.25 | $125.00 | $31.25 |
| Service | 01/25/2022 | Call with opposing counsel regarding police records. | 0.25 | $200.00 | $50.00 |
| Service | 01/25/2022 | Met with client and translator to review ████ | 2.00 | $125.00 | $250.00 |
| Service | 01/25/2022 | Receipt of signed Rule 11 agreement from OC. E-filed Rule 11 agreement for discovery extention. Saved file marked copy in client's file. | 0.25 | $125.00 | $31.25 |
| Service | 01/25/2022 | Reviewed and saved subpoenaed police records to client's file. Created Drop Box link to records for OC. Drafted letter to OC regarding police records. Emailed OC letter and Drop Box link. | 0.50 | $125.00 | $62.50 |
| Service | 01/25/2022 | Review letter to opposing counsel concerning police record CD's | 0.25 | $200.00 | $50.00 |
| Service | 01/25/2022 | Scanned and sent Police Reports to Samantha | 0.25 | $0.00 | $0.00 |
| Service | 01/25/2022 | E-serve Notice, Affidavit and records ; send to OC | 0.50 | $175.00 | $87.50 |
| Service | 01/26/2022 | Discuss Discovery with paralegal Moore | 0.50 | $175.00 | $87.50 |
| Service | 01/26/2022 | Met with client ████████████. | 2.00 | $125.00 | $250.00 |
| Service | 01/26/2022 | Discuss Discovery with paralegal Dixon. | 0.50 | $125.00 | $62.50 |
| Service | 01/26/2022 | Conference with Paralegal Moore. Called CPS worker regarding status of CPS case. | 0.50 | $200.00 | $100.00 |

APP-050

Invoice 61515 - 03/02/2022

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/26/2022 | Conference with Attorney Ybarra regarding status of CPS case. | 0.25 | $125.00 | $31.25 |
| Service | 01/27/2022 | Called city of southlake police department re update on dismissal. No answer, left voicemail. | 0.25 | $200.00 | $50.00 |
| Service | 01/27/2022 | Telephone call with Camille Ross re hearing next week. | 0.25 | $200.00 | $50.00 |
| Service | 01/28/2022 | Downloaded pleadings, digital file. Printed and added to Physical file. | 0.50 | $125.00 | $62.50 |
| Service | 01/28/2022 | Telephone call with client regarding ▓▓▓▓▓▓▓▓▓. | 0.25 | $125.00 | $31.25 |
| Service | 01/28/2022 | Sent client ▓▓▓▓▓▓▓▓ | 0.25 | $0.00 | $0.00 |
| Service | 01/28/2022 | Prepared USB drive for client re file for Southlake Citation. | 0.25 | $125.00 | $31.25 |
| Service | 02/01/2022 | Called client to ▓▓▓▓▓▓▓▓ | 0.25 | $0.00 | $0.00 |
| Service | 02/01/2022 | Review and Copy records from client | 0.50 | $175.00 | $87.50 |
| Service | 02/01/2022 | Attended hearing at municipal court with client; attended fingerprinting with client; scan in documents and save to client's file. | 2.00 | $250.00 | $500.00 |
| Service | 02/01/2022 | Monthly Admin Fee - Feb. | 1.00 | $10.00 | $10.00 |
| Service | 02/03/2022 | Reviewed and scanned production documents from client. | 0.50 | $125.00 | $62.50 |
| Service | 02/03/2022 | Conference with Paralegal Moore; begin to Review discovery | 0.75 | $175.00 | $131.25 |
| Service | 02/04/2022 | Continued drafting client's discovery. | 2.00 | $125.00 | $250.00 |
| Service | 02/07/2022 | Conference with Attorney Barrows and Paralegal Dixon; calendar response date to Petitioner's original petition to adjudicate parentage. | 0.25 | $250.00 | $62.50 |
| Service | 02/08/2022 | Draft Respondent's Original Answer - Adjudicate Parentage; e-file with court | 1.00 | $175.00 | $175.00 |
| Service | 02/08/2022 | Review and edit Respondent's Original Answer to Original Petition to Adjudicate Parentage. | 0.50 | $250.00 | $125.00 |
| Service | 02/09/2022 | review e-mail from opposing counsel; conference with attorney Barrrows and Ybarra; respond to Opposing counsels e-mail | 0.75 | $175.00 | $131.25 |
| Service | 02/09/2022 | Review email from opposing counsel; conference with Paralegal Dixon. | 0.50 | $250.00 | $125.00 |
| Service | 02/09/2022 | Saved all production documents from opposing counsel to client's file. | 0.50 | $125.00 | $62.50 |
| Service | 02/09/2022 | Conference with Paralegal Dixon re motion for adjudication of parentage. | 0.50 | $250.00 | $125.00 |
| Service | 02/10/2022 | Review Discovery with Paralegal Moore; discuss case with attorney Ybarra | 0.75 | $175.00 | $131.25 |
| Service | 02/10/2022 | Email to Tarrant County Family Court Services re rescheduling of de novo hearing. | 0.25 | $250.00 | $62.50 |
| Service | 02/10/2022 | Review and revise respondent's written interrogatories; conference with Paralegal Dixon. | 1.00 | $250.00 | $250.00 |
| Service | 02/10/2022 | Phone call with client regarding ▓▓▓▓▓▓▓▓ | 0.25 | $0.00 | $0.00 |
| Service | 02/10/2022 | Completed drafting client's discovery, Redacted, and bates labelled supporting documents. | 2.00 | $125.00 | $250.00 |
| Service | 02/10/2022 | Received and saved Unopposed Motion for Continuance and Proposed Order to client's file. | 0.25 | $125.00 | $31.25 |
| Service | 02/11/2022 | Reviewed initial draft discovery; conference with Paralegal Moore and Paralegal Dixon re discovery; reviewed and revised final draft of discovery. | 0.75 | $250.00 | $187.50 |
| Service | 02/11/2022 | Finalized Discovery and created DropBox link to production documents. E-Served to opposing counsel discovery and emailed opposing counsel same. | 0.50 | $125.00 | $62.50 |
| Service | 02/11/2022 | In person meeting with client to notarize interrogatories and questions for attorney. | 0.25 | $125.00 | $31.25 |
| Service | 02/14/2022 | Review e-mail from opposing Counsel; Reply to E-mail | 0.25 | $175.00 | $43.75 |
| Service | 02/15/2022 | Receive Discovery request from OC; Save to file; Send ▓▓▓▓▓▓ client re: | 1.75 | $175.00 | $306.25 |

APP-051

Invoice 61515 - 03/02/2022

| Service | 02/15/2022 | Conference with Paralegal Dixon re discovery; review letter from OC re discovery. | 0.50 | $250.00 | $125.00 |
|---|---|---|---|---|---|
| Service | 02/16/2022 | Received signed Order on Continuance; save to file | 0.25 | $175.00 | $43.75 |
| Service | 02/16/2022 | Adjudicate Parentage Case: Began drafting discovery responses. | 1.00 | $125.00 | $125.00 |
| Service | 02/21/2022 | Email correspondence and phone call with client regarding ▇ | 0.50 | $0.00 | $0.00 |
| Service | 02/22/2022 | Review discovery; Meeting with client re: ▇ | 1.50 | $175.00 | $262.50 |
| Service | 02/22/2022 | Meeting with client and translator regarding ▇ | 1.04 | $125.00 | $130.00 |
| Service | 02/23/2022 | Call with client regarding ▇ | 0.25 | $125.00 | $31.25 |
| Service | 02/25/2022 | Email correspondence with client and in person meeting regarding ▇ | 0.50 | $125.00 | $62.50 |
| Service | 02/25/2022 | Received ▇ from client, saved in file. | 0.25 | $125.00 | $31.25 |
| Service | 02/25/2022 | Drafted Respondent's Response to Admission, Production and Inspection and Interrogatories. | 1.25 | $125.00 | $156.25 |
| Service | 02/28/2022 | Scanned in and saved all ▇ brought by client. | 0.25 | $125.00 | $31.25 |
| Service | 02/28/2022 | Begin Reviewing Wang Discovery; Parentage Case | 0.75 | $175.00 | $131.25 |
| Service | 02/28/2022 | Bates Numbered pictures brought in from client. Combines documents | 0.50 | $125.00 | $62.50 |
| Service | 03/01/2022 | Draft Respondent's Certificate Discovery | 0.25 | $175.00 | $43.75 |
| Service | 03/01/2022 | Review and edit Response to Interrogatories , Production and Admissions with Attorney DeFranco and Ybarra; e-Serve Discovery; e-file Certificate Of discovery | 1.75 | $175.00 | $306.25 |
| Service | 03/01/2022 | Called client to come in to the office to sign Response to Written Interrogatories. Met with client in office and assisted and notarized Response to Written Interrogatories. Scanned and saved in file. | 0.50 | $125.00 | $62.50 |
| Service | 03/01/2022 | Review and edit Response to Interrogatories , Production and Admissions with Attorney DeFranco and Paralegal Dixon | 1.30 | $250.00 | $325.00 |
| Service | 03/01/2022 | Review and edit Response to Interrogatories , Production and Admissions with Attorney Ybarra and Paralegal Dixon | 1.30 | $225.00 | $292.50 |
| Service | 03/01/2022 | Client provided Discover Statements from account ending in ▇. Scanned and saved in file. | 0.25 | $125.00 | $31.25 |
| Service | 03/01/2022 | Monthly Admin Fee - March. | 1.00 | $10.00 | $10.00 |

| | |
|---|---|
| **Total** | **$7,030.00** |
| **Payment (03/02/2022)** | **-$915.00** |
| **Payment (03/09/2022)** | **-$1,500.00** |
| **Payment (03/09/2022)** | **-$615.00** |
| **Payment (03/21/2022)** | **-$800.00** |
| **Payment (04/10/2022)** | **-$700.00** |
| **Balance Owing** | **$2,500.00** |

APP-052

Invoice 61515 - 03/02/2022

## Credit Card Payment History

| Date | Reference | Note | Status | Amount |
|------|-----------|------|--------|--------|
| 03/09/2022 | Fuyanwang<br>Visa ending in 0511 | Linked payment for Fuyan Wang | Completed | $1,500.00 |
| 03/09/2022 | Fuyanwang<br>Visa ending in 2049 | Linked payment for Fuyan Wang | Completed | $615.00 |
| 04/10/2022 | Fuyanwang<br>Visa ending in 4245 | Linked payment for Fuyan Wang | Completed | $700.00 |
| | | | **Total Payments** | **$2,815.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 61515 | 03/02/2022 | $7,030.00 | $4,530.00 | $2,500.00 |
| | | | **Outstanding Balance** | **$2,500.00** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$2,500.00** |

### 103 Frost IOLTA Trust Account

| Date | Type | Description | Matter | Receipts | Payments | Balance |
|------|------|-------------|--------|----------|----------|---------|
| 11/02/2021 | | Payment for trust request: #60957 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO [redacted] Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $400.00 | $400.00 |
| 11/03/2021 | | Retainer | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO [redacted] Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $4,000.00 | $4,400.00 |
| 11/09/2021 | | Payment for invoice #60959 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO [redacted] Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $400.00 | | $4,000.00 |
| 11/09/2021 | | Payment for invoice #60975 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO [redacted] Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $3,804.95 | | $195.05 |
| 11/10/2021 | | Payment for trust request: #60977 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO [redacted] Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $2,000.00 | $2,195.05 |
| 12/09/2021 | | Payment for invoice #61099 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO [redacted] Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// | $2,195.05 | | $0.00 |

APP-053

Invoice 61515 - 03/02/2022

LB/SY/TD Represent Wife Fuyan Wang

| Date | | Description | Detail | | | |
|---|---|---|---|---|---|---|
| 01/10/2022 | | Clio Payment applied to trust request #61198 for Fuyan Wang | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ███ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $2,500.00 | $2,500.00 |
| 01/24/2022 | | Payment for invoice #61302 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ███ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $1,585.00 | | $915.00 |
| 03/02/2022 | | Payment for invoice #61515 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ███ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $915.00 | | $0.00 |
| 03/21/2022 | Cash | Paid in Cash in Office. | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ███ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $800.00 | $800.00 |
| 03/21/2022 | | Payment for bill #61515 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ███ Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $800.00 | | $0.00 |

**103 Frost IOLTA Trust Account Balance**   **$0.00**

Please make all amounts payable to: Barrows Firm, P.C.

Payment is due upon receipt.

APP-054



**BARROWS**
**FIRM**
**ATTORNEYS & MEDIATORS**

520 E. Southlake Blvd., Suite 140
Southlake, TX 76092
Phone: 817-481-1583 817-481-1583
www.barrowsfirm.com

Invoice 61737
Date: 04/12/2022

Mrs. Fuyan Wang
207 Meadowlark Ln
Southlake, TX 76092

Adjudicate Parentage ONLY: In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO ▇▇▇ Yan, a Child.: Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 03/08/2022 | ADJ Review Subpoena to compel Production of Documents and Tangible things; save to file | 0.25 | $175.00 | $43.75 |
| Service | 03/23/2022 | Draft Notice of Intention to Take Oral Deposition of Conghua Yan | 1.00 | $175.00 | $175.00 |
| Service | 03/25/2022 | In-Person Meeting with client Re ▇▇▇▇▇. | 0.25 | $0.00 | $0.00 |
| Service | 03/25/2022 | Conference with legal assistant Moore re ▇▇▇ dropped off by client. | 0.25 | $250.00 | $62.50 |
| Service | 04/01/2022 | Received, Scanned and Saved Daughter's ▇▇▇. | 0.50 | $125.00 | $62.50 |
| Service | 04/11/2022 | Began drafting Summary of Fees | 0.25 | $125.00 | $31.25 |
| Service | 04/11/2022 | Drafted Affidavit of Attorneys Fees | 0.50 | $125.00 | $62.50 |
| | | | | **Total** | **$437.50** |

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 61737 | 04/12/2022 | $437.50 | $0.00 | $437.50 |
| | | | **Outstanding Balance** | **$437.50** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$437.50** |

APP-055

Invoice 61737  04/13/2022

## 103 Frost IOLTA Trust Account

| Date | Type | Description | Matter | Receipts | Payments | Balance |
|------|------|-------------|--------|----------|----------|---------|
| 11/02/2021 | | Payment for trust request: #60957 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO          Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $400.00 | $400.00 |
| 11/03/2021 | | Retainer | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO          Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $4,000.00 | $4,400.00 |
| 11/09/2021 | | Payment for invoice #60959 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO          Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $400.00 | | $4,000.00 |
| 11/09/2021 | | Payment for invoice #60975 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO          Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $3,804.95 | | $195.05 |
| 11/10/2021 | | Payment for trust request: #60977 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO          Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $2,000.00 | $2,195.05 |
| 12/09/2021 | | Payment for invoice #61099 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO          Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $2,195.05 | | $0.00 |
| 01/10/2022 | | Clio Payment applied to trust request #61198 for Fuyan Wang | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO          Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $2,500.00 | $2,500.00 |
| 01/24/2022 | | Payment for invoice #61302 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO          Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $1,585.00 | | $915.00 |
| 03/02/2022 | | Payment for invoice #61515 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO          Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $915.00 | | $0.00 |
| 03/21/2022 | Cash | Paid in Cash in Office. | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO          Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | | $800.00 | $800.00 |
| 03/21/2022 | | Payment for bill #61515 | Wang.Fuyan-In the Matter of the Marriage of Conghua Yan and Fuyan Wang, and ITIO          Yan, a Child:.Tarrant County Divorce Cause No. 325-707596-21// LB/SY/TD Represent Wife Fuyan Wang | $800.00 | | $0.00 |

| | | | 103 Frost IOLTA Trust Account Balance | | $0.00 | |

Please make all amounts payable to: Barrows Firm, P.C.

