IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CONGHUA YAN, ) | CIVIL ACTION NO. 4:23-cv-00758-P-BJ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE BAR OF TEXAS, et al, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT WILLIAM ALBERT PIGG'S OPPOSITION TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**

Plaintiff Conghua Yan (hereinafter "Yan") filed a Motion for Leave to File a Fourth Amended Complaint (hereinafter "Motion") herein on December 30, 2025 [Doc. 210] after all Defendants had registered their opposition thereto in response to his email query.  As Yan well knows and has already conceded, the pleadings in this case are closed.  [Doc. 206 at at 6, ¶ 12. ] Moreover, Yan knows that this Court advised him that no further amendments to his pleadings would be allowed when it stated:

> "Because Plaintiff is proceeding pro se, the Court will grant Plaintiff one final motion for leave to file an amended complaint so that Plaintiff may plead his best case. Plaintiff shall file such amended complaint with all attachments no later than 9/21/2023. **Because the Court has granted Plaintiff multiple opportunities to file an amended complaint, the Court will not grant additional motions for leave to file an amended complaint absent extraordinary circumstances."**  [Doc. 58] (emphasis added).

There are no extraordinary circumstances that warrant giving Yan yet another opportunity to amend his Complaint.   His Motion is just one more instance of arrant disregard for this Court's orders.

1

As has been briefed[1], since Pigg withdrew as Yan's attorney, Yan has filed two Bar Complaints and two separate Federal lawsuits against Pigg which include a combined total of five amendments.  Pigg contends the second lawsuit was Yan's method of skirting this Court's order that he is prohibited from filing any more Amended Complaints [Doc. 58] by alleging essentially the same facts as those complained of herein in a separate lawsuit.  The second lawsuit was dismissed and is now awaiting decision from the U.S. 5th Circuit Court of Appeals.

Yan has had nine opportunities to make his case against Pigg.  Yan is now trying yet again to flout this Court's order by making a tenth such attempt, presumably because he is concerned that this Court will dismiss his Third Amended Complaint pursuant to Pigg's pending Motion to Dismiss Pursuant to FRCP 12(c) [Doc. 191].  It would thus appear that Yan is trying to get in front of that potentiality regardless of this Court's prior Order.

Yan has falsely accused Pigg of perjury, forgery, and criminal conspiracy.  Yan has stated that he does not care whether the U.S. 5th Circuit rules in his favor.  [Doc., 192 at 6, 7].  Yan sent Pigg a taunting email on Christmas Eve which Pigg chooses not to reference here out of respect for this Court's dignity.  Consequently, it is, was, and remains Pigg's opinion that Yan's continued harassment of him is nothing more than retaliation for Pigg's withdrawal as Yan's attorney against his wishes and it verges on an unhealthy obsession with the legal profession and the court system.

For the foregoing reasons, Yan's Motion should be denied.

---

[1] *See* Doc. 191.

Respectfully Submitted

WILIAM A. PIGG, PLLC

*s/ William A. Pigg*
SBN 24057009
wapigg@pigglawfirm.com
10455 N. Central Expressway, Suite 109
Dallas, Texas 75231
Tel. (469) 557-1182

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on Plaintiff Conghua Yan and all attorneys of record through the Court's electronic filing system this 4th day of January 2026.

*/s/ William A. Pigg*