# Morgan Lewis

**Tyler J. Hill**
214.466.4160
Tyler.j.hill@morganlewis.com

January 20, 2026

<u>VIA CM/ECF</u>

The Hon. Jeffrey L. Cureton, U.S.M.J.
U.S. District Court, Northern District of Texas
501 West 10th Street, Room 520
Fort Worth, Texas 76102

Re: **<u>Conghua Yan v. U.S. Bank, et al., Case No. 4:23-cv-00758-P</u>**

Dear Judge Cureton:

      We are counsel for defendant U.S. Bank and we write in response to plaintiff Conghua Yan's Opposed Motion For Leave to File a Fourth Amended Complaint, Dkt. 210 (the "Motion"), dated December 30, 2025. As the Court likely recalls, U.S. Bank previously moved to dismiss Plaintiff's Third Amended Complaint (Dkt. 126), and the Court granted that motion and ordered dismissal of U.S. Bank with prejudice in April 2024. (Dkt. 148.) Plaintiff appealed and the Fifth Circuit Court of Appeals ordered remand of the case solely on jurisdictional grounds and with respect to co-Defendant Albert Pigg. (Dkt. 175.) Neither the appeal nor remand changes the fact that U.S. Bank remains dismissed with prejudice from this case.

      The proposed Fourth Amended Complaint does not assert any new causes of action against U.S. Bank, and all causes of action asserted against U.S. Bank in the proposed pleading have already been dismissed with prejudice. (Dkt. 148.) To the extent the Fourth Amended Complaint is construed as raising new factual allegations against U.S. Bank, they should not be considered because Plaintiff has not identified any "extraordinary circumstances" justifying leave to amend, as this Court has required. Indeed, upon granting leave for Plaintiff to file his Third Amended Complaint, Your Honor ordered: "**Because the Court has granted Plaintiff multiple opportunities to file an amended complaint, the Court will not grant additional motions for leave to file an amended complaint absent extraordinary circumstances**." (Dkt. 58 (emphasis added).) Neither Plaintiff's Motion nor his proposed pleading offers any evidence or facts constituting "extraordinary circumstances." In fact, some of the "evidence" and arguments that animate the Motion were previously raised by Plaintiff in his Motion to Reconsider Interlocutory Orders (Dkt. 182), which the Court denied. (Dkt. 185.)

      For each of these reasons, U.S. Bank does not intend to respond to the Motion unless otherwise instructed by the Court. In the event the Court is inclined to accept briefing on the Motion, or if Plaintiff is permitted to plead new claims that implicate U.S. Bank, U.S. Bank respectfully reserves the right to submit briefing in opposition to the Motion.

      Thank you for Your Honor's attention to this matter.

Respectfully submitted,

   /s/ Tyler J. Hill

Tyler J. Hill

cc (via CM/ECF): The Hon. Mark Pittman, U.S.D.J.

**Morgan, Lewis & Bockius LLP**

1717 Main Street, Ste. 3200
Dallas, TX  75201
United States

+1.214.466.4160
+1.214.466.4001