IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CONGHUA YAN § | |
| § | |
| v. § | Civil Action No. 4:23-CV-758-Y |
| § | |
| THE STATE BAR OF TEXAS, et al. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States magistrate judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge believes that the findings and conclusions of the magistrate judge are correct, and they are accepted as the findings and conclusions of the Court.

Accordingly, plaintiff Conghua Yan's motion for leave to file a fourth amended complaint is **DENIED**, defendant William Albert Pigg's motion for judgment is **GRANTED** and this case is **DISMISSED with prejudice** in accordance with Federal Rule of Civil Procedure 12(c).

SIGNED March 10, 2026.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE