```
IN THE UNITED STATES DISTRICT COURT
 FOR THE NORTHERN DISTRICT OF TEXAS
          FORT WORTH DIVISION
```

```
CONGHUA YAN                       §
                                  §
v.                                §  Civil Action No. 4:23-CV-758-Y
                                  §
THE STATE BAR OF TEXAS, et al.    §
```

## **FINAL JUDGMENT**

This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with this Court's order signed on March 9, 2026, this case is **DISMISSED with prejudice**. The parties shall bear their own respective costs and attorney's fees.

The clerk shall transmit a true copy of this judgment to the parties.

SIGNED March 10, 2026.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE