# United States Court of Appeals for the Fifth Circuit

No. 25-11370

United States Court of Appeals
Fifth Circuit
**FILED**
March 10, 2026
Lyle W. Cayce
Clerk

Conghua Yan,

*Plaintiff—Appellant*,

*versus*

William A. Pigg, *in Individual Capacity, as Member of the State of Texas*,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-758

ORDER:

IT IS ORDERED that Appellant's motion to seal Appellee's brief is DENIED.

IT IS FURTHER ORDERED that Appellant's motion to strike Appellee's brief and order Appellee to file a redacted brief is DENIED.

/s/ Jennifer W. Elrod
Jennifer Walker Elrod
*Chief Judge*