Payment is due upon receipt.

APP-056

# EXHIBIT 6

APP-057

Leslie Starr Barrows
Attorney and Mediator
lbarrows@barrowsfirm.com



Samantha Ybarra
Attorney
samantha@barrowsfirm.com

December 6, 2021

<u>Clerks@ci.southlake.tx.us</u>
City of Southlake Municipal Court
600 State Street,
Southlake, Texas 76092

   RE:  *Letter of Representation for Fu Yan Wang; Citation #E0129990*

To Whom It May Concern:

  Please allow this correspondence to serve as notice that my firm currently represents Ms. Fu Yan Wang in an ongoing family law matter and citation #E0129990.

  Kindly include myself and my paralegal, Tisha Dixon (<u>tisha@barrowsfirm.com</u>) on all communications with Ms. Wang in relation to your recent inquiries and any investigation or case moving forward.

   I appreciate your cooperation in this regard.

Sincerely,

Samantha Ybarra
Attorney for Fu Yan Wang

cc: Client



February 1, 2022

CAUSE NUMBER:  E0129990-1
OFFENSE: ASSAULT BY CONTACT- FAMILY VIOLENCE

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| | § | |
| | § | CITY OF SOUTHLAKE |
| VS | § | |
| | § | DENTON/TARRANT COUNTY, TEXAS |
| FUYAN WANG | | |

**FIREARM ADMONISHMENT UPON CONVICTION FOR FAMILY VIOLENCE MISDEMEANOR**

I, FUYAN WANG, Defendant in the above styled and numbered case have been admonished by the court of the following pursuant to Article 27.14, Code of Criminal Procedure:

**If you are convicted of a misdemeanor offense involving violence where you are or were a spouse, intimate partner, parent, or guardian of the victim or are or were involved in another, similar relationship with the victim, it may be unlawful for you to possess or purchase a firearm, including a handgun or long gun, or ammunition, pursuant to federal law under 18 U.S.C. Section 922(g)(9) or Section 46.04(b), Texas Penal Code. If you have any questions whether these laws make it illegal for you to possess or purchase a firearm, you should consult an attorney.**

**59 / 70**

I have read and understand the above admonishment of potential consequences for a conviction of a misdemeanor involving family violence as defined by Section 71.004, Texas Family Code.

Signed on February 1, 2022

_Fu Yan Wang_
_____
Defendant Signature

_Samantha Ybarra_
_____
Attorney for Defendant

# EXHIBIT 7

**60 / 70**

## ASSOCIATE JUDGE'S REPORT
### CASE NO.  325- 707596-21

RESET DATE: _____
RESET TIME: _____

Hearing Date(s): 11-08-21 + 11-09-2021

Cong Hua Yan
        v.
Fu Yan Wang

INTO: ███████████

IN THE 325th JUDICIAL DISTRICT COURT
TARRANT COUNTY, TEXAS
( ) Modification of _____
( ) Final (parties waived reporter and appeal to referring court) _____ Dated _____
(X) Temporary Orders

( ) AGREEMENT   ( ) DEFAULT  (X) CONTESTED HEARING
**APPEARANCES:**
(X) Movant Conghua Yan
(X) Attorney: Anita Cutrer     ( ) Pro Se
( ) Movant did not appear
( ) Other: cutrer@familylawtex.com

(X) Respondent Fuyan Wang      in person
(X) Attorney: Leslie Barrows     ( ) Pro Se
( ) Respondent did not appear
L barrows@barrowsfirm.com

**FINDINGS:** _____
_____
_____

**CONSERVATORSHIP:** _____
(X) Joint Managing Conservators  ( ) Sole Managing: _____
(X) Geographic Restriction: (X) TARRANT  ( ) OTHER: _____  ( ) Possessory: _____
(X) Rights and Duties attached Exhibit "A"
**POSSESSION SCHEDULE FOR:** ( ) MOTHER (X) FATHER  ( ) OTHER
( ) Texas Family Code (Standard) § 153 [...]

███████████████████████████████████

CHI[...] ███████████████████████████████████

$ 1,380.00 PER month ____ ON ____ BEGINNING 12-01-2021
Medical Insurance Provided by: ( ) Mother (X) Father    ( ) CHIPS or Medicaid ( ) Private
Insurance Cost Paid by: ( ) Mother (X) Father    ( ) Cash Medical Support $_____
Uninsured Health Care Costs Paid: (X) Equally ( ) _____

**OTHER ORDERS AS TO CHILD(REN):**
The Parties are ORDERED to the following:
( ) **CLASSES:**
Each parent shall pay own costs and file a certificate of completion within _____ Class
( ) **COUNSELING:** For: _____ with: _____
Minimum of 5 sessions over next _____ days. Fees: _____
(X) **OTHER ORDERS AS TO CHILDREN:**
Parents ██████████████████████████████████
███████████████████████████████████
███████████████████████████████████

**Page 1 of 5**

**TEMPORARY SPOUSAL SUPPORT:**
( ) Wife    ( ) Husband    PAYS <u>DIRECTLY</u> TO SPOUSE
$_____ PER _____ ON _____ BEGINNING _____

**TEMPORARY POSSESSION OF PROPERTY:**
HUSBAND: *his vehicle, his personal belongings;*

[large redacted/blacked-out region]

*Each party is awarded $5000.00 (or ½) of the account with an approx 10,000.00 balance to be used for attorney's fees and monthly expenses. To be paid to Wife by noon on 4-16-2021.*

62/70    Within 14 days, formal orders in conformity with this report shall be prepared by *Anita Cutrer*
and submitted to the Court and opposing counsel/party. Failure to do so may result in case being placed on dismissal docket. The Court will sign said Orders 10 days after receipt, absent written objection from opposing counsel/party.
As evidenced by their signatures below:
( ) All attorneys and parties acknowledge receipt of a copy of this report.
( ) This report reflects the agreement of the parties.
( ) All attorneys and parties have consented in open Court to receive this report via facsimile or email.

Movant _____    Respondent _____

Attorney for Movant Phone: _____    Attorney for Respondent Phone: _____
Fax: _____    Fax: _____
Email: _____    Email: _____

**SO ORDERED:**    **APPROVED & SO ORDERED:**

_____    _____
**ASSOCIATE JUDGE**    **DATE**    **JUDGE PRESIDING**    **DATE**

Page 2 of 3

**ORDERS CONTINUED:**                    **CAUSE NUMBER: 325-** _707596-21_

Any bonuses received by husband are to be deposited into his attorneys trust account, unless the parties/attorneys agree otherwise.

63 / 70

_Lori Lee Angel_    11-10-2021
**ASSOCIATE JUDGE**              **DATE**      **DISTRICT JUDGE**              **DATE**

Page _3_ of _3_

# ASSOCIATE JUDGE'S REPORT

Cause No. 325- _707596-21_

Conghua Yan

Fuyan Wang

IN THE 325TH DISTRICT COURT

TARRANT COUNTY, TEXAS

FILED TARRANT COUNTY
22 APR 14  AM 9: 11
THOMAS A. WILDER
DISTRICT CLERK

**1. APPEARANCES:**
(✓) MOVANT IN PERSON & BY ATTORNEY
(✓) RESPONDENT IN PERSON & BY ATTORNEY
( ) AMICUS ATTORNEY
( ) DOMESTIC RELATIONS OFFICE
( ) ATTORNEY GENERAL
( ) FAMILY COURT SERVICES

William Pigg
Leslie Barrows

**2. ORDERS ~~OR AGREEMENT~~:**

Mr. Yan testified that he has $100,000.00 in a retirement account at U.S. Bank.

Mr. Yan is ordered to withdraw or borrow $50,000 from his retirement account or as much as allowed. Each attorney is awarded $25,000.00 in fees. Mr. Yan is responsible for the cost of QDRO.

SO ORDERED

ASSOCIATE JUDGE
DATE: _4-13-2022_

APPROVED AND IT IS SO ORDERED

PRESIDING JUDGE
DATE: _____

This recommendation/report is a standing order of the Court and will not be considered a final, appealable order until a typed order is signed by the District Judge. Failure to submit a typed order pursuant to this recommendation/report subjects this matter to being placed on the Court's DWOP docket. Counsel, _____ is ORDERED to submit the typewritten order to the Court no later than the _____ day of _____, 20___.

Page ___ of ___

# EXHIBIT 8

65 / 70

CAUSE NO. 325-707596-21

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| CONGHUA YAN | § | |
| AND | § | 325th JUDICIAL DISTRICT |
| FUYAN WANG | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| ▬▬▬ YAN, A CHILD | § | TARRANT COUNTY, TEXAS |

### ORDER FOR GARNISHMENT OF U.S. BANK 401 (K) SAVINGS PLAN

On April 13, 2022, the Court heard Respondent's request for Spousal Support *inter alia*.

WHEREAS, this Court has jurisdiction over all parties and over the subject matter of spousal support in this case.

WHEREAS this Court intends this order to be a Domestic Relations Order.

WHEREAS this order is being using to collect amounts owed as spousal support.

WHEREAS by order of this court, Participant, Conghua Yan, was ordered/required to pay spousal support to Fuyan Wang, which is currently is in the balance of $25,000.00.

IT IS HEREBY ORDERED by the Court as follows:

*DEFINITIONS:*

"PARTICIPANT":

• Conghua Yan
• Social Security Ending **8618**
• Address: 207 Meadowlark Lane, Southlake, Texas 76092
• Phone: (214) 228-1886


"ALTERNATE PAYEE (SPOUSE)":
• Fuyan Wang
•  Social Security Ending **7562**
• Address: 207 Meadowlark Lane, Southlake, Texas 76092

• Phone: (682) 408-2808

"Plan":
• U.S. Bank 401 (k) Savings Plan

"Plan Administrator":
• U.S. Bank 401(k) Savings Plan
• U.S. Bank
  **Attn: Garnishment Department**
  800 Nicollet Mall
  Minneapolis, MN 55402-4302

### *COLLECTION OF SPOUSAL SUPPORT*

IT IS ORDERED that the retirement account at U.S. Bank pay to Fuyan Wang, $25,000.00 from the U.S. Bank 401 (k) Savings Plan of Conghua Yan to satisfy this obligation.

IT IS FURTHER ORDERED that the payment shall be made payable to Fuyan Wang
c/o The Barrows Firm P.C.,
520 E. Southlake Blvd. Suite 140,
Southlake, Texas 76092

### *LIMITATIONS ON ORDER*

THE COURT FINDS that nothing contained in this Order shall be construed to require the Plan to provide for any type or form of benefits, or any option, not otherwise provided under the Plan to the Alternate Payee.

SIGNED on _____, 2022.

_____
PRESIDING JUDGE

---

**ORDER FOR GARNISHMENT OF U.S. BANK 401 (K) SAVINGS PLAN**    **Page 2 of 3**
*Wang; Cause No. 325-707596-21*

APP-067

THE BARROWS FIRM, P.C.
520 E. Southlake Blvd., Suite 140
Southlake, Texas 76092
Phone: 817-481-1583
Fax: 817-912-1380

_Leslie S. Barrows_

Leslie Starr Barrows
State Bar No. 24048343
Email: lbarrows@barrowsfirm.com
Danielle DeFranco
State Bar No. 24127415
Email: danielle@barrowsfirm.com
Erin B. Healey
State Bar No. 24041073
Email: erin@barrowsfirm.com
Samantha Ybarra
State Bar No. 24104627
Email: samantha@barrowsfirm.com
Attorney's for Fuyan Wang


WILLIAM A. PIGG. PLLC

_William A. Pigg_

William A. Pigg
SBN 24057009
wapiggpigglawfirm.com
10455 N. Central Expressway, Suite 109
Dallas, Texas 75231
Tel. (214) 551-9391
Fax (214) 602-8832
Attorney for CONGHUA YAN

---

**ORDER FOR GARNISHMENT OF U.S. BANK 401 (K) SAVINGS PLAN**    **Page 3 of 3**
_Wang; Cause No. 325-707596-21_

APP-068

# EXHIBIT 9

69 / 70

# ASSOCIATE JUDGE'S REPORT

CASE NO. 360-549246-13

IN THE MATTER OF THE MARRIAGE OF:
IN THE INTEREST OF:

IN THE 360th DISTRICT COURT

TARRANT COUNTY, TEXAS

1. **APPEARANCES:**
   [X] PETITIONER/MOVANT IN PERSON    [X] RESPONDENT IN PERSON
   ( ) PETITIONER/MOVANT DID NOT APPEAR    ( ) RESPONDENT DID NOT APPEAR
   [X] ATTY: D Williams     ( ) ATTY: ProSe

   ( ) OTHER: _____

2. **FINDINGS:**

   Case reset for review: 6/23/14 @ 8³⁰ am

3. **ORDERS:**

   1) Mr Goodwin shall be allowed to withdraw $12,000.00 from his 401(k): $6,000 to Mrs Goodwin $6,000.00 to Mrs Williams for attys fees held in Mrs Williams IOLTA pending her taux pro rata refund
   2) Pretrial today.

   Exchange @ para

SO ORDERED:
Cynthia Mendoza   4-21-14

ASSOCIATE JUDGE     DATE

APPROVED AND SO ORDERED:
All orders not modified

PRESIDING JUDGE     DATE

letter training

remain oral + remain in full force + effect

APP-070

# EXHIBIT 10

APP-071

Filed For Record
01/13/2025 4:23:07 PM
C2022-0409A
Heather N. Kellar
Comal County
District Clerk
Accepted By:
Martinez, Daniela

**CAUSE NO. C2022-0409A**

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| ANGELIA DEDEK-CHRISTON | § | 466TH JUDICIAL DISTRICT |
| AND | § | |
| RD CHRISTON | § | COMAL COUNTY, TEXAS |

**ORDER ON INTERIM ATTORNEY FEES**

BE IT REMEMBERED that on the 14th day of November, 2024 the Court made the following ORDERS on Interim Attorney Fees after hearing evidence and argument of all parties on October 16, 2024.

MOVANT, RD Christon, appeared in person and through attorney of record, PATRICIA A. FINCH, and announced ready.

Respondent, Angelia Dedek-Christon, appeared in person, Pro Se, and through Barron Casteel, Attorney appointed for Limited Purpose, whose withdrawal was allowed.

Third Party Defendants appeared through attorney of record, STEPHEN D. FINCH.

*Jurisdiction*

The Court, after examining the record and hearing the evidence and argument of counsel, finds that all necessary prerequisites of the law have been satisfied and that this Court has jurisdiction over the parties and subject matter of this case.

*Rulings*

A.  IT IS ORDERED that RD CHRISTON shall secure a loan of up to Thirty-Five Thousand Dollars ($35,000.00) from his 401K and divide the money as follows:

1.  Twenty Thousand Dollars ($20,000.00) shall be paid into the registry of the court for the benefit of ANGELIA DEDEK-CHRISTON as Interim Attorney Fees.  IT IS ORDERED that the money deposited into the registry of the Court  can be withdrawn only upon further ORDER of this court;

2.  Fifteen Thousand Dollars ($15,000.00) of the funds borrowed are for the payment of interim Attorney Fees for the RD Christon;

3.  If Mr. Christon prefers to make other arrangements with his counsel for the payment of fees, Mr. Christon may reduce the loan to as low as Twenty Thousand Dollars ($20,000.00) to be paid for Ms. Dedek-Christon's attorney fees; and

4.  Any expenses related to the loan will be addressed at final trial.

1

**B.** IT IS FURTHER ORDERED that once the $20,000.00 has been paid into the registry of the Court, Ms. Dedek-Christon will have thirty (30) days to retain counsel who shall make an appearance by the 30th day;

**C.** IT IS FURTHER ORDERED that once the 30 days listed in B, above, have passed, the parties may start setting matters for hearing:

IT IS FURTHER ORDERED that any request for trial will need to be 45 days from the date the parties are allowed to start setting matters for hearing;

**D.** IT IS ORDERED that Mr. Christon is to supplement his discovery and bring it current by December 31, 2024;                    **12/2/2024 3:27:09 PM**

**E.** IT IS ORDERED that the parties are to mediate prior to trial.

SIGNED on _____**12/2/2024**_____

HON. STEPHANIE BASCON, PRESIDING

APPROVED AS TO FORM ONLY:

By: _____*Patricia A. Finch*_____
  **PATRICIA A. FINCH**
  Attorney for RD Christon
  State Bar No.: 00984050
  Email: patricia@patriciaafinchlaw.com

By: _____
  **Angelia Dedek Christon, Pro Se**
  Email: adedek2022@gmail.com

By:_____
  **STEPHEN D. FINCH**
  Attorney for Third Party Defendants
  State Bar No: 07000300
  Email: sfinch@stephenfinchlaw.com

2

# EXHIBIT 11

APP-074

# District Court Civil Cases and Actions
### Prepared by the Office of Court Administration (OCA)
### Effective January 1, 2022

## I.  Independent Civil Cases (Filing Fee)

### A.  Non-Family-Law Cases

1. Civil Case (General) ............................................................3
2. Condemnation Proceeding (Eminent Domain Case) ...........................4
3. Delinquent Tax Case .........................................................5
4. Foreign Judgment ...........................................................6
5. Fraudulent Lien Case ........................................................7
6. Petition for Non-Disclosure (Other Than Under §411.072, Gov't Code) ...........8
7. Order of Non-Disclosure (Under §411.072, Gov't Code) ....................9
8. Transfer of Case From Another County ...........................................10

### B.  Family-Law Cases

1. Adoption of Adult ...........................................................11
2. Adoption of Child ...........................................................12
3. Annulment or Case to Declare Marriage Void (Involving Children) .................13
4. Annulment or Case to Declare Marriage Void (Not Involving Children) ..........14
5. Divorce (Involving Children) ...................................................15
6. Divorce (Not Involving Children) ...............................................16
7. Emancipation of Minor / Name Change /Other Family Code Title 2 Cases ......17
8. Foreign Judgment ...........................................................18
9. Petition for Qualified Domestic Relations Order (QDRO) ................................19
10. Protective Order Application ...................................................20
11. Suit Affecting Parent-Child Relationship (SAPCR) ...........................21
12. Case to Enforce Divorce Decree ................................................22
13. Transfer of Case from Another County – Not a SAPCR      ...........................23
14. Transfer of Case from Another County – SAPCR................................24
15. UIFSA Case (Uniform Interstate Family Support Act) ....................................25

## II.  Actions Within Independent Civil Cases (Filing Fee)

### A.  Non-Family Law Actions

1. Contempt Action (Motion for Contempt) ...........................................26
2. Counterclaim ...............................................................27
3. Cross-Action (Cross-Claim) ....................................................28
4. Intervention ...............................................................29
5. Motion for New Trial ........................................................30
6. Third-Party Petition .........................................................31
7. Interpleader ...............................................................32

APP-075

8.  Appeal   ……………………………………………………………..33

B.  Family-Law Actions
    1.  Administrative Writ of Income Withholding ....................................................34
    2.  Contempt Action (Motion for Contempt) – SAPCR ...........................................35
    3.  Contempt Action (Motion for Contempt) – Not SAPCR .… ...........................36
    4.  Counterclaim ..................................................................................................37
    5.  Cross-Action (Cross-Claim) ...........................................................................38
    6.  Intervention ...................................................................................................39
    7.  Motion for Enforcement ..................................................................................40
    8.  Motion for Modification (Motion to Modify) (Suit for Modification) ..............41
    9.  Motion for New Trial ......................................................................................42
    10. Motion to Revoke a Stay of License Suspension ...............................................43
    11. Motion to Transfer Venue – SAPCR ................................................................44
    12. Notice of Application for Judicial Writ of Withholding ......................................45
    13. Petition for License Suspension .......................................................................46
    14. Request for Modified or Terminated Writ of Withholding……………………..47
    15. Third-Party Petition ........................................................................................48
    16. Interpleader ...................................................................…………………….49

**III.  Independent Civil Cases (No Filing Fee)**

A.  Non-Family Law Cases
    1.  Motion for Judicial Review of Lien/Claim Documentation .............................50
    2.  Expunction Cases Filed Within 30 Days of Acquittal……………....……….. 51

B.  Family-Law Cases
    1.  Minor's Application for Order Authorizing Abortion w/out Parental Notice ....52

**IV.  Probate, Guardianship, and Mental Health Cases** …………..………………………53

## I.A.1.  Civil Case (General)

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| ***(Set Amounts)*** | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

## I.A.2.  Condemnation Proceeding (Eminent Domain Case)

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|       (1) Local Consolidated Civil Fee | $213.00 |
|       (2) State Consolidated Civil Fee | $137.00 |
| | |
| **Total Filing Fees** | **$350.00** |

### I.A.3.  Delinquent Tax Case

| Fee Type | Amount |
|---|---|
| **_I. Statewide Required Filing Fees_** | |
| _(Set Amounts)_ | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

**_NOTE:_**     _If the plaintiff in a delinquent tax case is "a taxing unit" then the plaintiff does not have to pay any filing fees. Texas Tax Code § 33.49. A "taxing unit" is defined in Section 1.04 of the Tax Code to mean any political unit of the State that is authorized to impose, and is imposing, ad valorem property taxes (e.g., counties, cities and school districts). Because delinquent tax cases are always brought by taxing units, plaintiffs never pay filing fees in delinquent tax cases. But the calculation of filing fees in delinquent tax cases is not an empty exercise because often the filing fees are assessed as a court cost against an unsuccessful defendant._

**I.A.4.  Foreign Judgment**

A person filing a foreign judgment shall pay to the clerk the amount provided by law for filing the case in the courts of this state. *See* Civil Practice & Remedies Code, Section 35.007.

**NOTE:**        *Currently, this is $350.00 or $360.00.*

### I.A.5.   Fraudulent Lien Case

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| ***(Set Amount)*** | |
| (5) Fraudulent Judgment Lien/Fraudulent Lien or Claim Fee | $350.00 |
| | |
| **Total Filing Fees** | **$350.00** |

**NOTES:**

**(a)** *Senate Bill 41, 87th Legislature Session, increased the filing fee for cases filed under §12.005(a), Civil Practice & Remedies Code, from $15.00 to $350.00, which is the total fee for filing a civil case.*

**(b)** *Senate Bill 41, 87th Legislature Session, repealed the language in §12.005(a) that prohibited a clerk from assessing any other fee, cost, charge, or expense in connection with a fraudulent lien case.*

**(c)** *Senate Bill 41, 87th Legislative Session, repealed the language in §12.005(b) that authorized a $20 service of notice fee and the cost of certified mail.*

**(d)** *Senate Bill 41, 87th Legislative Session, repealed the language in §12.005(d) that allowed a court to assess additional fees.*

**(e)** *Fraudulent lien cases include all cases for which a cause of action is created in Chapter 12 of the Civil Practice & Remedies Code. These cases may seek the recovery of damages. They differ from "motions for judicial review of lien/claim documentation," which are independent civil cases that do not seek damages and are filed under Chapter 51, Government Code (See III.A.1.).*

## I.A.6.  Petition for Nondisclosure
### (Other Than Under  §411.072, Gov't Code)

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| | |
| **Total Filing Fees** | **$350.00** |

**NOTES:**    ***(a)***    *Senate Bill 41, 87th Legislature Session, amended §411.0745(b) to repeal the $28 fee that must accompany a petition for an order of nondisclosure, so clerks can no longer assess the fee, unless the order is issued under §411.072.*

             ***(b)***    *The above fees do <u>not</u> apply to orders of nondisclosure issued under §411.072, Gov't Code, as defendants are not required to file a petition for an order under the section.[1]*

---

[1] Section 411.072, Gov't Code, does not require a defendant to file a petition for an order of nondisclosure, so a clerk must not assess general filing fees when a defendant requests an order under §411.072. Compare the language of §411.072(b) with the language of §§411.0725(b), 411.0727(b), 411.0728(b), 411.073(b), 411.0731(b), 411.0735(b), and 411.0736(b), Government Code. Unlike the aforementioned sections, §411.072(b) does not contain language requiring a defendant, "to petition the court" or "to file with the court …. a petition."

### I.A.6.  Order of Nondisclosure (Automatic)
### (Issued Under §411.072, Gov't Code)

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| *(Set Amounts)* | |
| (4) Fee for Order of Nondisclosure Under §411.072, Gov't Code | $28.00 |

| **Total Filing Fee** | **$28.00** |
|---|---|

***NOTES***:   **(a)**   *Senate Bill 41, 87th Legislature Session, did not repeal the $28.00 fee required before the court issues an order of nondisclosure under §411.072, Gov't Code.*

**(b)**   ***Do not assess the consolidated civil fees*** *on requests, petitions, or orders under §411.072, Gov't Code, as defendants are not required to file a petition for an order under the section.[2] OCA has provided a model letter for defendants to submit to the court. This letter is not a petition and should be used only if the court has not issued the order.*

---

[2] Section 411.072, Gov't Code, does not require a defendant to file a petition for an order of nondisclosure, so a clerk must not assess general filing fees when a defendant requests an order under §411.072. Compare the language of §411.072(b) with the language of §§411.0725(b), 411.0727(b), 411.0728(b), 411.073(b), 411.0731(b), 411.0735(b), and 411.0736(b), Government Code. Unlike the aforementioned sections, §411.072(b) does not contain language requiring a defendant, "to petition the court" or "to file with the court …. a petition."

### I.A.7(1).   Transfer of Case From Another County

The fee for filing a non-family-law case transferred from another county is the same fee that would have been assessed had the case been filed in the receiving court. (*See Texas Rules of Civil Procedure, Rule 89*)

***NOTES***:      ***(a)***     *The fee for filing a case transferred from **another** county follows the case.*

                     ***(b)***     *This category includes cases transferred or received from **another county, not from another court in the same county**.*

                     ***(c)***     *This page does <u>not</u> apply to cases transferred pursuant to an appeal.*

                     ***(d)***     *Unpaid costs incurred prior to the filing of the case are taxed against the plaintiff. The clerk shall notify the plaintiff or his attorney that the transfer has been completed, that the filing fee in the proper court is due and payable within thirty days of the mailing of notice, and that the case may be dismissed if the filing fee is not timely paid.*

## <u>I.B.1.  Adoption of Adult</u>

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| ***(Set Amounts)*** | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| | |
| **Total Filing Fees** | **$350.00** |

***NOTE:***     This is <u>not</u> a suit affecting the parent-child relationship (SAPCR) case. See Family Code, Section 101.032.

## I.B.2.  Adoption of Child

| Fee Type | Fee Range | Amount |
|---|---|---|
| **I. Statewide Required Filing Fees** | | |
| *(Set Amounts)* | | |
| (1) Local Consolidated Civil Fee | - | $213.00 |
| (2) State Consolidated Civil Fee | - | $137.00 |
| **III. Statewide Required Filing Fees** | | |
| *(Varying Amounts)* | | |
| (7) DRO Initial Child Support Service Fee | $0.01 to $36.00 | $_____ |
| (9) DRO Initial Operations Fee | $0.01 to $15.00 | $_____ |

**Total Filing Fees**                                                    **x ≥ $350.00***

*$350.00 is the fee if your county does not have a domestic relations office.

**NOTE**:        *This is a suit affecting the parent-child relationship (SAPCR), so filing fees Nos. (7) and (9) apply if the county has a domestic relations office.*

### I.B.3.  Annulment or Case to Declare Marriage Void (Involving Children)

| Fee Type | Fee Range | Amount |
|---|---|---|
| **I. Statewide Required Filing Fees** | | |
| *(Set Amounts)* | | |
| (1) Local Consolidated Civil Fee | - | $213.00 |
| (2) State Consolidated Civil Fee | - | $137.00 |
| **III. Statewide Required Filing Fees** | | |
| *(Varying Amounts)* | | |
| (7) DRO Initial Child Support Service Fee | $0.01 to $36.00 | $_____ |
| (9) DRO Initial Operations Fee | $0.01 to $15.00 | $_____ |

**Total Filing Fees**                                                      **x ≥ $350.00\***

\*$350.00 is the fee if your county does not have a domestic relations office.

**NOTES:**     **(a)**     *This a suit affecting the parent-child relationship (SAPCR), so filing fees Nos. (7) and (9) apply if the county has a domestic relations office.*

               **(b)**     *Clerks file a report with the Vital Statistics Unit (VSU) for each annulment granted. However, effective January 1, 2022, clerks can no longer collect a $1.00 fee for each report filed, as Senate Bill 41 (87th Legislature Session) repealed §194.002(e), Health & Safety Code, the statute that authorized the fee.*

### I.B.4.  Annulment or Case to Declare Marriage Void (Not Involving Children)

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|       (1) Local Consolidated Civil Fee | $213.00 |
|       (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

***NOTE:***    *Clerks file a report with the Vital Statistics Unit (VSU) for each annulment granted. However, effective January 1, 2022, clerks can no longer collect a $1.00 fee for each report filed, as Senate Bill 41 (87th Legislature Session) repealed §194.002(e), Health & Safety Code, the statute that authorized the fee.*

## **I.B.5  Divorce (Involving Children)**

| Fee Type | Fee Range | Amount |
|---|---|---|
| ***I. Statewide Required Filing Fees*** | | |
| *(Set Amounts)* | | |
| (1) Local Consolidated Civil Fee | - | $213.00 |
| (2) State Consolidated Civil Fee | - | $137.00 |
| ***III. Statewide Optional Filing Fees*** | | |
| *(Varying Amts)* | | |
| (7) DRO Initial Child Support Service Fee | $0.01 to $36.00 | $_____ |
| (9) DRO Initial Operations Fee | $0.01 to $15.00 | $_____ |

**Total Filing Fees**                                                                  **x ≥ $350.00\***

\*$350.00 is the fee if your county does not have a Domestic Relations Office.


**NOTES:**       **(a)**     *This a suit affecting the parent-child relationship (SAPCR), so filing fees Nos. (7) and (9) apply <u>if</u> your county has a domestic relations office.*

                      **(b)**     *Clerks file a report with the Vital Statistics Unit (VSU) for each divorce granted. However, effective January 1, 2022, clerks can no longer collect a $1.00 fee for each report filed, as Senate Bill 41 (87th Legislature Session) repealed §194.002(e), Health & Safety Code, the statute that authorized the fee.*

## **I.B.6.  Divorce (Not Involving Children)**

| Fee Type | Amount |
|---|---|
| *I. Statewide Required Filing Fees* | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| | |
| **Total Filing Fees** | **$350.00** |

*NOTE:*     *Clerks file a report with the Vital Statistics Unit (VSU) for each divorce granted. However, effective January 1, 2022, clerks can no longer collect a $1.00 fee for each report filed, as Senate Bill 41 (87th Legislature Session) repealed §194.002(e), Health & Safety Code, the statute that authorized the fee.*

**I.B.7.  Emancipation of Minor / Name Change / Other Family Code Title 2 Cases**

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

**NOTES:**

*(a)*   Cases for the emancipation of a minor or a name change are authorized by Title 2, Family Code.  A suit for emancipation is a new case that should be filed in the county where the petitioner resides. This category of cases also includes two other suits authorized by Title 2 -- suits to hold parents liable for the conduct of a child and suits for damages for interference with one's possessory interest in a child.

*(b)*   The above fees do *not* apply to a minor's application for an abortion without parental notice.

*(c)*   These are not suits affecting the parent-child relationship (SAPCR). See Texas Family Code §101.032(b).

*(d)*   A name change for a child is a new case that should be filed in the county where the child resides and does not have to be filed in a court with continuing exclusive jurisdiction (CEJ).  If the child is subject to the CEJ of a court, the clerk must send a copy of the name change order to the Vital Statistics Unit (VSU).

## I.B.8.  Foreign Judgment

      Texas has adopted the Uniform Enforcement of Judgments Act (UEFJA) which provides for the enforcement of a judgment of another state (known as a foreign judgment) simply by filing the foreign judgment with the clerk. See Civil Practice & Remedies Code Sections 35.002 and 35.003. Once filed, a foreign judgment has the same effect as a judgment of a Texas court. See Civil Practice & Remedies Code Section 35.003.  <u>A person filing a foreign judgment must pay the amount provided by law for filing the same or similar case in the courts of this state</u>. See Civil Practice & Remedies Code Section 35.007.

## **I.B.9.  Petition for Qualified Domestic Relations Order**

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| ***(Set Amounts)*** | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

***NOTE:***        *The petition is filed in the court that rendered the original divorce decree, but it is treated as an original filing. See §§9.101 and 9.102, Family Code.*

## I.B.10.  Protective Order Application

| Fee Type | Amount |
|---|---|
| **I. Statewide Required Filing Fees** | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

**NOTES:**     **(a)**    *Do <u>not</u> assess a fee, cost, charge, or expense in connection with the filing, serving, or entering of a protective order on an applicant for a protective order. See Family Code Section 81.002. Costs may be assessed against the subject of the order, if the order is granted, including the $16 fee for issuance of the order, absent a showing of good cause or indigency. See Family Code Section 81.003.*

         **(b)**    *An application for a protective order filed while a divorce is pending may be filed where the case is pending <u>or</u> where the applicant resides, if in another county.*

         **(c)**    *An application for a protective order filed after a divorce is final may be filed in the county of the divorce or in another county with jurisdiction.  If the application is filed in the county of the divorce, the application should be filed in the court that handled the divorce.*

### I.B.11.  Suit Affecting Parent-Child Relationship (SAPCR)

| Fee Type | Fee Range | Amount |
|---|---|---|
| *I. Statewide Required Filing Fees* | | |
| *(Set Amounts)* | | |
| (1) Local Consolidated Civil Fee | - | $213.00 |
| (2) State Consolidated Civil Fee | - | $137.00 |
| *III. Statewide Optional Filing Fees* | | |
| *(Varying Amts)* | | |
| (7) DRO Initial Child Support Service Fee | $0.01 to $36.00 | $_____ |
| (9) DRO Initial Operations Fee | $0.01 to $15.00 | $_____ |
| **Total Filing Fees** | | **x ≥ $350.00** |

**NOTES:**

**(a)**    *This category of cases includes all new SAPCR cases that are <u>not</u> adoptions or joined with cases for the dissolution of marriage (i.e., divorces, annulments, and cases to declare a marriage void). Examples of such cases are suits for the termination of parental rights and suits to establish paternity.*

**(b)**    *Do <u>not</u> assess fees Nos. (7) and (9) <u>if</u> the county does not have a domestic relations office.*

## **I.B.12  Case to Enforce Divorce Decree**

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

***NOTE:***      *The case is filed in the court that rendered the divorce decree, but it is treated as an original case. This is not a suit affecting the parent-child relationship (SAPCR).*

## **I.B.13  Transfer of Case from Another County – Not a SAPCR**

The fee for filing a non-SAPCR family-law case transferred from another county is the same fee that would have been assessed had the case been filed in the receiving court.

*NOTES*:

*(a)*   *The fee for filing a case transferred from **another** county follows the case.*

*(b)*   *This category includes cases transferred or received from **another county, not from another court in the same county**.*

*(c)*   *This page does not apply to cases transferred pursuant to an appeal.*

*(d)*   *Unpaid costs incurred prior to the filing of the case are taxed against the plaintiff. The clerk shall notify the plaintiff or his attorney that the transfer has been completed, that the filing fee in the proper court is due and payable within thirty days of the mailing of notice, and that the case may be dismissed if the filing fee is not timely paid.*

### I.B.14  Transfer of Case from Another County – SAPCR

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| *(Set Amounts)* | |
| (3) Transfer Fee | $45.00 |
| **Total Filing Fees** | **$45.00** |

**NOTE:**  *Section 110.005 of the Family Code authorizes a $45.00 fee for filing a suit affecting the parent-child relationship (SAPCR) transferred from **another** county. No other fee, cost, charge, or expense may be assessed with respect to the transfer.*

### I.B.15.   UIFSA Case (Uniform Interstate Family Support Act)

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

***NOTES:***     ***(a)***    *The petitioner does <u>not</u> have to pay a filing fee. See Family Code § 159.313(a). However, the tribunal may assess filing fees against the obligor (respondent) if the obligee (petitioner) prevails. Family Code, Section 159.313(b).*

                     ***(b)***    *Proceedings filed under Texas Family Code Chapter 159 (UIFSA) are not suits affecting the parent-child relationship (SAPCR). See Texas Family Code § 101.032(b). Accordingly, SAPCR filing fees, i.e., (7) DRO Initial Child Support Service Fee and (9) DRO Initial Operations Fee, do not apply.*

## II.A.1. Contempt Action (Motion for Contempt)

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| **(Set Amounts)** | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

**NOTE:**     *This fee schedule does not apply to contempt actions filed in SAPCR cases.*

## II.A.2. Counterclaim

| Fee Type | Amount |
|---|---|
| *I. Statewide Required Filing Fees* | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

**NOTE:**      *This fee schedule does not apply to counterclaims filed in SAPCR cases.*

## **II.A.3. Cross-Action (Cross-Claim)**

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|         (1) Local Consolidated Civil Fee | $35.00 |
|         (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

**NOTE:**      *This fee schedule does not apply to cross-actions filed in SAPCR cases.*

### II.A.4. Intervention

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|       (1) Local Consolidated Civil Fee | $35.00 |
|       (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

***NOTE:***    *This fee schedule does not apply to interventions filed in SAPCR cases.*

## II.A.5. Motion for New Trial

| Fee Type | Amount |
|---|---|
| **_I. Statewide Required Filing Fees_** | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

**_NOTE:_**    *This fee schedule does not apply to motions for new trial filed in SAPCR cases.*

## II.A.6. Third-Party Petition

| Fee Type | Amount |
|---|---|
| *I. Statewide Required Filing Fees* | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

*NOTE:*      *This fee schedule does not apply to third-party petitions filed in SAPCR cases.*

## II.A.7. Interpleader

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| ***(Set Amounts)*** | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

***NOTE:***      *This fee schedule does not apply to interpleaders filed in SAPCR cases.*

## **II.A.8. Appeal**

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| ***(Set Amounts)*** | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

## II.B.1. Administrative Writ of Income Withholding

| Fee Type | Fee Range | Amount |
|---|---|---|
| **III. Statewide Optional Filing Fees** *(Varying Amounts)* | | |
| (8) Administrative Writ of Income Withholding | $0.01 to $15.00 | $ _____ |
| **Total Filing Fees** | | **$** |

**NOTES:**

    **(a)**    *These writs are issued by a Title IV-D agency or a Domestic Relations Office enforcing a child support obligation. Family Code, Section 158.501.*

    **(b)**    *Section 231.204 of the Family Code prohibits a clerk from charging a Title IV-D agency or Domestic Relations Office a filing fee other than one authorized by Section 231.202 of the Family Code, which authorizes this fee against such agency or DRO for filing an administrative writ of withholding under Section 158.503(d), Family Code. The fee must be a reasonable fee and cannot to exceed $15.00. See Section 158.503(d).*

### II.B.2. Contempt Action (Motion for Contempt) – SAPCR

| Fee Type | Amount |
|---|---|
| ***II. Statewide Optional Filing Fee*** | |
|     ***(Set Amounts)*** | |
|       (6) Clerk's Basic Filing Fee (Actions within SAPCR's) | $15.00 |
| **Total Filing Fees** | **$15.00** |

***NOTE:***    *These actions are filed in suits affecting the parent-child relationship (SAPCR). This is the only filing fee that may be assessed. See §110.002, Family Code.* ***Do not assess the consolidated civil fees on the filing of this action****.*

## II.B.3. Contempt Action (Motion for Contempt) – Not a SAPCR

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$ 80.00** |

### II.B.4 Counterclaim

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|       (1) Local Consolidated Civil Fee | $35.00 |
|       (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$ 80.00** |

## **II.B.5. Cross-Action (Cross-Claim)**

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|         (1) Local Consolidated Civil Fee | $35.00 |
|         (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$ 80.00** |

## **II.B.6. Intervention**

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$ 80.00** |

## II.B.7. Motion for Enforcement

| Fee Type | Fee Range | Amount |
|---|---|---|
| **II. Statewide Optional Filing Fee** | | |
| **_(Set Amount)_** | | |
| (6) Clerk's Basic Filing Fee (Actions within SAPCR) | - | $15.00 |
| **III. Statewide Optional Filing Fee** | | |
| **_(Varying Amount)_** | | |
| (9) DRO Initial Operations Fee | $0.01 to $15.00 | $_____ |

| **Total Filing Fees** | **x ≥$15.00*** |
|---|---|

\* $15.00 is the fee if your county does not have a domestic relations office.


**_NOTES:_**　　**_(a)_**　　_These motions are filed in suits affecting the parent-child relationship (SAPCR)._
_These are the only filing fees that may be assessed. See §110.002, Family Code._
**_Do not assess the consolidated civil fees on the filing of this motion_**_._

　　　　　　　　**_(b)_**　　_The DRO Initial Operations Fee is not considered a filing fee for purposes of_
_Sections 110.002 and 110.003, Family Code (See §110.006(c), Family Code)._
_Assess the fee if the county has a domestic relations office._

### II.B.8. Motion for Modification (Motion to Modify) (Suit for Modification)

| Fee Type | Fee Range | Amount |
|---|---|---|
| ***II. Statewide Optional Filing Fee*** | | |
| *(Set Amounts)* | | |
| (6) Clerk's Basic Filing Fee (Actions within SAPCR's) | - | $15.00 |
| ***III. Statewide Optional Filing Fee*** | | |
| *(Varying Amount)* | | |
| (9) DRO Initial Operations Fee | $0.01 to $15.00 | $_____ |

**Total Filing Fees**                                      **x ≥$15.00***

*$15.00 is the filing fee if your county does not have a domestic relations office.

*NOTES:*     *(a)*     *These motions are filed in suits affecting the parent-child relationship (SAPCR). These are the only filing fees that may be assessed. See §110.002, Family Code.* **Do not assess the consolidated civil fees on the filing of this motion.**

                  *(b)*     *The DRO Initial Operations Fee is not considered a filing fee for purposes of Sections 110.002 and 110.003, Family Code (See §110.006(c), Family Code). Assess the fee if the county has a domestic relations office.*

                  *(c)*     *Although this action is sometimes referenced as a "suit for modification," the terminology is misleading, as this is not a new case but rather an attempt to modify an existing court order.*

## <u>II.B.9. Motion for New Trial</u>

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|       (1) Local Consolidated Civil Fee | $35.00 |
|       (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

## II.B.10. Motion to Revoke a Stay of License Suspension

| Fee Type | Amount |
|---|---|
| ***II. Statewide Optional Filing Fee*** | |
| **(Set Amount)** | |
| (6) Clerk's Basic Filing Fee (Actions within SAPCR cases) | $15.00 |

| **Total Filing Fees** | **$15.00** |
|---|---|

***NOTE:***    *These motions are filed in suits affecting the parent-child relationship (SAPCR). This is the only filing fee that may be assessed. See §110.002, Family Code. **Do not assess the consolidated civil fees on the filing of this motion**.*

## **II.B.11. Motion to Transfer Venue – SAPCR**

| Fee Type | Amount |
|---|---|
| ***II. Statewide Optional Filing Fee*** | |
| ***(Set Amount)*** | |
| (6) Clerk's Basic Filing Fee (Actions within SAPCR's) | $15.00 |
| **Total Filing Fees** | **$15.00** |

***NOTE:*** *These motions are filed in suits affecting the parent-child relationship (SAPCR). This is the only filing fee that may be assessed. See §110.002, Family Code.* ***Do not assess the consolidated civil fees on the filing of this motion****.*

## **II.B.12. Notice of Application for Judicial Writ of Withholding**

| Fee Type | Amount |
|---|---|
| ***II. Statewide Optional Filing Fee*** | |
| *(Set Amount)* | |
| (6) Clerk's Basic Filing Fee (Actions within SAPCR's) | $15.00 |

| | |
|---|---|
| **Total Filing Fees** | **$15.00** |

***NOTE:***      *These notices are filed in suits affecting the parent-child relationship (SAPCR). This is the only filing fee that may be assessed. See §110.002, Family Code.* ***Do not assess the consolidated civil fees on the filing of this notice.***
.

### II.B.13. Petition for License Suspension

| Fee Type | Amount |
|---|---|
| *II. Statewide Optional Filing Fee* | |
| *(Set Amount)* | |
| (6) Clerk's Basic Filing Fee (Actions within SAPCR's) | $15.00 |

| **Total Filing Fees** | **$15.00** |
|---|---|

*NOTE:*    *These petitions are filed in suits affecting the parent-child relationship (SAPCR). This is the only filing fee that may be assessed. See §110.002, Family Code. **Do not assess the consolidated civil fees on the filing of this petition**.*

## II.B.14. Request to Modify or Terminate Writ of Withholding

| Fee Type | Fee Range | Amount |
|---|---|---|
| ***III. Statewide Optional Filing Fees*** | | |
| ***(Varying Amounts)*** | | |
| (10) Modifications/Terminations of Withholding Fee | $0.01 to $15.00 | $ _____ |
| **Total Filing Fee** | | **x ≤ $15.00** |

*NOTE:*      *See §158.403, Family Code.*

## <u>II.B.15 Third-Party Petition</u>

| Fee Type | Amount |
|---|---|
| *I. Statewide Required Filing Fees* | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$ 80.00** |

## II.B.16 Interpleader

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|         (1) Local Consolidated Civil Fee | $35.00 |
|         (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$ 80.00** |

## III.A.1. Motion for Judicial Review of Lien/Claim Documentation (Gov. Code Ch. 51)

There is no fee for filing this type of motion. Government Code §§51.902(d), 51.903(f).

### III.A.2. Expunction Cases Filed Within 30 Days Of Acquittal

If the defendant is acquitted and files a petition to expunge within 30 days of the acquittal, the filing fees, the $1 fee plus postage for each certified mailing of notice of hearing date, and the $2 fee plus postage for each certified mailing of the expunction order are waived. *See* Article 102.006(b), Code of Criminal Procedure.

### III.B.1. Minor's Application for Order Authorizing Abortion Without Parental Notice

There is no fee for filing this application. See §33.003(n), Family Code.

### IV. Probate, Guardianship, and Mental Health Cases

A district court handling probate, guardianship, or mental health cases that have been filed or transferred to the court under a provision of the Estates or Health & Safety Code should refer to the county-level court civil filing fees and county-level court civil cases and actions for applicable costs.

# EXHIBIT 12

# District Court Civil Filing Fees

### Prepared by the Office of Court Administration (OCA)
### Effective January 1, 2022

***I.  Statewide Required Filing Fees (Set Amounts)***

    1.  Local Consolidated Civil Fee ....................................................................2

    2.  State Consolidated Civil Fee ...................................................................3

    3.  SAPCR Transfer Fee  ...............................................................................4

    4.  Fee for Orders of Nondisclosure Under §411.072 ..........................................4

    5.  Fraudulent Lien Suit Filing Fee ..............................................................5

    6.  Jury Fee …………………………………………………………...…………..6

***III. Statewide Optional Filing Fees (Set Amounts)***

    7.  Clerk's Basic Filing Fee (Actions within SAPCR) .......................................7

***IV. Statewide Optional Filing Fees (Varying Amounts)***

    8.  DRO Initial Child Support Service Fee ....................................................8

    9.  Administrative Writ of Income Withholding Fee  ........................................8

  10.  DRO Initial Operations Fee  ...................................................................9

  11.  Modifications/Terminations of Withholding Request Fee  ............................9

### *I. Statewide Required Filing Fees (Set Amounts)*

## (1) LOCAL CONSOLIDATED CIVIL FEE

<u>Source</u>:      Local Government Code §135.101

<u>Amount</u>:    (a) Any *new* civil case, except a probate, guardianship, or mental health case……………………………………………………………...$213.00
(b) Any subsequent filing or action in the case, other than an original filing or action subject to the fee in (a) above ………………...………..$35.00

<u>Statewide</u>:   Yes

<u>Applicability</u>:  $213.00 - All new *civil cases*, except those mentioned above and cases with no filing fee (*see* District Court Civil Cases and Actions – Part III); "*Civil cases*" includes family law cases, but <u>not</u> a SAPCR[1] transferred from another county (*see* page 24 of District Court Civil Cases and Actions) or juvenile law cases and proceedings under Title 3, Family Code. ***This fee does not apply*** to automatic orders of nondisclosure issued under §411.072, Gov't Code.

                $35.00 - "Subsequent filing or action" includes appeals, counterclaims, cross-actions, interventions, interpleaders, motions for new trial, and third-party actions. ***However***, ***this fee does <u>not</u> apply to certain subsequent family-law filings and actions***, including administrative writs of income withholding (*see* page 34 of District Court Civil Cases and Actions), contempt actions in SAPCR cases (*see* page 35 of District Court Civil Cases and Actions), motions for enforcement in SAPCR cases (*see* page 40 of District Court Civil Cases and Actions); motions for modifications in SAPCR cases (*see* page 41 of District Court Civil Cases and Actions), motions to revoke a stay of license suspension in SAPCR cases (*see* page 43 of District Court Civil Cases and Actions), motions to transfer venue in SAPCR cases (*see* page 44 of District Court Civil Cases and Actions), notices of application for judicial writ of withholding in SAPCR cases (*see* page 45 of District Court Civil Cases and Actions), petitions for license suspension in SAPCR cases (*see* page 46 of District Court Civil Cases and Actions), and requests to modify or terminate writs of withholding (*see* page 47 of District Court Civil Cases and Actions).

<u>Local Option</u>:  No – Fee is mandatory.

<u>Destination</u>:   The county treasurer will allocate the fee, in accordance with §135.101(b) or (c), to some or all of the following accounts and funds:

---

[1] "SAPCR" means a suit affecting the parent-child relationship.

(a)    Appellate Judicial System Fund
(b)    Court Facility Fee Fund
(c)    Clerk of the Court Account
(d)    County Records Management and Preservation Account
(e)    Court Reporter Service Fund
(f)    County Law Library Fund
(g)    Courthouse Security Fund
(h)    Language Access Fund
(i)    County Jury Fund
(j)    County Dispute Resolution Fund

## (2)  STATE CONSOLIDATED CIVIL FEE

Source:        Local Government Code §133.151

Amount:       (a) Any *new* civil, probate, guardianship, or mental health case…. $137.00
              (b) Any subsequent filing or action in the case (other than an original
                  filing or action subject to the fee in (a) above) ..………………….$45.00

Statewide:    Yes

Applicability:  $137.00 - All *new* civil, probate, guardianship, and mental health cases,
                ***except*** those with no filing fee (*see* District Court Civil Cases and Actions
                – Part III); "*Civil cases*" includes family-law cases, but not a SAPCR
                transferred from another county (*see* page 24 of District Court Civil Cases
                and Actions) or juvenile law cases and proceedings under Title 3, Family
                Code. ***This fee does not apply*** to automatic orders of nondisclosure issued
                under §411.072, Gov't Code.

                $45.00 – "Subsequent filing or action" includes appeals, counterclaims,
                cross-actions, interventions, contempt actions, adverse probate actions,
                interpleaders, motions for new trial, and third-party actions. ***This fee does
                not apply to certain subsequent family-law filings and actions***, including
                administrative writs of income withholding (*see* page 34 of District Court
                Civil Cases and Actions), contempt actions in SAPCR cases (*see* page 35
                of District Court Civil Cases and Actions), motions for enforcement in
                SAPCR cases (*see* page 40 of District Court Civil Cases and Actions);
                motions for modifications in SAPCR cases (*see* page 41 of District Court
                Civil Cases and Actions), motions to revoke a stay of license suspension
                in SAPCR cases (*see* page 43 of District Court Civil Cases and Actions),
                motions to transfer venue in SAPCR cases (*see* page 44 of District Court
                Civil Cases and Actions), notices of application for judicial writ of
                withholding in SAPCR cases (*see* page 45 of District Court Civil Cases
                and Actions), petitions for license suspension in SAPCR cases (*see* page
                46 of District Court Civil Cases and Actions), and requests to modify or

terminate writs of withholding (*see* page 47 of District Court Civil Cases and Actions).

Local Option:  No – Fee is mandatory.

Destination:  The Comptroller will allocate the fee, in accordance with §133.151(c) or (d) to some or all of the following accounts and funds:
(a) State Judicial Fund
(b) Basic Civil Legal Services Account
(c) Statewide Electronic Filing System Fund
(d) Judicial And Court Personnel Training Fund
(e) County may retain interest earned on fee
(f) County **cannot** retain a service collection fee

***NOTE:***  SB 41 repealed §133.058(c), Local Gov't Code, and amended §133.058(d)(4), Local Gov't Code, to prohibit a service fee for the collection of this fee and the indigent legal services fee. On January 1, 2022, the indigent legal services fee will no longer exist as a standalone fee. Instead, a portion of this fee will be allocated to the Basic Civil Legal Services Account.

**(3) SAPCR TRANSFER FEE**

Source:  Family Code §110.005

Amount:   $45.00

Statewide:  Yes

Applicability:  Any SAPCR case transferred from another county.

Local Option:  No – Fee is mandatory.

Destination:  County General Fund

**(4)    FEE FOR ORDERS OF NONDISCLOSURE UNDER §411.072  FOR CERTAIN NONVIOLENT MISDEMEANORS**

Source:  Government Code §411.072

Amount:  $28.00

Statewide:  Yes

Applicability:   If the court is required to issue an order of nondisclosure under §411.072(b), Government Code, the petitioner (defendant) must pay the fee before the court issues the order.

A defendant is <u>not</u> required to file a petition for an order under §411.072.[2] Therefore, general filing fees are <u>not</u> authorized. OCA has provided a model letter for defendants to submit to the court. The letter is not a petition and should be used only if the court has not performed its duties under §411.072[3] when required.

Local Option:   No – Fee is mandatory

Destination:   100% of the fee is retained by the county[4]

***NOTE:***   Although SB 41 amended §411.0745(b), Gov't Code, to repeal the $28 fee that must accompany a petition for an order of nondisclosure, it did not repeal the $28 fee that a petitioner must pay before an automatic order of nondisclosure issues under §411.072, Gov't Code.

## (5) FRAUDULENT JUDGMENT LIEN/ FRUADULENT LIEN OR CLAIM FEE

Sources:   Civil Practice & Remedies Code §12.005

Amount:   Same as the fee for filing an original civil case (Currently, $350.00)

Statewide:   Yes

Applicability:   New fraudulent lien cases

Local Option:   No – Fee is mandatory

Destination:   See <u>Destination</u> for the local and state consolidated civil fees in (1) and (2) above, respectively.

*NOTE*:   SB 41 repealed subsections (b) and (d) of §12.005, Civil Practice & Remedies Code. Effective January 1, 2022, the fee for filing an action under §12.005 is the fee that generally applies to the filing of a civil case. The $20 fee for notice of service of this action is repealed. However, a

---

[2] Compare the language of § 411.072(b) with the language of §§411.0725(b), 411.0727(b), 411.0728(b), 411.073(b), 411.0731(b), 411.0735(b), and 411.0736(b). Unlike these other sections, Section 411.072(b) does not contain a sentence with language the same as or similar to, "the person may petition the court" or "the person is entitled to file with the court…. a petition."

[3] The court is mandated to take certain actions if a defendant receives a discharge and dismissal under Article 42A.111, Code of Criminal Procedure, of a qualifying case (*See §411.072(a) for what constitutes a qualifying case*).

[4] Senate Bill 41, 87th Legislature Session, repealed §411.077(a), Gov't Code, which required the clerk to remit the fee to the Comptroller.

clerk may assess an $8.00 service fee for the notice, as authorized by §51.318(b)(2), Gov't Code.

## (6) JURY FEE

Sources:        Texas Rules of Civil Procedure, Rule 216

Amount:        $10.00

Statewide:      Yes

Applicability:  Upon filing of a written jury demand

Local Option:   No – Fee is mandatory

Destination:    County General Fund.

*NOTE*:         SB 41 did not repeal or prohibit the application of TRCP Rule 216, so clerks can collect a $10.00 jury fee when a written jury demand is made in a case filed after January 1, 2022.

The situation is more complicated when a written jury demand is made on or after January 1, 2022 in a case filed before that time. Some appellant courts may find that the $10.00 fee cannot be assessed on cases filed before January 1, 2022, regardless of when the jury demand is made. However, we believe the fee is assessed at the amount in effect when the demand is made, not when the case is filed, as this is a service fee. Our position is that the $10.00 fee can be assessed on all jury demands made after January 1, 2022, even if the case was filed prior to that date.

Hopefully, the Legislature will address this issue next session. In the meantime, each court must decide on which approach to take.

## *II.  Statewide Optional Filing Fees (Set Amounts)*

### (7)  CLERK'S BASIC FILING FEE (ACTIONS WITHIN SAPCR)

Source:  Family Code §110.002

Amount:  $15.00

Statewide:  Yes

Applicability: (a) The following actions in a SAPCR case:
- contempt action (motion for contempt)
- motion for enforcement
- motion for modification (motion to modify)(suit for modification)
- motion to revoke a stay of license suspension
- motion to transfer
- notice of application for judicial writ of withholding
- petition for license suspension

Local Option:  Yes – Clerk "may" collect this fee

Destination:  County General Fund

### III. Statewide Optional Filing Fees (Varying Amounts)

**(8)  DRO INITIAL CHILD SUPPORT SERVICE FEE**

       Source:         Family Code §203.005(a)(2)

       Amount:        $0.01 to $36.00

       Statewide:      Yes

       Applicability:  All new SAPCR cases (does <u>not</u> include motions to modify or enforce)

       Local Option:  Yes –
                  (a) Fee can be collected if the Commissioners Court establishes a Domestic Relations Office, <u>and</u> the county enters into a "child support cooperative agreement" with the Title IV-D Agency.
                  (b) "Administering Entity" (either Commissioners Court or Juvenile Board) "may" authorize collection of the fee.
                  (c) Administering Entity sets fee amount and provides for exemptions.

       Destination:  Either of the following two funds:
                  (a) County General Fund
                  (b) County Domestic Relations Office Fund

**(9)  ADMINISTRATIVE WRIT OF INCOME WITHHOLDING FEE**

       Source:         Family Code §158.503

       Amount:        $0.01 to $15.00

       Statewide:      Yes

       Applicability:  Administrative writs of income withholding filed in SAPCR cases

       Local Option:  Yes –
                  (a) Clerk "may" charge the fee
                  (b) Clerk sets fee amount

       Destination:  County General Fund

       *NOTE*:         Section 231.204, Family Code, prohibits a clerk from assessing a filing fee against a Title IV-D agency or Domestic Relations Office, unless such fee is authorized by §231.202 of the Family Code, which authorizes a

reasonable fee not to exceed $15.00 for filing an administrative writ of withholding under §158.503(d), Family Code.

## (10)  DRO INITIAL OPERATIONS FEE

Source:        Family Code §203.005(a)(1)

Amount:        $0.01 to $15.00

Statewide:     No -- Only in counties that have established a Domestic Relations Office

Applicability: All new SAPCR cases and all motions to modify and motions to enforce in SAPCR cases

Local Option:  Yes –
     (a) Fee can be collected if Commissioners Court establishes a County Domestic Relations Office.
     (b) "Administering Entity" (either Commissioners Court or Juvenile Board) "may" authorize collection of the fee.
     (c) Administering entity sets the fee amount and provides for exemptions.

Destination:   Either of the following two funds:
     (a) County General Fund
     (b) County Domestic Relations Office Fund


## (11)  MODIFICATIONS/TERMINATIONS OF WITHHOLDING REQUEST FEE

Source:        Texas Family Code §158.403

Amount:        $0.01 to $15.00

Statewide:     Yes

Applicability: All requests for the issuance and delivery to a child support obligor of a modified writ of withholding or notice of termination of withholding.

Local Option:  Yes – District Clerk "may" set fee

Destination:   County General Fund

# EXHIBIT 13

# AFFIDAVIT OF FUYAN WANG

## STATE OF TEXAS, COUNTY OF TARRANT

I, **Fuyan Wang**, being duly sworn, state:

1. **Personal knowledge.** I am over 18 years of age, of sound mind, competent to testify, and all facts stated herein are within my personal knowledge, acquired through my direct involvement in the events described.

2. Case background. This affidavit concerns attorney's fees addressed in Cause No. 325-707596-21, styled In the Matter of the Marriage of Conghua Yan and Fuyan Wang, in the 325th District Court of Tarrant County, Texas, between Conghua Yan (petitioner/plaintiff) and me (respondent/defendant).

3. **Interim-fee proceedings.** In that case, on my behalf, my counsel Leslie Barrows, aka Leslie Starr Barrows, filed a motion for interim attorney's fees on or about March 3, 2022 (a true and correct copy of which is attached as Exhibit A).

4. **April 2022 order.** I personally attended the hearing for the motion for interim attorney's fees on or about April 13, 2022; where evidence was presented through briefing and testimony. After which, Judge Lori DeAngelis ordered that $50,000 from Conghua Yan's 401(k) retirement plan administered by U.S. Bank plan be used to pay attorney's fees: $25,000 to my counsel (Leslie Barrows) and $25,000 to Mr. Yan's counsel (William Pigg) (a true and correct copy of which is attached as Exhibit B).

5. **Funds I received.** I received a check for an amount less than $25,000 (net of any applicable withholdings or fees) from U.S. Bank, disbursed pursuant to the court's order, to pay my attorney's fees.

6. **My payment to counsel.** Leslie Barrows contacted me and confirmed that I had received the 401(k)-fund check from U.S. Bank. She asked me to go to her office to make payment for the attorney fees I owed her. I personally visited Leslie Barrows's office located at 520 E Southlake Blvd. Suite 140. Southlake, TX 76092 and paid my outstanding attorney's fees.

7. **My understanding at the time.** Based on my communications with Leslie Barrows, I understood and believed that a separate $25,000 payment from U.S. Bank had been issued and used to pay Conghua Yan's counsel (William Pigg), pursuant to the same order. Leslie Barrows did not tell me that I was the only party who received $25,000 but Conghua Yan had not. These statements regarding my communications with Leslie Barrows are offered solely to explain my understanding and state of mind at the time, and not for the truth of the matters asserted therein.

8. **When I learned otherwise.** Until October 2025, I did not know, and had no reason to know, that Conghua Yan and William Pigg had not received their $25,000 as court ordered. Subsequently, Leslie Barrows informed me that Conghua Yan and William Pigg had received their portion; this statement is offered to explain the timing of my awareness, not for its truth.

I swear under oath that the foregoing is **true and correct**.

Date: 10 /18_____, 2025

Fuyan Wang   Fuyan Wang

**JURAT**

**STATE OF TEXAS §**

**COUNTY OF TARRANT §**

Subscribed and sworn to (or affirmed) before me by *Fuyan Wang* on this __18__ day

of __October__, 2025.

She is **personally known to me** or has produced __Texas Driver License__

as identification.

**Notary Public, State of Texas**

Printed Name: __Bethany de la Torre__



My Commission Expires: __08/21/2028__

(Notary Seal)

**Exhibit A: Motion for Interim Attorney's Fees, Costs, and Expenses. March 3, 2022**

325-707596-21

FILED
TARRANT COUNTY
3/3/2022 3:14 PM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. <u>325-707596-21</u>

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| CONGHUA YAN | § | |
| AND | § | 325th JUDICIAL DISTRICT |
| FUYAN WANG | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| ▄▄▄▄▄▄▄▄, A CHILD | § | TARRANT COUNTY, TEXAS |

## <u>Motion for Interim Attorney's Fees, Costs, and Expenses</u>

This Motion for Interim Attorney's Fees, Costs, and Expenses is brought by **FUYAN WANG**, Respondent.

Respondent would show this Court that she is not in control of sufficient assets to pay attorney's fees and anticipated costs and expenses in this matter. As of March 3, 2022, Petitioner has incurred $19,135.00 in attorney's fees and costs and expenses. Respondent lacks sufficient community property or separate property to pay her attorney's fees, costs, and expenses. Respondent requests that this Court order Petitioner, **CONGHUA YAN**, to pay Petitioner's interim attorney's fees, costs, and expenses by a certain date.

**FUYAN WANG** prays that this Court order the payment of her interim attorney's fees, costs, and expenses as requested above.



A CERTIFIED COPY
ATTEST: 05/28/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ LaToya Y Turner

Respectfully submitted,

THE BARROWS FIRM, P.C.
520 E. Southlake Blvd., Suite 140
Southlake, Texas 76092
Phone: 817-481-1583
Fax: 817-912-1380

*Leslie Starr Barrows*
Leslie Starr Barrows
State Bar No. 24048343
Email: lbarrows@barrowsfirm.com
Danielle DeFranco
State Bar No. 24127415
Email: danielle@barrowsfirm.com
Erin B. Healey
State Bar No. 24041073
Email: erin@barrowsfirm.com
Samantha Ybarra
State Bar No. 24104627
Email: samantha@barrowsfirm.com
Attorney for Respondent

## Certificate of Conference

A conference was attempted to be held on March 3, 2022 with opposing counsel on the merits of this motion. Attorney for Respondent left a message for Petitioner's attorney. A reasonable effort has been made to resolve the dispute without the necessity of court intervention and the effort failed. Therefore it is presented to the Court for determination.

*Leslie Starr Barrows*
Leslie Starr Barrows
Attorney for Respondent

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on March 3, 2022.

*Leslie Starr Barrows*
Leslie Starr Barrows
Attorney for Respondent

A CERTIFIED COPY
ATTEST: 05/28/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ LaToya Y Turner

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Tisha Dixon on behalf of Leslie Barrows
Bar No. 24048343
tisha@barrowsfirm.com
Envelope ID: 62278391
Status as of 3/3/2022 3:31 PM CST

Associated Case Party: CONGHUAYAN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Pigg | 24057009 | wapigg@pigglawfirm.com | 3/3/2022 3:14:07 PM | SENT |

Associated Case Party: FUYANWANG

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Leslie StarrBarrows | | lbarrows@barrowsfirm.com | 3/3/2022 3:14:07 PM | SENT |
| Tisha Dixon | | tisha@barrowsfirm.com | 3/3/2022 3:14:07 PM | SENT |
| Samantha Ybarra | | samantha@barrowsfirm.com | 3/3/2022 3:14:07 PM | SENT |
| Bert Pigg | | WAPIGG@pigglawfirm.com | 3/3/2022 3:14:07 PM | SENT |
| Daisy Morado | | Daisy@barrowsfirm.com | 3/3/2022 3:14:07 PM | SENT |



A CERTIFIED COPY
ATTEST: 05/28/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ LaToya Y Turner

# EXHIBIT 14

Filed
09 June 16 P4:28
Amalia Rodriguez-Mendoza
District Clerk
Travis District

CAUSE NO. D-1-FM-08-005770

| | | |
|---|---|---|
| IN THE MATTER OF THE<br>MARRIAGE OF | §<br>§<br>§ | IN THE DISTRICT COURT |
| ERIC CHRISTOPHER BEHRENS<br>AND<br>SHELBY LEIGH BEHRENS | §<br>§<br>§<br>§ | 53rd JUDICIAL DISTRICT |
| AND IN THE INTEREST OF | §<br>§<br>§ | |
| MINOR CHILD | § | TRAVIS COUNTY, TEXAS |

## MOTION TO SIGN ADDITIONAL TEMPORARY ORDERS

Comes Now, SHELBY LEIGH BEHRENS (hereinafter "Wife"), and moves the Court to sign the *Order on Respondent's Motion for Additional Temporary Orders and Interim Attorney's Fees* attached hereto which have been submitted to Robert Musemeche, attorney for ERIC CHRISTOPHER BEHRENS (hereinafter "Husband").

I.

The draft of the *Order on Respondent's Motion for Additional Temporary Orders and Interim Attorney's Fees* was prepared in accordance with the Court's ruling of June 3, 2009, and which was further noted on the Court's docket sheet on that same date. Counsel for Wife sent a copy of the proposed *Order on Respondent's Motion for Additional Temporary Orders and Interim Attorney's Fees* to counsel for Husband on June 11, 2009 by electronic mail. On June 12, 2009 counsel for Wife received requested revisions from counsel for Husband. Counsel for Wife accepted several revisions requested by Husband and submitted a revised draft (as attached hereto) to counsel for Husband. As of the filing of this Motion, counsel for Husband and counsel for Wife have not been able to agree upon the form of the Order.

APP-147

## II.

On June 3, 2009, Husband was ordered to obtain a loan or loans for payment of Wife's interim attorney's fees. In connection with this award of interim attorney's fees, Husband was ordered to submit such loan application(s) within 10 days of the June 3, 2009 hearing. Counsel for Husband has represented to counsel for Wife that he was advising Husband to wait to submit such loan application(s) until such time that a written order is in place.

Counsel for Husband has previously indicated his desire to schedule depositions of each party to occur on June 25, 2009. Counsel for Wife has attorney's fees due and owing from Wife in excess of $35,000.00. Counsel for Wife requests protection pursuant to Tex. R. Civ. P. 192.6(b) and Tex. R. Civ. P. 176.6(e) from moving forward with the depositions on June 25, 2009, and requests that the depositions of the parties be reset to a date and time occurring after Wife's attorney's receipt of the $50,000.00 interim attorneys' fees from Husband as counsel for Wife cannot continue to incur attorneys fees and advance costs without payment.

### PRAYER

WHEREFORE PREMISES CONSIDERED, SHELBY LEIGH BEHRENS requests that the Court grant this Motion in its entirety and sign the *Order on Respondent's Motion for Additional Temporary Orders and Interim Attorney's Fees* prepared by attorneys for Movant.

SHELBY LEIGH BEHRENS prays for protection from appearing for any depositions prior to Husband's compliance with the above *Order on Respondent's Motion for Additional Temporary Orders and Interim Attorney's Fees* in whatever form the Court signs.

SHELBY LEIGH BEHRENS prays for and all other relief, in law and in equity, to which she may be entitled.

Respectfully submitted,

**FRIDAY, FRIDAY & KAZEN, LLP**
Attorneys at Law
700 Lavaca St., Suite 1150
Austin, Texas 78701
Tel: (512) 472-9291
Fax: (512) 472-9302

_____
Jonathan P. Friday
State Bar No. 24032204
ATTORNEY FOR SHELBY BEHRENS

## NOTICE OF HEARING

The above motion is set for hearing on Monday, June 22, 2009 at 8:30 a.m. before the Honorable Margaret Cooper at the Travis County Courthouse, 1000 Guadalupe, Austin, Texas 78701.

## CERTIFICATE OF SERVICE

I hereby certify, by my signature above, that a true and correct copy of the foregoing document was served upon Robert Musemeche, counsel of record for Petitioner, (via facsimile 1-800-485-1404 and via email to rmusemeche@gmail.com), on this 16th day of June 2009 in accordance with the TEXAS RULES OF CIVIL PROCEDURE.

CAUSE NO. D-1-FM-08-005770

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | IN THE DISTRICT COURT |
| MARRIAGE OF | § | |
| | § | |
| ERIC CHRISTOPHER BEHRENS | § | |
| AND | § | 53rd JUDICIAL DISTRICT |
| SHELBY LEIGH BEHRENS | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| ███████████████ | § | |
| MINOR CHILD | § | TRAVIS COUNTY, TEXAS |

## ORDER ON RESPONDENT'S MOTION FOR ADDITIONAL
## TEMPORARY ORDERS AND INTERIM ATTORNEY'S FEES

On June 3, 2009, came on for consideration Respondent's Motion for Additional Temporary Orders and Interim Fees.

### I.

### Appearances

Petitioner, ERIC CHRISTOPHER BEHRENS, appeared in person and through attorney of record, Robert Musemeche, and announced ready.

Respondent, SHELBY LEIGH BEHRENS, appeared in person and through attorneys of record, Jonathan P. Friday and Philip C. Friday, Jr., and announced ready.

### II.

### Record

The record of testimony was duly reported by Betty Ehlers, a court reporter for the 201st Judicial District Court, Travis County, Texas.

### III.

### Jurisdiction

The Court, after examining the record and hearing the evidence and argument of counsel, finds that the Court has jurisdiction of this case and of all the parties.

## IV.

### Request for Temporary Support

Respondent's request for additional temporary support is DENIED.

## V.

### Request for Interim Attorney's Fees

The Court FINDS that Respondent's request for interim attorney's fees is reasonable and should be GRANTED.

ERIC CHRISTOPHER BEHRENS is ORDERED to use his best efforts to obtain a loan, whether one or more, in the total aggregate amount of $50,000 on such terms as are commercially reasonable, for payment of SHELBY LEIGH BEHRENS' interim attorney's fees. ERIC CHRISTOPHER BEHRENS is specifically ORDERED and thereby authorized to take all reasonable steps necessary to obtain said loan from any and all sources available to him, including personal loans, home equity loans, retirement account loans, credit lines, and the like; and any and all assets of the parties may be used to collateralize said loan, as necessary, including the 401k retirement account of the parties. SHELBY LEIGH BEHRENS shall fully cooperate with ERIC CHRISTOPHER BEHRENS, if and as directed, in obtaining any such loan(s) and SHELBY LEIGH BEHRENS shall personally guarantee the loan(s) and shall be severally obligated on the loan documents, as necessary. ERIC CHRISTOPHER BEHRENS is ORDERED to apply for such loan(s), as ordered herein, on or before June 24, 2009, and shall continue to make such application(s) for the loan, if not approved, for an additional period of 30 days. Upon receipt of the loan proceeds, ERIC CHRISTOPHER BEHRENS is ORDERED to immediately deliver said proceeds to Jonathan P. Friday of FRIDAY, FRIDAY & KAZEN, LLP at 700 Lavaca, Suite 1150, Austin, Texas 78701, (the "law firm") where the monies shall be deposited into the law firm's IOLTA account and held in trust for the use of interim attorney's

fees and direct litigation costs of SHELBY BEHRENS in this divorce case. At the conclusion of the case, any unearned monies shall be remitted from the law firm's IOLTA account directly to ERIC CHRISTOPHER BEHRENS within 30 days for the sole purpose of paying down any portion of the current or past due balance of the loan(s). IT IS ORDERED that upon final division of property, the loan made the basis of this Order, (whether one or more) together with all loan origination fees and accrued interest attributable to the loan(s) shall be assessed against SHELBY LEIGH BEHRENS in division of the community estate of the parties and/or against her claims for separate property.

**VI.**

**Date of Order**

These orders PRONOUNCED AND RENDERED in open court on June 3, 2009, and noted on the Court's docket sheet on that same date, and ministerially SIGNED on the ____ day of June 2009.

_____
Honorable Margaret A. Cooper

**APPROVED AS TO FORM:**
FRIDAY, FRIDAY & KAZEN, LLP
700 Lavaca St., Suite 1150
Austin, TX 78701
Tel: (512) 472-9291
Fax: (512) 472-9302

_____
Jonathan P. Friday
State Bar No. 24032204
ATTORNEY FOR SHELBY BEHRENS

LAW OFFICES OF ROBERT W. MUSEMECHE
P. O. Box 203624
Austin, Texas 78720
Tel: (512) 696-8772
Fax: 1-800-485-1404

_____

Robert Musemeche
State Bar No. 14744900
ATTORNEY FOR ERIC BEHRENS

# EXHIBIT 15

NO. <u>360-479099-10</u>

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| LARRY E. DICKERSON | § | 360TH JUDICIAL DISTRICT |
| AND | § | |
| KATHLEEN J. DICKERSON | § | TARRANT COUNTY, TEXAS |

## MOTION TO RELEASE FUNDS FOR ATTORNEY'S FEES
### AND PERSONAL LIVING EXPENSES

TO THE HONORABLE COURT:

COMES NOW, Petitioner, LARRY E. DICKERSON, and requests that the Court enter an order to release funds in the American Airlines SuperSaver 401(k) Plan in the name of LARRY E. DICKERSON for payment of attorney's fees to SAMUEL M. SANCHEZ and KERRY OWENS and for personal living expenses.

Petitioner requests that the Court order that $30,000.00 be released from the American Airlines SuperSaver 401(k) and that the parties execute any and all documents necessary to complete said transaction.

Petitioner further requests that the funds be deposited into the CORDELL & CORDELL trust account for disbursement of attorney's fees to SAMUEL M. SANCHEZ and KERRY OWENS and for personal living expenses.

### PRAYER

WHEREFORE, Petitioner LARRY E. DICKERSON requests that the Court grant this Motion to Release Funds, all relief requested, and any such other and further relief to which he may be justly entitled.

---

MOTION TO RELEASE FUNDS FOR ATTORNEYS FEES                          Page 1 of 2

2 of 3 3/16/2011 11:06:24 AM [Central Daylight Time]

Respectfully submitted,

CORDELL & CORDELL PC
420 Throckmorton, Suite 1010
Fort Worth, Texas 76102
Tel: (817)806-0072
Fax: (817)806-0073

By: _____
SAMUEL M. SANCHEZ
State Bar No. 24045241
Attorney for Petitioner

### Certificate of Conference

A reasonable effort has been made to resolve the dispute without the necessity of court intervention and the effort failed. Therefore it is presented to the Court for determination.

SAMUEL M. SANCHEZ
Attorney for Petitioner

### Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on March 16, 2011.

SAMUEL M. SANCHEZ
Attorney for Petitioner

### Notice of Hearing

The above motion is set for hearing on March 22, 2011 at 8:30 a.m. in the 360th Judicial District Court, Terrant County Family Courts, 200 E. Weatherford Street, Fort Worth, Texas.

SIGNED on _____

_____
Judge or Clerk

---

**MOTION TO RELEASE FUNDS FOR ATTORNEYS FEES**                              **Page 2 of 2**

# THOMAS A. WILDER  -  TARRANT COUNTY DISTRICT CLERK
## FAX TRANSMITTAL FORM

Attorney: Samuel Sanchez          Bar ID # 24045841

Firm Name: **Cordell & Cordell, P.C.**          Fax # **(817) 806-0067**

Subscriber Number: **95001117**          Telephone # **(817) 806-0066**

Representing: ✓ Plaintiff/Petitioner _____ Defendant/Respondent _____ Other

Authorization: I authorize the filing of the below named document(s) and I further authorize my checking account to be debited in accordance with my subscriber's agreement.

Signature: _____

Total number of Pages (including this form) **3**          Case Number (if not new case) 3100-479099-10

This document should be filed in:

_____ Civil          (For Civil or Criminal please send your fax to: **817-850-2928**)
_____ Criminal

✓ Family          (For Family or Juvenile please send your fax to: **817-850-2927**)
_____ Juvenile

If you ever have a problem, please call Sue at 817-884-1345 or Willie at 817-212-7009.

_____ New Case Filing

_____ Motions and other pleadings WITH FEES: _____

✓ Motions and other pleadings WITHOUT FEES: Motion To Release Funds For Attorneys Fees + Living Expenses

| REQUEST FOR SERVICE DOCUMENTS (Do you want us to issue citations or other documents?) | | | |
|---|---|---|---|
| Type of service document | Name of person to be served | Address | Type of service (constable, Private, certified mail, etc) |
| | | | |
| | | | |
| | | | |

# EXHIBIT 16

CAUSE NO.  360-479099-10

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| LARRY E. DICKERSON | § | TARRANT COUNTY, TEXAS |
| AND | § | |
| KATHLEEN J. DICKERSON | § | 360TH JUDICIAL DISTRICT |

## ORDER TO WITHDRAW AMERICAN AIRLINES
## SUPER SAVER 401K PLAN

On this day the Court ORDERS court appointed receiver, KERRY L. OWENS to withdraw sixty one thousand seven hundred dollars ($61,700.00) from the funds held in the American Airlines Super Saver 401K Plan, Employee ID # 00581935 in the name of LARRY DICKERSON.  All funds requested shall be paid to KERRY L.OWENS, Receiver and mailed to 720 W. Abram, Arlington, TX 76013.

The Court ORDERS 25% tax withholding be withheld upon distribution and any future income tax liability shall be the responsibility of LARRY DICKERSON and KATHLEEN DICKERSON.

Signed this ___5___ day of ___January___, 20_12_

_____
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

_____          _____
Paul Enlow                                              Sam Sanchez
Texas State Bar No.  06629050                 Texas State Bar No. 24045241
P.O. Box 136057                                     420 Throckmorton ,Suite 1010
Ft. Worth, TX 76136                               Ft. Worth, TX 76102
817-847-5261                                          817-806-0066
817-847-5262 Fax                                    817-806-0067 Fax

Attorney for Kathleen Dickerson              Attorney for Larry Dickerson

---

**ORDER TO WITHDRAW FUNDS FROM METLIFE IRA**
De La Mora Recievership                                                          Page 1 of 1


COURT'S MINUTES
TRANSACTION #

194/

No copies found   RJLRP kJ

From: Cordell Cordell    Fax: (817) 784-9908    To: 817 274 5175@rcfax.com Fax: 12/30/2011 1PM    Page 160 of 181    Page 160 of 181 12/27/2011 1PM

Case 4:23-cv-00758-P-BJ    Document 210-5    Filed: 12/30/25    Page 160 of 181    PageID 3942

12/21/2011 WED 16:16   FAX 817 274 5175  OWENS & OWENS    ☑002/002

CAUSE NO. 360-479099-10

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| LARRY E. DICKERSON | § | TARRANT COUNTY, TEXAS |
| AND | § | |
| KATHLEEN J. DICKERSON | § | 360TH JUDICIAL DISTRICT |

### ORDER TO WITHDRAW AMERICAN AIRLINES
### SUPER SAVER 401K PLAN

On this day the Court ORDERS court appointed receiver, KERRY L. OWENS to withdraw sixty one thousand seven hundred dollars ($61,700.00) from the funds held in the American Airlines Super Saver 401K Plan, Employee ID # 00581935 in the name of LARRY DICKERSON. All funds requested shall be paid to KERRY L. OWENS, Receiver and mailed to 720 W. Abram, Arlington, TX 76013.

The Court ORDERS 25% tax withholding be withheld upon distribution and any future income tax liability shall be the responsibility of LARRY DICKERSON and KATHLEEN DICKERSON.

Signed this _____ day of _____, 20_____.


_____

JUDGE PRESIDING


APPROVED AS TO FORM AND SUBSTANCE:

_____          _____
Paul Enlow                               Sam Sanchez
Texas State Bar No. 06629050             Texas State Bar No. 24045241
P.O. Box 136057                          420 Throckmorton ,Suite 1010
Ft. Worth, TX 76136                      Ft. Worth, TX 76102
817-847-5261                             817-806-0066
817-847-5262 Fax                         817-806-0067 Fax

Attorney for Kathleen Dickerson          Attorney for Larry Dickerson


ORDER TO WITHDRAW FUNDS FROM METLIFE IRA
De La Mora Recievership                                    Page 1 of 1

APP-160

CAUSE NO. 360-479099-10

| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| LARRY E. DICKERSON | § | TARRANT COUNTY, TEXAS |
| AND | § | |
| KATHLEEN J. DICKERSON | § | 360TH JUDICIAL DISTRICT |

### ORDER TO WITHDRAW AMERICAN AIRLINES
### SUPER SAVER 401K PLAN

On this day the Court ORDERS court appointed receiver, KERRY L. OWENS to withdraw sixty one thousand seven hundred dollars ($61,700.00) from the funds held in the American Airlines Super Saver 401K Plan, Employee ID # 00581935 in the name of LARRY DICKERSON. All funds requested shall be paid to KERRY L. OWENS, Receiver and mailed to 720 W. Abram, Arlington, TX 76013.

The Court ORDERS 25% tax withholding be withheld upon distribution and any future income tax liability shall be the responsibility of LARRY DICKERSON and KATHLEEN DICKERSON.

Signed this _____ day of _____, 20_____.


_____
JUDGE PRESIDING


APPROVED AS TO FORM AND SUBSTANCE:

_____
Paul Enlow
Texas State Bar No. 06629050
P.O. Box 136057
Ft. Worth, TX 76136
817-847-5261
817-847-5262 Fax

Attorney for Kathleen Dickerson

_____
Sam Sanchez
Texas State Bar No. 24045241
420 Throckmorton ,Suite 1010
Ft. Worth, TX 76102
817-806-0066
817-806-0067 Fax

Attorney for Larry Dickerson

ORDER TO WITHDRAW FUNDS FROM METLIFE IRA
De La Mora Recievership                                              Page 1 of 1

# EXHIBIT 17

▢ ORIGINAL

CAUSE NO. 360-479099-10

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| LARRY E. DICKERSON | § | TARRANT COUNTY, TEXAS |
| AND | § | |
| KATHLEEN J. DICKERSON | § | 360TH JUDICIAL DISTRICT |

### ORDER CONFIRMING PAYMENTS FROM 401K

On this __8__ day of ___May___, 20_12_ the Court finds as follows:

Notice has been issued and served as required by law, over the objections of both parties to the Order Confirming Payments from 401K pursuant to the Orders for Disbursement of Funds from 401k signed on March 23, 2012 with the addition of the payment of Mr. Kerry Owens attorney's fees and future payment of attorneys fees of Mr. Paul Enlow, as referenced in this order.

Pursuant to the Court's Order dated March 23, 2012 and heard on November 29, 2011, the following was ordered and Mr. Owens shall immediately comply upon the funds becoming available:

1.  100% of the proceeds from the 401k shall be surrendered to Kerry Owens;
2.  $10,000 to be paid by Kerry Owens, directly into the trust account of Kathleen Dickerson's attorney, Paul Endow for future costs and fees.
3.  $7,500 to be paid directly into the trust account of Larry Dickersons attorney, Sam Sanchez for past attorneys fees owed, and an additional $10,000 is to be paid into the trust account of Samuel Sanchez for future costs and fees. Total amounts to be paid to the trust account of Samuel Sanchez thereby totaling $17,500.
4.  $18,750 to be paid by Mr. Owens, directly to AOPA Visa Signature Credit card ending in 2206 currently in possession of Larry Dickerson.

In addition to the Order dated March 23, 2012, the following is ORDERED:

1.  Kathleen Dickerson's attorney, Paul Enlow shall be paid an additional $7,500 to be placed in his trust account for future attorney fees.
2.  The court finds that Kerry Owens has spent 33.3 hours on this matter and incurred expenses in the amount of $78.10. The Court finds that the time expended and expenses advanced are reasonable and just and should be paid. IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the attorney's fees and expenses of KERRY OWENS should be paid to the aforementioned Special Master in the amount of $6,775.60 and that such fees and expenses shall be paid within thirty days from the date of such Order from the 401k funds.

---

ORDER CONFIRMING PAYMENTS FROM 401k                                      Page 1 of 2
Dickerson

IT IS ORDERED all remaining proceeds are to remain in the possession and control of Special Master, Kerry Owens for future order and division by the Court.

SIGNED this _8_ day of _May_, 20 _12_.

_____
JUDGE PRESIDING

Approved as to Form:

_____

# EXHIBIT 18

APP-165

322-547540-13

FILED
TARRANT COUNTY
2/6/2014 5:38:04 PM
THOMAS A. WILDER
DISTRICT CLERK

NO. 322-547540-13



| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| BRIAN SCHNEIDER | § | |
| AND | § | 322ND JUDICIAL DISTRICT |
| KRISTI SCHNEIDER | § | |
| | § | |
| AND IN THE INTEREST OF | § | |
| | § | TARRANT COUNTY, TEXAS |
| ███████ ███ , CHILDREN | | |

## MOTION TO EQUALIZE ATTORNEY'S FEES

This Motion to Equalize Attorney's Fees is brought by Kristi Schneider, Respondent, who shows in support:

1.   Petitioner has the majority of the financial assets in his possession. Respondent is unable to pay legal fees for legal services that have been performed on behalf of the Respondent in response to request of the Petitioner.

2.   By reason of the performance of these legal services and the advancement of these expenses, Respondent has become indebted to pay such fees and expenses reasonable under all the circumstances.

3.   As of today's date, there have been two (2) hearings: a Temporary Restraining Order hearing on November 26, 2013 and Temporary Orders Hearing on December 18, 2013. Respondent has been deposed and served with duces tecum. Two depositions have been noticed and conducted by Petitioner. Respondent's deposition was conducted on January 24, 2013 and a second deposition of a non-party was conducted on January 28, 2014. Petitioner has served Respondent with Requests for Production, Request for Disclosure and a Request for Admissions and a pre-trial order has been entered.


Court's Minutes
Transaction #



322-547540-13

FILED
TARRANT COUNTY
2/6/2014 5:38:04 PM
THOMAS A. WILDER
DISTRICT CLERK

4.     Respondent has no other means of paying her attorney and requests Petitioner pay her fees out of marital assets or Petitioner's 401K or through any other assets available to Petitioner in order to equalize attorney's fees.

Respondent requests this Court enter an Order authorizing Petitioner to pay such attorney's fees and expenses, any other Orders it deems necessary.

Respectfully submitted,

By: _____
ELIZABETH RIVERA
State Bar No. 24051251
209 S. Jennings Avenue
Fort Worth, Texas 76104
Tel: 817.717.3538
Fax: 817.870.2979
E-Mail: lizriveralaw@hotmail.com
Attorney for Respondent

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on February 6, 2014.

_____
ELIZABETH RIVERA
Attorney for Respondent

## Certificate of Conference

I certify that a conference with held with opposing counsel on January 23, 2014 on the merits of this motion. Counsel agreed on a date to set this matter for February 19, 2014; however, an agreement as the merits was not reached without the necessity of court intervention.

_____
ELIZABETH RIVERA
Attorney for Respondent

322-547540-13

FILED
TARRANT COUNTY
2/6/2014 5:38:04 PM
THOMAS A. WILDER
DISTRICT CLERK

## Notice of Hearing

The above motion is set for hearing on February 19, 2014 at 9:00 a.m. in the 322nd Associate Court, 200 East Weatherford St., Fort Worth, Texas 76196.

Signed on ___2·7·14___ .

_____

Judge or Clerk

# EXHIBIT 19

NO. 360-479099-10

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| LARRY E. DICKERSON | § | 360TH JUDICIAL DISTRICT |
| AND | § | |
| KATHLEEN J. DICKERSON | § | TARRANT COUNTY, TEXAS |

## QUALIFIED DOMESTIC RELATIONS ORDER

This Order is intended to be a Qualified Domestic Relations Order, (hereinafter referred to as "Order") as that term is defined in section 206(d) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA") and section 414(p) of the Internal Revenue Code of 1986, as amended (the "Code"). The Court, having considered the pleadings and the evidence, finds that it has jurisdiction of this cause and of the parties; that pursuant to the granting of a divorce on the 13th day of December, 2012, a Decree of Divorce was signed by the Judge of this Court on the 10th day of January, 2013. IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this QUALIFIED DOMESTIC RELATIONS ORDER shall be incorporated into and shall become an integral part of the Decree of Divorce signed and entered by this Court.

The Court further finds that the Participant (as that term is defined in Section 2 of this Order) is or was employed by American Airlines, Inc. or one of its subsidiaries (collectively "American"), that the Participant is a participant in the Plan (as that term is defined in Section 1 of this Order) and that the Participant has an account under the Plan, some or all of which was accumulated during the Participant's marriage to the Alternate Payee (as that term is defined in Section 3 of this Order).

The Court further finds and IT IS ORDERED, ADJUDGED AND DECREED that the Alternate Payee is entitled to a portion of the Participant's account under the Plan under the laws of the State of Texas, concerning property division between spouses and former spouses, and that the following disposition of the Participant's account under the Plan be made in order to carry forth the provisions of the above referenced Decree of Divorce.

**Section 1    Identification of the Plan**

This Order applies to the account balance under the Retirement Benefit Plan of American Airlines, Inc. for Employees Represented by the Transport Workers Union of America, AFL-CIO (hereinafter referred to as the "Plan"). The term "Plan Administrator" as that term is used herein, refers to American in its capacity as administrator of the Plan.

**Section 2    Identification of the Participant**

    a. Name of Participant:    Larry E. Dickerson (hereinafter referred to as the

---

QUALIFIED DOMESTIC RELATIONS ORDER-Dickerson

COURT'S MINUTES
TRANSACTION # 501

APP 170

"Participant")
b.  Participant's Social Security Number: ███████
c.  Participant's Address: ███████, Euless, Texas 76039
d.  Participant's Telephone Number: 817-360-2062
e.  Participant's E-mail Address: princewillyw@aol.com
f.  American Employee Number: ███████
g.  Participant's Date of Birth: ███████

**Section 3**   <u>**Identification of the Alternate Payee**</u>

a.  Name of Alternate Payee: <u>Kathleen J. Dickerson</u> (hereinafter referred to as the "Alternate Payee")
b.  Alternate Payee's Social Security Number: ███████
c.  Alternate Payee's Address: ███████, Henderson, NV 89052
d.  Alternate Payee's Telephone Number: <u>N/A</u>
e.  Alternate Payee's E-mail Address: <u>kjdickerson@cox.net</u>
f.  Is the Alternate Payee an American employee? <u>No</u>
   If yes, Alternate Payee's American Employee Number: <u>N/A</u>
g.  Alternate Payee's Date of Birth: ███████

Relationship to Participant:   <u>Former Spouse</u>

**Section 4**   <u>**Duration of Marriage**</u>

The Participant and Alternate Payee were married on <u>September 13, 1985</u>, separated on <u>June 1, 2010</u>, and were divorced on <u>December 13, 2012.</u>

**Section 5**   <u>**Amount of Benefit to be paid to the Alternate Payee**</u>

<u>**Account Division Method**</u>

In all cases, the value of the Participant's account for purposes of determining the Alternate Payee's portion will be determined as of the closest date practicable prior to or coincident with the "Division Date" and, where applicable, the "Beginning Date."

The Alternate Payee's awarded share as determined below shall be based only upon the Participant's vested account balance under the Plan as of the Division Date specified in the Method selected below.

The Alternate Payee is entitled to 50 percent of the marital property interest, where the marital property interest is equal to the Participant's entire benefit that had accrued under the Plan as of <u>December 13, 2012</u>.

**Section 6**   <u>**Distributions to the Alternate Payee**</u>

QUALIFIED DOMESTIC RELATIONS ORDER-Dickerson                                    **Page 2**

The Alternate Payee may elect to receive payment from the Plan of the portion assigned to the Alternate Payee under this Order in any form available under the Plan to the Participant, other than in the form of a qualified joint and survivor annuity with respect to the Alternate Payee and her subsequent spouse, if any, but only if the form elected complies with the minimum distribution requirements of §401(a)(9) of the Code. Payments to the Alternate Payee pursuant to this Order shall be in accordance with the Plan and may commence at any time that distributions from the Plan to the Participant could commence. The commencement date must be the first day of a month and cannot be prior to the Participant's "earliest Retirement age" within the meaning of section 414(p)(4)(B) of the Code. The Alternate Payee may not defer the payment of her benefits under the Plan beyond that date as of which the Participant's Plan benefit commences.

The Alternate Payee may only request a distribution of her share of the Participant's benefit after such benefit becomes vested and the Alternate Payee is otherwise eligible to receive a distribution from the Plan. Therefore, if the date as of which this Order is entered is prior to the date the Participant become fully vested is her benefit, then the Alternate Payee will not be eligible to receive a distribution of his or her Plan benefit unless or until the Participant becomes vested under the terms of the Plan.

When the Alternate Payee becomes eligible to begin receiving her benefits under this Order, such benefit shall commence as soon as administratively practicable following the qualification of this Order by the Plan Administrator and receipt by the Plan Administrator of the required forms properly completed by the Alternate Payee. The Alternate Payee's portion of the benefit will be prospectively only.

**Section 7**      **Early Retirement Subsidy**

The Alternate Payee is not entitled to share in the early retirement subsidy provided by the Plan.

**Section 8**      **Death of the Participant**

If the Participant dies after commencing a benefit form the Plan, the Alternate Payee's benefit will have also commenced and payment to the Alternate Payee will continue unaffected. Survivor benefits, if any, will be paid in accordance wit the form of benefit elected by the Participant and the terms of the Plan.

**Section 9**      **Death of the Alternate Payee**

If the Alternate Payee dies after commencing a benefit from the Plan, survivor benefits, if any, shall revert to the Participant.

**Section 10**     **Erroneous Distributions**

In the event that the Plan trustee inadvertently pays the Participant any amounts that are

---

QUALIFIED DOMESTIC RELATIONS ORDER-Dickerson                                    Page 3

awarded to the Alternate Payee pursuant to the terms of this Order, the Participant shall return such amounts directly to the Plan Administrator within ten (10) days of receipt of notice of such inadvertent payment.

In the event that the Plan trustee inadvertently pays the Alternate Payee any amounts that are awarded to the Participant pursuant to the terms of this Order, the Alternate Payee shall return such amounts directly to the Plan Administrator within ten (10) days of receipt of notice of such inadvertent payment.

**Section 11      Compliance with Applicable Laws**

The parties to this Order intend that it comply with applicable provisions of ERISA and the Code.  Nothing in this Order shall require the Plan:

    a.  to provide any type of form of benefit, or any option, not otherwise provided under the Plan;

    b.  to provide increased benefits (determined on the basis of actuarial value) not otherwise available to the Participant; and

    c.  to pay benefits to any Alternate Payee that are required to be paid to another Alternate payee under another order previously determined to be a qualified domestic relations order.

**Section 12      General**

Upon full payment to the Alternate Payee of the amount awarded under this Order, the Plan shall thereafter be discharged from all responsibility, obligation or duty with respect to the Alternate Payee.

It is the intention of the Court and the parties, that any federal, state and local income taxes on all payments received by the Alternate Payee under this Order shall be borne by the Alternate Payee and not by the Participant, and the Alternate Payee is ordered to indemnify and hold the Participant harmless with respect to any federal or state income tax imposed on the Participant as a result of the Alternate Payee's receipt of her payments.

All communications between the Participant and/or the Alternate Payee and the Plan, including change in the Participant's or Alternate Payee's address (which this Order hereby requires the parties to provide), should be sent to the Plan Administrator at the following address:

    American Airlines HR Services
    P.O. Box 9741
    Providence, RI 02940-9741
    RE:  Larry E. Dickerson
    Employee #:<u>581935</u>

---

QUALIFIED DOMESTIC RELATIONS ORDER-Dickerson                                      **Page 4**

**Section 13**    **Reservation of Jurisdiction**

The Court reserves jurisdiction over the parties and the subject matter to amend this Order to establish and maintain its status as a QUALIFIED DOMESTIC RELATIONS ORDER under ERISA and the Code.

This Court also reserves jurisdiction to amend, and modify this Order, even after it has been determined to be a Qualified Domestic Relations Order by the Plan, to terminate or suspend the payment of benefits, or to deal with any unforeseen tax consequences or other effects of this Order, and to enforce the tax indemnity and cooperation provisions of this Order.

IT IS SO ORDERED:

SIGNED on _____ July 11, 2014

_____
JUDGE PRESIDING

APPROVED AS TO FORM ONLY:

CORDELL & CORDELL PC
420 Throckmorton, Suite 1010
Fort Worth, TX 76102
Tel: (817) 806-0066
Fax: (817) 806-0067

By:_____
Samuel M. Sanchez
Attorney for Larry Dickerson
State Bar No. 24045241

CAIN & ASSOCIATES, PC
508 N. Ridgeway
Cleburne, Texas 76033
Tel: (817) 645-1717
Fax: (817) 645-1739

By:_____
D. Scott Cain
Attorney for Kathleen Dickerson
State Bar No. 24025279

cc: Atty Sanchez

APPROVED AS TO FORM AND SUBSTANCE:

_____
Larry Dickerson, Participant

_____
Kathleen Dickerson, Alternate Payee

Send a signed and Certified Copy of this Order
to:

American Airlines HR Services
P.O. Box 9741
Providence, RI 02940-9741

QUALIFIED DOMESTIC RELATIONS ORDER-Dickerson                                    Page 6

# EXHIBIT 20

Cause Number 325-707596-21

CONGHUA YAN

       vs

FUYAN WANG

IN THE DISTRICT COURT OF
TARRANT COUNTY, TEXAS

FILED
TARRANT COUNTY
7/18/2022 2:01 PM
THOMAS A. WILDER
DISTRICT CLERK

325th JUDICIAL DISTRICT

# W R I T   OF   G A R N I S H M E N T   B E F O R E   J U D G M E N T

THE STATE OF TEXAS

COUNTY OF TARRANT

To: US BANK Garnishee

    B/S CT CORPORATION 1999 BRYAN ST STE 900

    DALLAS, TX 75201-

GREETINGS:

Whereas, in the 325th District Court of Tarrant County, Texas, Cause No. 325-707596-21 wherein
FUYAN WANG is the Plaintiff and
CONGHUA YAN is the Defendant, the
Plaintiff claiming indebtedness against the said CONGHUA YAN
of $25,000.00 besides
interest and costs of suit, has applied for a writ of garnishment against you US BANK
therefore, you are hereby commanded to be and appear before said Court
at Fort Worth, Texas in said County at 10:00 a.m. on the Monday next following the expiration of twenty days from the date
of service hereof, then and there to answer upon oath what, if anything, you are indebted to the said
CONGHUA YAN and were when this writ was
served upon you, and what effects, if any, of the said CONGHUA YAN
you have in your possession, and had when this writ was served, and
what other persons, if any, within your knowledge are indebted to the said CONGHUA YAN
or have effects belonging to him/it in their possession. You are
further commanded not to pay to defendant any debt or deliver to him any effects, up to the amount of
$25,000.00 pending further order of this Court.

(See Attached Order granting Pre-Judgment Garnishment.)

      HEREIN FAIL NOT, but make due answer as the law directs.

GIVEN UNDER MY HAND AND SEAL of office this day, July 14, 2022.

             ATTEST:      Thomas A. Wilder

                     District Clerk

                     Tarrant County, Texas

                     By: _____

                     VERONICA LUNA, Deputy

Your money or property has been frozen or seized ("garnished") because
FUYAN WANG
_____

(the "Garnishor") has filed a garnishment proceeding. That means they
are trying to get your money or property from
US BANK

(the "Garnishee"), the company or person who has it, to pay a debt you owe. / Su
dinero o propiedad le han sido inmovilizados o incautados ("embargados") porque
FUYAN WANG
_____

(el "Embargante") ha entablado ante tribunales un auto procesal de embargo con la
intencion de obtener su dinero o propiedad de
US BANK

(el "Embargado"), que es la compania o persona fisica que los tiene, y como pago de
lo que usted le adeuda. **If you are an individual (not a company), your money or
property may be protected ("exempt") from garnishment under federal or state law.**
Under Texas Rule of Civil Procedure 679b, the Garnishor must send you in the next few
days a "Notice of Protected Property Rights" approved by the Supreme Court. Read that
notice carefully for more information on what property can be protected and how to
get your protected money or property back. You can ask the court to get your money or

A CERTIFIED COPY
ATTEST: 05/28/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ LaToya YTurner



property back by turning in ("filing") the "Protected Property Claim Form" that will be sent with the Notice of Protected Property Rights. / **Si usted es una persona fisica (y no una compania), su dinero o propiedad pudieran estar protegidos ("eximidos") de ser embargados de acuerdo a lo dispuesto en las leyes federales o estatales.** Bajo la Norma de Derecho Procesal Civil Numero 679b, el Embargante debe enviarle en los proximos dias una "Notificacion Sobre Derechos de Propiedad Protegida" aprobada por el Tribunal Supremo de Justicia. Lea con cuidado esta notificacion para que obtenga mayor informacion sobre que dinero y propiedades estan protegidos y como recuperarlos. Puede solicitar que se le regresen sus propiedades y dinero que estan protegidos entregando ("presentando") ante el tribunal el "Formulario de Reclamo de Propiedad Protegida" que le sera enviado junto con la "Notificacion Sobre Derechos de Propiedad Protegida."
You may also file a "motion to dissolve" or "motion to modify" this writ of garnishment with the court because your money or property is exempt from garnishment. You can also get your money back if you file a "replevy bond," which is cash or other security in an amount set by the court. / Usted tambien pudiera presentar por escrito una "peticion de disolucion" o "peticion de modificacion" de este auto procesal de embargo, ya que su dinero y propiedad estan exentos de dicho embargo. Tambien puede recuperar su dinero si presenta ante tribunales una "fianza reivindicatoria", la cual es una garantia en efectivo o con fiador en una cantidad impuesta por el tribunal. You can find out more about exemptions and the garnishment process by visiting
 www.texaslawhelp.org/exempt-property. / Obtenga mayor informacion sobre las exenciones y el proceso judicial de embargo, visitando el sitio
 www.texaslawhelp.org/exempt-property. You are encouraged to get a lawyer to help you. **For information on free and low-cost legal services,** visit
 www.texascourts.gov/programs-services/legal-aid or call the
legal aid offices that serve your area: Texas RioGrande Legal Aid at (888)988-9996, Lone Star Legal Aid at (800)733-8394, and Legal Aid of Northwest Texas at (888)529-5277. You can also call the State Bar of Texas at (800)252-9690. / Se le recomienda que consiga a un abogado que le ayude. **Para informacion sobre como obtener servicios de asesoria legal gratuitos o a un bajo costo,** visite el sitio
 www.texascourts.gov/programs-services/legal-aid o llame a la oficina de asistencia legal que presta servicios en su area: Texas RioGrande Legal Aid al (888)988-9996; Lone Star Legal Aid al (800)733-8394; y Legal Aid of Northwest Texas at (888)529-5277. Tambien puede llamar al Servicio de Informacion de Abogados en el Colegio de Abogados de Texas al (800)252-9690."

____O F F I C E R ' S   R E T U R N____

Came to hand, this 14th day of July, 2022
at 11:00 o'clock P.m. and executed the 15th day of July, 2022,
by delivering to the within named US Bank Garnishee B/S CT Corporation
in person, a true copy of this Writ of Garnishment Before Judgment.

Returned this 15th day of July, 2022.

Fee, $ 75.00

CL1X PSC-18785 Exp 09/30/2022 Sheriff/Constable
Tarrant County, Texas
By _____ Deputy

A CERTIFIED COPY
ATTEST: 05/28/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ LaToya YTurner



*32570759621000119*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
**ORIGINAL**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 66414502
Status as of 7/18/2022 2:18 PM CST
Associated Case Party: CONGHUAYAN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Pigg | 24057009 | wapigg@pigglawfirm.com | 7/18/2022 2:01:48 PM | SENT |
| Anita K.Cutrer | | cutrer@familylawtex.com | 7/18/2022 2:01:48 PM | SENT |
| Jennie Mathis | | jennie@familylawtex.com | 7/18/2022 2:01:48 PM | SENT |



**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 66414502
Status as of 7/18/2022 2:18 PM CST
Associated Case Party: FUYANWANG

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Leslie StarrBarrows | | lbarrows@barrowsfirm.com | 7/18/2022 2:01:48 PM | SENT |
| Samantha Ybarra | | samantha@barrowsfirm.com | 7/18/2022 2:01:48 PM | SENT |
| Bert Pigg | | WAPIGG@pigglawfirm.com | 7/18/2022 2:01:48 PM | SENT |
| Sara Brandt | | sara@barrowsfirm.com | 7/18/2022 2:01:48 PM | SENT |



**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 66414502
Status as of 7/18/2022 2:18 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Chris  Green | | cg64143@gmail.com | 7/18/2022 2:01:48 PM | SENT |

